IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 OCT 20 P 1: 29

------------------------------------------------------------X
EMCOR GROUP, INC.                          :    Civil Action No.
                                            Docket 3:00-CV-2211
            Plaintiff,                     :
                                                Judge Alfred V. Covello
v.                                         :

INSURANCE COMPANY OF NORTH AMERICA:

            Defendant.                     :    October 17, 2003
------------------------------------------------------------X

## PLAINTIFF'S MOTION TO BIFURCATE TRIAL

Pursuant to Federal Rule of Civil Procedure 42(b), wherein a court may order a separate trial of any separate issue, the Plaintiff respectfully requests that this Court bifurcate the present trial into two trials; one concerning liability and one within which to determine the resulting damages. This request arises from the fact that failure to so bifurcate the trial will result in an extensive and overwhelming trial with multitudes of confusing issues for the jury's consideration. Attached is the Plaintiff's memorandum of law in support of this motion.

RESPECTFULLY SUBMITTED,
EMCOR GROUP, INC.

By: _____
Jeffrey J. Vita, Esq.
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
(203) 287-8890
Fed. Bar No. ct08036

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------X
EMCOR GROUP, INC.                         :        Civil Action No.
                                          :        Docket 3:00-CV-2211
            Plaintiff,                    :
                                          :        Judge Alfred V. Covello
v.                                        :
                                          :
INSURANCE COMPANY OF NORTH AMERICA:
                                          :
            Defendant.                    :        October 17, 2003
------------------------------------------------------------X

## CERTIFICATION

This is to certify that the foregoing was mailed, postage prepaid, on this the 17th day of October 2003 to the following:

Thomas Leghorn, Esq. (CT 22106)
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639
(212) 490-3000
File No.: 00756.35967

Hume & Associates
One Landmark Square
Stamford, CT 06901
(203) 348-7252

_____
Jeffrey J. Vita, Esq.

## ORDER

The foregoing Motion having been heard, it is hereby ORDERED: GRANTED/DENIED.

BY THE COURT

_____
Judge Alfred V. Covello