IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

--------------------------------------------------------------- x

EMCOR GROUP, INC.,  :  Civil Action No.
    :  Docket 3:00-CV-2211 (AVC)
           Plaintiff,  :
    :  Judge Alfred V. Covello
v.  :
    :  October 14, 2003
INSURANCE COMPANY OF NORTH AMERICA.  :

           Defendant.  :

--------------------------------------------------------------- x

## MOTION FOR EXTENSION OF TIME

Defendant Insurance Company of North America ("INA") hereby moves for an extension of certain scheduling order deadlines contained in this Court's scheduling order dated May 6, 2003 which granted plaintiff's motion for an extension of the scheduling order deadlines;

1. This case involves a claim by Emcor that 106 claims made against Emcor and its subsidiaries insured under certain policies of insurance issued by INSA to Emcor were misclassified as general liability claims rather than as completed operations claims; that INA attempted to exhaust prematurely coverage provided to Emcor; that certain claims against an Emcor subsidiary, Dynaelectric Company, were classified to the wrong insurance policy; and related claims arising out of those facts. INA denies Emcor's allegations.

2. The parties have been engaged in active discovery. Document production, with the exception noted below, has been completed. Interrogatories have been answered by both parties. Expert reports have been exchanged. Patrick Walton, Ann Donahue, Bill Luhman, Virgina Lloyd and Jackie Montefusco have been deposed by the plaintiff. The first four witnesses were produced by INA. The deposition of Ms. Lloyd has not been completed.

1475012.1

---

*Handwritten margin annotation (judge's order):* The within sixth motion to extend the deadlines set forth in the scheduling order is denied for failure to show good cause. SO ORDERED. October 23, 2003. Alfred V. Covello, U.S.D.J.