IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------X
EMCOR GROUP, INC.                       :    Civil Action No.
                                        :    Docket 3:00-CV-2211 (AVC)
              Plaintiff,                :
                                        :    Judge Alfred V. Covello
v.                                      :

INSURANCE COMPANY OF NORTH AMERICA:
                                        :
              Defendant.                :    October 30, 2003
------------------------------------------------------------X

## FINAL JOINT MOTION FOR EXTENSION OF
## SCHEDULING ORDER DEADLINES

Plaintiff, EMCOR Group, Inc. ("EMCOR") and defendant, Insurance Company of North America ("INA") hereby jointly move for a final extension of certain scheduling order deadlines contained in the Court's scheduling order dated December 11, 2002, granting the parties' Joint Motion For Extension of Scheduling Order Deadlines dated December 6, 2002.

In support thereof the parties represent as follows:

1.    This case involves a claim by EMCOR that 106 claims made against EMCOR and its subsidiaries insured under insurance policies issued by INA to EMCOR were misclassified as general liability claims rather than as products-completed operations claims; that INA attempted to exhaust prematurely coverage provided to EMCOR; that certain claims against EMCOR's subsidiary Dynalectric Company were classified to the wrong insurance policy; and related claims arising out of those facts. INA denies EMCOR's allegations.

2.  The parties participated in an all day mediation session in New York on December 17, 2002, and discussions for several months thereafter, with a professional mediator, but were unsuccessful in resolving this dispute.

3.  The parties are currently heavily involved in discovery and EMCOR has already taken three depositions and is in the midst of a fourth deposition. INA has taken two depositions.

4.  EMCOR intends to conduct three (3) additional depositions of both party and non-party witnesses, some of whom reside out of state. In particular, EMCOR intends to take the deposition of Ann Marie Marson in Richmond, Virginia; a 30(b)(6) deposition of INA's representative; and INA's expert Alfred Bodi.

5.  INA intends to depose five (5) party and non-party witnesses, the dates of which will be coordinated with EMCOR's counsel. Specifically, INA has noticed the depositions of Susan J. Reinhard, Rex Thrasher, and a 30(b)(6) of EMCOR's representative. In addition INA intends to depose both of EMCOR's disclosed experts.

6.  Due to the large volume of discovery and number of depositions, EMCOR and INA request a final 30 day extension of the following scheduling order deadlines:

    a. All discovery, including depositions of all witnesses shall be completed by November 30, 2003 (previous deadline October 31, 2003);

    b. Depositions of plaintiff's experts shall be completed by December 15, 2003 (previous deadline November 14, 2003); and

    c. Depositions of defendant's experts shall be completed by December 15, 2003 (previous deadline November 14, 2003).

This is the sixth and final request for an extension of the scheduling order deadlines.

THE PLAINTIFF,
EMCOR GROUP, INC.

By: _____
Jeffrey J. Vita, Esq.
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
(203) 287-8890
Fed. Bar No. ct08036


THE DEFENDANT,
INSURANCE COMPANY OF
NORTH AMERICA

By: _____
Thomas A. Leghorn, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
3 Gannett Drive
White Plains, NY 10604
(914) 323-7000
Fed. Bar No.: ct22106