# 82

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
EMCOR GROUP, INC.               :   Civil Action No.
                                    Docket 3:00-CV-2211 (AVC)
           Plaintiff,           :
                                    Judge Alfred V. Covello
v.                              :

INSURANCE COMPANY OF NORTH AMERICA:

           Defendant.           :   October 30, 2003
---------------------------------------------------------------X

### FINAL JOINT MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES

Plaintiff, EMCOR Group, Inc. ("EMCOR") and defendant, Insurance Company of North America ("INA") hereby jointly move for a final extension of certain scheduling order deadlines contained in the Court's scheduling order dated December 11, 2002, granting the parties' Joint Motion For Extension of Scheduling Order Deadlines dated December 6, 2002.

In support thereof the parties represent as follows:

1. This case involves a claim by EMCOR that 106 claims made against EMCOR and its subsidiaries insured under insurance policies issued by INA to EMCOR were misclassified as general liability claims rather than as products-completed operations claims; that INA attempted to exhaust prematurely coverage provided to EMCOR; that certain claims against EMCOR's subsidiary Dynalectric Company were classified to the wrong insurance policy; and related claims arising out of those facts. INA denies EMCOR's allegations.

GRANTED.
Alfred V. Covello, U.S.D.J.
November 3, 2003.
SO ORDERED.