# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## APPEARANCE

FILED
2003 NOV 26 P 1:54
US DISTRICT COURT
HARTFORD CT

EMCOR GROUP INC.

v.

INSURANCE COMPANY OF NORTH AMERICA

CASE NUMBER: 3:00-CV-2211 (AVC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:    EMCOR GROUP, INC.

November 26, 2003
**Date**

ct24655
**Connecticut Federal Bar Number**

(203) 287-8890
**Telephone Number**

(203) 287-8847
**Fax Number**

hhz@sdvlaw.com
**E-mail address**

/s/ Heidi H. Zapp
**Signature**

Heidi H. Zapp, Esq.
**Print Clearly or Type Name**

Saxe Doernberger & Vita, PC
**Address**

1952 Whitney Ave. Hamden, CT  06517

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Thomas Leghorn, Esq.
Wilson, Elser, Moskowitz, Edelman&Dicker LLP
150 East 42nd Street
New York, NY 10017-5639
(212) 490-3000

Duncan B. Hune, Esq.
Hume & Associates
One Landmark Square
Stamford, CT  06901-2620
(203) 348-7252

/s/ Heidi H. Zapp
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001