IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
EMCOR GROUP, INC.                    :    Civil Action No.
                                     :    Docket 3:00-CV-2211
            Plaintiff,               :    (AVC)
                                     :
                                     :    Judge Alfred V. Covello
v.                                   :
                                     :
INSURANCE COMPANY OF NORTH AMERICA:
                                     :
            Defendant.               :    November 26, 2003
---------------------------------------------------------------X

## PLAINTIFF'S AFFIDAVIT

STATE OF CONNECTICUT)
                    )    ss.    Hamden, Connecticut
COUNTY OF NEW HAVEN)

I, Jeffrey J. Vita, being first duly sworn, depose and state:

1.  I am over the age of eighteen and understand the obligation of an oath.

2.  I am the attorney for plaintiff EMCOR Group, Inc. ("EMCOR") in the above-titled action that is currently pending in the U.S. District Court for the District of Connecticut, Docket No. 3:00-CV-2211 (AVC).

3.  I make the following statements upon personal knowledge.

4.  On September 12, 2002, EMCOR sent its Third Set of Interrogatories to INA, the defendant in this case. Counsel for INA has indicated on several occasions that responses would be provided. However, to date, no responses have been provided.

5.  On May 16, 2003, EMCOR sent its Fourth Set of Requests for Production to INA. Counsel for INA has indicated on several occasions that

responsive documents would be provided. However, to date, no documents have been produced.

6. On June 27, 2003, my associate, Attorney Jamie M. LaMere, sent a letter to Attorney Richard Oelsner regarding INA's privilege log requesting more information to determine whether the item listed was actually privileged. (See Exhibit A).

7. On September 22, 2003, my associate, Attorney Heidi H. Zapp, sent a letter to Attorney Thomas Leghorn requesting responses to our Third Set of Interrogatories dated September 12, 2003 and our Fourth Set of Request for Production dated May 16, 2003, as well as requesting a Claims Manual as indicated in Ms. Virginia Lloyd's deposition on September 17, 2003. (See Exhibit B). INA had previously indicated in its responses to EMCOR's Third Set of Requests for Production, that there was no such manual.

8. On October 21, 2003, Attorney Zapp sent another letter to Attorney Leghorn regarding the same discovery request. (See Exhibit C).

9. Also on October 21, 2003, Attorney Zapp wrote a letter to Attorney Oelsner as a follow up to Attorney LaMere's June 27, 2003 letter. Attorney Zapp also requested various documents previously requested from INA that should have been produced by INA pursuant to the rules of discovery. (See Exhibit D).

10. On October 24, 2003, Attorney Zapp sent another letter to Attorney Oelsner requesting several documents referenced in documents which were produced by INA. (See Exhibit E).

11. Finally, on November 19, 2003, Attorney Zapp sent a letter to Attorney Leghorn, Attorney Oelsner, and Attorney Marcellino identifying all outstanding discovery responses owed by INA, incorporating all of the above referenced requests. (See Exhibit F).

12. To date, INA has failed to produce the documents requested and failed to respond to the interrogatories, as identified above.

_____
Jeffrey J. Vita, Esq.

Subscribed and sworn to before me on November 26, 2003.

_____

# EXHIBIT A

# SAXE
# DOERNBERGER &
# VITA, P.C.
ATTORNEYS AND COUNSELLORS AT LAW

1952 WHITNEY AVENUE
HAMDEN, CT 06517
TELEPHONE (203) 287-8890
FACSIMILE (203) 287-8847
www.sdvlaw.com

Jaime M. LaMere

jml@sdvlaw.com

**VIA FACSIMILE AND U.S. MAIL**
**(212) 490-3038**

June 27, 2003

Richard S. Oelsner, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639

    Re:    EMCOR v. INA
             Docket 3:00-CV-2211 (AVC)

Dear Rich:

    I am writing to you for the purpose of obtaining INA's response an issue raised by Jeff Vita in a letter to you, dated June 12, 2002, regarding INA's privilege log. With respect to the privilege log under the heading "subject matter" it reads "description of facts and potential legal strategy." This description does not identify the matter to which this allegedly privileged document applies. Therefore, please identify the specific matter to which this document applies so that we may evaluate its status as a privileged document.

    I look forward to hearing from you.

                              Very truly yours,

                              Jaime M. LaMere

# EXHIBIT B

# SAXE DOERNBERGER & VITA, P.C.

ATTORNEYS AND COUNSELLORS AT LAW

1952 WHITNEY AVENUE
HAMDEN, CT 06517
TELEPHONE (203) 287-8890
FACSIMILE (203) 287-8847
www.sdvlaw.com

Heidi H. Zapp

hhz@sdvlaw.com

**VIA FACSIMILE**
**(212) 490-3038**

September 22, 2003

Thomas A. Leghorn, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639

RE: EMCOR Group, Inc. v. INA
Docket 3:00-CV-2211 (AVC)

Dear Attorney Leghorn:

We would like to obtain responses to our outstanding discovery requests. To date, we have not received responses to our Third Set of Interrogatories dated September 12, 2002 and our Fourth Set of Requests for Production dated May 16, 2003.

In addition, we learned during Virginia Lloyd's deposition that INA has a "CMD" claims manual which contains INA's best practices for claims handling. In our Third Set of Requests for Production dated September 12, 2002, we requested copies of INA's claim manuals but did not receive a copy of any such manual. As all of these requested documents should have been provided to us at a much earlier date, please forward your responses and all requested documents immediately.

If you should have any questions, please do not hesitate to call.

Sincerely,

Heidi H. Zapp

# EXHIBIT C



**SAXE
DOERNBERGER &
VITA, P.C.**

ATTORNEYS AND COUNSELLORS AT LAW

1952 WHITNEY AVENUE
HAMDEN, CT 06517
TELELPHONE (203) 287-8890
FACSIMILE    (203) 287-8847
www.sdvlaw.com

Heidi H. Zapp

hhz@sdvlaw.com

**VIA FACSIMILE
(212) 490-3038**

October 21, 2003

Thomas A. Leghorn, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639

      RE:    EMCOR Group, Inc. v. INA
             Docket 3:00-CV-2211 (AVC)

Dear Attorney Leghorn:

      On September 22, 2003, I sent you via facsimile a letter regarding responses to our outstanding discovery requests. We have still not received responses to our Third Set of Interrogatories dated September 12, 2002 and our Fourth Set of Requests for Production dated May 16, 2003.

      In addition, we learned during Virginia Lloyd's deposition that INA has a "CMD" claims manual which contains INA's best practices for claims handling. In our Third Set of Requests for Production dated September 12, 2002, we requested copies of INA's claim manuals but did not receive a copy of any such manual. As all of these requested documents should have been provided to us at a much earlier date, please forward your responses and all requested documents immediately.

      If you should have any questions, please do not hesitate to call.

                                          Sincerely,

                                          Heidi H. Zapp

# EXHIBIT D



**SAXE DOERNBERGER & VITA, P.C.**

ATTORNEYS AND COUNSELLORS AT LAW

Heidi H. Zapp

1952 WHITNEY AVENUE
HAMDEN, CT 06517
TELELPHONE (203) 287-8890
FACSIMILE    (203) 287-8847
*www.sdvlaw.com*

hhz@sdvlaw.com

October 21, 2003

**VIA FACSIMILE AND U.S. MAIL**
**(212) 490-3038**

Richard S. Oelsner, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639

    Re:    EMCOR v. INA
            Docket 3:00-CV-2211 (AVC)

Dear Attorney Oelsner:

    I am writing to you in follow up to a letter Attorney LaMere sent to you dated June 27, 2003. The purpose of Attorney LaMere's letter was to obtain INA's response to an issue raised by Attorney Vita in a letter to you, dated June 12, 2002, regarding INA's privilege log dated May 29, 2002. With respect to the privilege log under the heading "subject matter" it reads "description of facts and potential legal strategy." This description does not identify the matter to which this allegedly privileged document applies. Therefore, please identify the specific matter to which this document applies so that we may evaluate its status as a privileged document.

    Also, as Attorney Vita has previously requested, document number EMC 028559 reads in part "it is my understanding based on the prior e-mail that the aggregate for this year is gone, making our exposure nil." Please locate that prior e-mail referred to in document EMC 028559 and produce it to this office in compliance with discovery procedures pursuant to Federal Rule of Civil Procedure 26(e)(1) and (2).

If you should have any questions, please do not hesitate to contact me. I appreciate your prompt and immediate attention to this matter and look forward to hearing from you regarding this matter in the immediate future.

Very truly yours,

Heidi H. Zapp

# EXHIBIT E



# SAXE DOERNBERGER & VITA, P.C.

1952 WHITNEY AVENUE
HAMDEN, CT 06517
TELELPHONE (203) 287-8890
FACSIMILE   (203) 287-8847
www.sdvlaw.com

ATTORNEYS AND COUNSELLORS AT LAW

Heidi H. Zapp

hhz@sdvlaw.com

**VIA FACSIMILE AND U.S. MAIL**
**(212) 490-3038**

October 24, 2003

Richard S. Oelsner, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639

Re:   EMCOR v. INA
      Docket 3:00-CV-2211 (AVC)

Dear Attorney Oelsner:

In reviewing discovery, I find that we have yet to receive your production of an attached memo and spreadsheet referred to in an email marked Plaintiff's Exhibit 6 from Patrick Walton's deposition. These attachments have been requested previously. The Bates Stamp on this exhibit is ES11519. Please produce these requested documents as soon as possible.

I appreciate your prompt and immediate attention to this matter. Further, look forward to hearing from you regarding this matter in the immediate future. If you should have any questions, please do not hesitate to contact me.

Very truly yours,

Heidi H. Zapp

# EXHIBIT F



**SAXE
DOERNBERGER &
VITA, P.C.**

ATTORNEYS AND COUNSELLORS AT LAW

1952 WHITNEY AVENUE
HAMDEN, CT 06517
TELELPHONE (203) 287-8890
FACSIMILE    (203) 287-8847
www.sdvlaw.com

Heidi H. Zapp

hhz@sdvlaw.com

**VIA FACSIMILE AND
REGULAR MAIL
914-323-7001**

November 19, 2003

Thomas Leghorn
Richard Oelsner
Stephen Marcellino
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604

Re:   EMCOR v. INA – Outstanding Discovery
      Docket 3:00-CV-2211 (AVC)

Dear Gentlemen:

This letter will confirm that you will be producing your responses to our Third Set of Interrogatories dated 9/12/02 and our Forth Set of Requests for Production dated 5/16/03 imminently. I look forward to receiving your responses.

Unfortunately, there are several discovery requests to INA which remain outstanding. The items we are still waiting for are as follows:

1.  In response to our First Set of Requests for Production, you supplied a privilege log. This privilege log consisted of one item; a letter dated 10/11/95 by Rona Taylor to Mike Murphy. Since this letter was copied to employees of both ESIS and INA, any alleged privilege has been waived. Therefore, please produce this document.

2.  With respect to our Third Set of Requests for Production, we requested in items numbered one through four (1-4) any manuals or guidelines, special handling instructions, and/or service/field service instructions. Your response to these requests was that

there were none. However, Virginia Lloyd testified at her deposition on September 17, 2003, (see pages 62-65 of the deposition transcript attached hereto), as to the existence of a Claims Manual or a Best Practices Manual. Accordingly, please produce said manual.

3. In request number six (6) of the Third Set of Requests for Production, we requested the underwriting documents related to EMCOR. You responded that these documents were not relevant to this litigation. The underwriting documents are relevant to the nature of EMCOR's business and INA's understanding as to the nature of the risks to be insured. Accordingly, we again request that these documents be produced immediately.

4. In request number nine (9) of the Third Set of Requests for Production, we requested correspondence between INA and American International Group. You responded that you were unaware of any such correspondence but if there were it would be in the subject INA files which would be produced separately. We have yet to receive any subject INA files sent separately by your office. Please produce the relevant INA files immediately.

5. In request number ten (10) of the Third Set of Requests for Production we requested meeting minutes/memoranda, to which you responded that those items were enclosed except for those that were prepared in anticipation of litigation and allegedly were privileged. Those items were to be outlined in a privilege log to be provided separately. We have yet to receive any such privilege log. Please produce this privilege log immediately.

6. We have received several documents in discovery of which portions have been redacted. Attorney Gregory Pinter of your office indicated that these redactions related to additional insured issues and were therefore not relevant to this action. (See letter enclosed dated October 18, 2002). However, certain of these redacted documents seem to be solely about the coding issue. For example, in bate stamp 028625, an e-mail from Pat Walton to Carolann Myrtetus, the entire content of this e-mail is directly related to the coding issues as are the other e-mails shown on that same document. A similar situation exists with respect to bate stamp numbers 028618, 028657 and 028670. (See bate stamped documents attached hereto). It therefore appears that the entire content of these documents are relative and discoverable. Accordingly, please produce these documents without redactions.

7. There are two specific emails that we have previously requested numerous times. The first email is dated January 26, 1998, bates stamp number ES11519, from Sheelagh Nelson to Patti Topper, cc: to Ann Marie Marson and Pat Walton. The subject matter of this email is "Emcor Corrections." The email refers to an attached memo and spreadsheet that outlines everything with respect to the transactions and transfers necessary to correct the data associated with Emcor files. These attachments are directly relevant to the claims in this case and must be produced to this office. The second email is dated February 16, 1998, from Anne Finley to Virginia Lloyd, bates stamp number EMC 028559. The subject matter of the email is the potential exhaustion of the aggregate. The third full paragraph makes reference to a prior e-mail alluding to that fact. (See documents attached hereto). We have requested this prior e-mail numerous times before but have received no response from your office. Please produce these requested documents immediately.

Please advise as to the status of these requests no later than November 26, 2003. If we do not hear from you by that date, we will be forced to seek court intervention to resolve these outstanding discovery requests.

If you should have any questions, please do not hesitate to contact me.

Sincerely,

Heidi H. Zapp

Enclosures