FILED

2003 NOV 26  A 11: 49

**UNITED STATES DISTRICT COURT**
US DISTRICT COURT
HARTFORD CT
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| EMCOR GROUP, INC. | : | NO.: 3:00-CV-2211 (AVC) |
| v. | : | |
| INSURANCE COMPANY OF NORTH AMERICA | : | NOVEMBER 26, 2003 |

**APPEARANCE**

Please enter the appearance of Philip T. Newbury, Jr., as attorney for the non-party witness, Ann Marie Marson, in the above-captioned matter.

By /s/ Philip T. Newbury, Jr.
Philip T. Newbury, Jr.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (FAX)
ct05283

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Protective Order has been sent via facsimile and U.S. Mail, postage prepaid, to the following counsel of record this 26th day of November, 2003:

Jeffrey J. Vita, Esquire
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
(203) 287-8847 (FAX)

Richard S. Oelsner, Esquire
Wilson, Elser, Moskowitz,
  Edelman & Dicker
150 East 42nd Street
New York, NY 10017-5639
(212) 490-3038 (FAX)

Philip T. Newbury, Jr.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (FAX)
ct05283

- 2 -