## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EMCOR GROUP, INC. | : | NO.: 3:00-CV-2211 (AVC) |
| | : | |
| v. | : | |
| | : | |
| INSURANCE COMPANY OF NORTH AMERICA | : | NOVEMBER 26, 2003 |

## MOTION FOR PROTECTIVE ORDER
## AND TO QUASH OR MODIFY SUBPOENA

The undersigned, pursuant to Fed.R.Civ.P. 26, hereby respectfully moves this Court for a protective order regarding the deposition of a non-party witness, Ann Marie Marson, which is currently scheduled for December 2, 2003, in Richmond, Virginia. The undersigned also requests that pursuant to Fed.R.Civ.P. 45(c)(3)(A)(iv), the Court quash or modify the subpoena served upon Ms. Marson on November 20, 2003 (Exhibit A). The grounds for this motion are as follows:

1. Counsel for the plaintiff served a subpoena duces tecum on Ms. Marson to require her to appear for a deposition to be held at LeClair Ryan, 707 East Main Street, 11th Floor, Richmond, Virginia, at 9:00 a.m., December 2, 2003.;

2. Ms. Marson's former employer, ESIS, Inc., has already produced the documents requested in the plaintiff's subpoena;

# EXHIBIT C

3. Ms. Marson is currently employed as Claims Manager for the James River Specialty Insurance Company in Richmond, Virginia;

4. She is unavailable on December 2, 2003, because her employer requires that she conduct new employee training on that date;

5. The undersigned sent a letter, via facsimile, to the plaintiff's counsel on November 18, 2003, so advising him and requesting that the deposition be postponed. (Exhibit B);

6. On November 25, 2003, the undersigned participated in a conference call with the plaintiff's counsel and agreed to provide dates during the month of January, 2004, on which Ms. Marson and the undersigned would be available. Those dates are January 15 or January 16. However, the parties were unable to agree on rescheduling the deposition;

7. The undersigned is not unmindful of the fact that Ms. Marson's deposition has been extraordinarily difficult to schedule. Much of the difficulty, however, has had to do with the attorneys' scheduling conflicts, including counsel for the plaintiff. Additionally, the deposition was cancelled on one occasion because of Hurricane Isabel;

8. The undersigned merely seeks to reschedule the deposition to a mutually convenient date and does not seek to delay the matter or to prejudice the plaintiff in any way;

9. However, Ms. Marson will suffer undue hardship if she cannot fulfill the

requirements of her employment on December 2, 2003;

Pursuant to Local Rule 9(b), the undersigned conferred with counsel for the plaintiff in a good faith effort to resolve the dispute, but no agreement was reached. See the attached Affidavit of Philip T. Newbury, Jr., pursuant to Local Rule 9(d) (Exhibit C).

WHEREFORE, it is respectfully requested that the motion for protective order and to quash or modify the subpoena be granted, and that the deposition of Ms. Marson not proceed on December 2, 2003; but rather, that it be postponed to a mutually convenient date during the month of January, 2004.

Respectfully submitted,
ANN MARIE MARSON


By /s/_____
   Philip T. Newbury, Jr.
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (FAX)
   ct05283

**CERTIFICATION**

       This is to certify that a copy of the foregoing Motion for Protective Order has been sent via facsimile and U.S. Mail, postage prepaid, to the following counsel of record this 26th day of November, 2003:

Jeffrey J. Vita, Esquire
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT  06517
(203) 287-8847 (FAX)

Richard S. Oelsner, Esquire
Wilson, Elser, Moskowitz,
  Edelman & Dicker
150 East 42nd Street
New York, NY 10017-5639
(212) 490-3038 (FAX)

 

/s/_____
Philip T. Newbury, Jr.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (FAX)
ct05283