FILED

2003 DEC -2  A 11: 33

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| EMCOR GROUP, INC. | NO.: 3:00-CV-2211 (AVC) |
| v. | |
| INSURANCE COMPANY OF NORTH AMERICA | NOVEMBER 26, 2003 |

## MOTION TO WITHDRAW

The undersigned respectfully moves this Court to withdraw its Motion For Protective Order and to Quash or Modify Subpoena dated November 26, 2003, regarding the deposition of a non-party witness, Ann Marie Marson, because the parties have come to an agreement and the non-party witness no longer seeks relief.

Respectfully submitted,
ANN MARIE MARSON

By _____
Philip T. Newbury, Jr.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (FAX)
ct05283

**CERTIFICATION**

This is to certify that a copy of the foregoing Motion to Quash or Modify Deposition Subpoena has been sent via facsimile and U.S. Mail, postage prepaid, to the following counsel of record this 26th day of November, 2003:

Jeffrey J. Vita, Esquire
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
(203) 287-8847 (FAX)

Richard S. Oelsner, Esquire
Wilson, Elser, Moskowitz,
 Edelman & Dicker
150 East 42nd Street
New York, NY 10017-5639
(212) 490-3038 (FAX)

Philip T. Newbury, Jr.