UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
------------------------------------------------------------------------ X

EMCOR GROUP, INC.,

                   Plaintiff,

        -against-

INSURANCE COMPANY OF NORTH AMERICA

                   Defendant.
------------------------------------------------------------------------ X

Civil Action No.
Docket 3:00-CV-2211 (AVC)

Judge Alfred V. Covello

November 17, 2003

## MOTION TO AMEND SECOND AMENDED ANSWER

Defendant Insurance Company of North America ("INA") hereby moves for leave to Amend its Second Amended Answer dated June 14, 2002. The proposed amendment to the Second Amended Answer is the addition of a single counterclaim against the plaintiff, Emcor Group, Inc. ("Emcor"), seeking reimbursement for amounts paid by INA in excess of its policy limits of $2,000,000.

1.     This case involves a claim by Emcor that 106 claims made against Emcor and its subsidiaries insured under certain policies of insurance issued by INSA to Emcor were misclassified as general liability claims rather than as completed operations claims; that INA attempted to exhaust prematurely coverage provided to Emcor; that certain claims against an Emcor subsidiary, Dynaelectric Company, were classified to the wrong insurance policy; and related claims arising out of those facts. INA denies Emcor's allegations.

2.     INA issued three (3) insurance polices providing insurance coverage to EMCOR and other subsidiaries for general liability and products liability/completed operations claims over a three year period. INA Contract Number HDOG1403379-8 covered the period from October 1, 1992 to October 1, 1993; INA Contract Number HDOG1658518-8 covered the period

from October 1, 1993 to October 1, 1994; and INA Contract Number HDOG1658789-8 covered

the period from October 1 1994 to October 1, 1995.   Each of these policies had a $2 million

general liability aggregate limit.

3.      During the discovery process, that is still ongoing, INA discovered that it

paid EMCOR more than the general liability aggregate limit of $2 million dollars under each of

the three of the insurance policies issued to EMCOR referenced above.

4.      In the proposed Third Amended Answer with counterclaim INA seeks to recover

from EMCOR amounts it paid in excess of the several liability aggregate limits for each of the

subject policies.

**WHEREFORE**, INA respectfully requests an order pursuant to Rule 15(a) of the Federal

Rules of Civil Procedure, granting the instant application to amend its answer, together with such

other and further relief as to this Court may seem just, proper and equitable.

Dated:      White Plains, New York
            December 3, 2003

Thomas A. Leghorn (Federal Bar # 22106)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
Attorneys for the defendant
INSURANCE COMPANY OF NORTH  AMERICA ("INA")
3 Gannett Drive
White Plains, New York  10604
(914) 323-7000
File No.:  00756.35967