


UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EMCOR GROUP, INC. | : | NO.: 3:00-CV-2211 (AVC) |
| v. | : | |
| INSURANCE COMPANY OF NORTH AMERICA | : | NOVEMBER 26, 2003 |

### MOTION FOR PROTECTIVE ORDER
### AND TO QUASH OR MODIFY SUBPOENA

    The undersigned, pursuant to Fed.R.Civ.P. 26, hereby respectfully moves this Court for a protective order regarding the deposition of a non-party witness, Ann Marie Marson, which is currently scheduled for December 2, 2003, in Richmond, Virginia. The undersigned also requests that pursuant to Fed.R.Civ.P. 45(c)(3)(A)(iv), the Court quash or modify the subpoena served upon Ms. Marson on November 20, 2003 (Exhibit A). The grounds for this motion are as follows:

    1.    Counsel for the plaintiff served a subpoena duces tecum on Ms. Marson to require her to appear for a deposition to be held at LeClair Ryan, 707 East Main Street, 11th Floor, Richmond, Virginia, at 9:00 a.m., December 2, 2003.;

    2.    Ms. Marson's former employer, ESIS, Inc., has already produced the documents requested in the plaintiff's subpoena;

*Withdrawn by agreement of counsel Alfred V. Covello, U.S.D.J.*

*December 10, 2003. SO ORDERED.*