

90

FILED
2003 DEC -2 A 11: 33
US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



| | | |
|---|---|---|
| EMCOR GROUP, INC. | : | NO.: 3:00-CV-2211 (AVC) |
| v. | : | |
| INSURANCE COMPANY OF NORTH AMERICA | : | NOVEMBER 26, 2003 |

## MOTION TO WITHDRAW

The undersigned respectfully moves this Court to withdraw its Motion For Protective Order and to Quash or Modify Subpoena dated November 26, 2003, regarding the deposition of a non-party witness, Ann Marie Marson, because the parties have come to an agreement and the non-party witness no longer seeks relief.

Respectfully submitted,
ANN MARIE MARSON

By _____
Philip T. Newbury, Jr.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (FAX)
ct05283

December 10, 2003. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

FILED 2003 DEC 16 A 9: 14
US DISTRICT COURT
HARTFORD CT