IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------X
EMCOR GROUP, INC.                          :   Civil Action No.
                                           :   Docket 3:00-CV-2211
            Plaintiff,                     :
                                           :   Judge Alfred V. Covello
v.                                         :
                                           :
INSURANCE COMPANY OF NORTH AMERICA:
                                           :
            Defendant.                     :   December 9, 2003
-----------------------------------------------------------X

## MOTION TO BIFURCATE TRIAL UPON STIPULATION

Pursuant to Federal Rule of Civil Procedure 42(b), wherein a court may order a separate trial of any separate issue, the plaintiff EMCOR Group, Inc., respectfully requests that this Court bifurcate the present trial into two trials; one concerning liability and one within which to determine the resulting damages.

A Stipulation to Bifurcate Trial signed by counsel for plaintiff and defendant setting forth the reasons for this motion is attached hereto and by reference incorporated herein.

                                    THE PLAINTIFF
                                    EMCOR GROUP, INC.

                                    By: _____
                                    Edwin L. Doernberger
                                    Saxe Doernberger & Vita, P.C.
                                    1952 Whitney Avenue
                                    Hamden, CT 06517
                                    (203) 287-8890
                                    Fed. Bar No. ct05199

December 16, 2003.  GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.