02CV2211 MtN bifur

78

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2003 OCT 20 P 1:29
US DISTRICT COURT
HARTFORD CT

------------------------------------------------X
EMCOR GROUP, INC.                               :   Civil Action No.
                                                :   Docket 3:00-CV-2211
                   Plaintiff,                   :
                                                :   Judge Alfred V. Covello
v.                                              :
                                                :
INSURANCE COMPANY OF NORTH AMERICA:             :
                                                :
                   Defendant.                   :   October 17, 2003
------------------------------------------------X

### PLAINTIFF'S MOTION TO BIFURCATE TRIAL

Pursuant to Federal Rule of Civil Procedure 42(b), wherein a court may order a separate trial of any separate issue, the Plaintiff respectfully requests that this Court bifurcate the present trial into two trials; one concerning liability and one within which to determine the resulting damages. This request arises from the fact that failure to so bifurcate the trial will result in an extensive and overwhelming trial with multitudes of confusing issues for the jury's consideration. Attached is the Plaintiff's memorandum of law in support of this motion.

RESPECTFULLY SUBMITTED,
EMCOR GROUP, INC.

By: _____
Jeffrey J. Vita, Esq.
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
(203) 287-8890
Fed. Bar No. ct08036

*[Margin annotations:]*
December 18, 2003 Denied as moot. See document no. 94 (granting on consent identical relief) Alfred V. Covello, U.S.D.J. SO ORDERED.

FILED 2003 DEC 18 P 12:28 U.S. DISTRICT COURT HARTFORD, CT.