IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------X

EMCOR GROUP, INC.                                   :    Civil Action No.
                                                    :    Docket 3:00-CV-2211
                          Plaintiff,                :    (AVC)

                                                         Judge Alfred V. Covello
v.                                                  :

INSURANCE COMPANY OF NORTH AMERICA:

                          Defendant.                :    November 26, 2003

------------------------------------------------------------X

### PLAINTIFF'S MOTION TO COMPEL

The plaintiff EMCOR Group, Inc. ("EMCOR") respectfully moves this

Court, pursuant to Federal Rules of Civil Procedure 37 and in accordance with

Local Rules of the District of Connecticut 9(d)(2) and (3), for an order directing

the defendant Insurance Company of North America ("INA") to comply with

outstanding discovery requests.  EMCOR's outstanding discovery requests are

summarized as follows:

1.   On June 7, 2001, in EMCOR's First Set of Requests for Production,
     EMCOR set forth nine separate requests for documents.  (See
     Exhibit A).  INA answered EMCOR's request on May 29, 2002 with
     a privilege log consisting of one item.  (See Exhibit B).  That item
     was a letter dated 10/11/95 by Rona Taylor to Mike Murphy.  This
     letter was copied to employees of both ESIS, a third party and INA,
     and therefore, any alleged privilege has been waived.  Accordingly,
     the document must be produced.

2.   On May 6, 2002, in items numbered one through four (1-4) of
     EMCOR's Third Set of Requests for Production dated May 6, 2002,
     EMCOR requested that INA produce any manuals or guidelines,
     special handling instructions, and/or service/field service

December 18, 2003.  There being no objection, the motion is granted.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

2003 DEC 18 P 12: 28
U.S. DISTRICT COURT
HARTFORD, CT