```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

                   Settlement Conference Calendar
                   Honorable J. Read Murphy, PJO
                    450 Main Street, Hartford, CT

                       Chambers Room #125 - Annex
```
**Rescheduled from December 16, 2003
to
February 10, 2004
10:00 a.m.**

NOTICE TO COUNSEL:  ALL PARTIES SHALL BE COUNSELED BY THEIR RESPECTIVE ATTORNEYS SO AS TO BE PREPARED TO CONSIDER SETTLEMENT REASONABLY REFLECTIVE OF THE ISSUES IN THIS CASE, THE EVIDENCE BEARING THEREON, THE APPLICABLE LAW AND THE RANGE OF POSSIBLE RESULTS IN AN ADJUDICATION.  <u>EACH PARTY NECESSARY TO CONSIDERATION OF SETTLEMENT SHALL BE IN COURT AT THE TIME SET FORTH ABOVE.</u>

AT LEAST TWO (2) DAYS BEFORE THE CONFERENCE DATE, EACH PARTY SHALL SUBMIT TO CHAMBERS A MARKED CONFIDENTIAL EX PARTE STATEMENT OF THE FOLLOWING:

1) ALL CLAIMS; 2) FACTUAL BASIS FOR CLAIMS (INCLUDING DAMAGES); 3) RANGE OF POSSIBLE RECOVERY; 4) PROBABLE RANGE OF RECOVERY; 5) PROSPECTS FOR SUCCESS AND REASONS THEREFOR; 6) SETTLEMENT DEMANDS/OFFERS INCLUDING THE ELEMENTS AND STRUCTURE OF POSSIBLE SETTLEMENT.

<u>CASE NO. 3:00CV02211(AVC) Emcor Group, Inc. V. Insurance Co of NA</u>

Edwin L. Doernberger
Tracy Alan Saxe
Jeffrey J. Vita
Heidi H. Zapp
Saxe, Doernberger & Vita, PC
1952 Whitney Ave.
Hamden, CT 06517

Duncan B. Hume
Hume & Associates
1 Landmark Sq.
Suite 525
Stamford, CT 06901

Thomas Leghorn
Stephen Marcellino
Wilson, Elser, Moskowitz, Edelman & Dick
150 East 42Nd St.
New York, NY 10017-5639

Philip T. Newbury Jr.
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190

                                        BY ORDER OF THE COURT
                                        KEVIN F. ROWE, CLERK