00CV2211/mtnamd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
----------------------------------------------------------------- X
EMCOR GROUP, INC.,

                  Plaintiff,

          -against-

INSURANCE COMPANY OF NORTH AMERICA

                  Defendant.
----------------------------------------------------------------- X

Civil Action No.
Docket 3:00-CV-2211 (AVC)

Judge Alfred V. Covello

November 17, 2003

FILED DEC -4 A 9:30 DISTRICT COURT HARTFORD CT

## MOTION TO AMEND SECOND AMENDED ANSWER

Defendant Insurance Company of North America ("INA") hereby moves for leave to amend its Second Amended Answer dated June 14, 2002. The proposed amendment to the Second Amended Answer is the addition of a single counterclaim against the plaintiff, Emcor Group, Inc. ("Emcor"), seeking reimbursement for amounts paid by INA in excess of its policy limits of $2,000,000.

1.     This case involves a claim by Emcor that 106 claims made against Emcor and its subsidiaries insured under certain policies of insurance issued by INSA to Emcor were misclassified as general liability claims rather than as completed operations claims; that INA attempted to exhaust prematurely coverage provided to Emcor; that certain claims against an Emcor subsidiary, Dynaelectric Company, were classified to the wrong insurance policy; and related claims arising out of those facts. INA denies Emcor's allegations.

2.     INA issued three (3) insurance polices providing insurance coverage to EMCOR and other subsidiaries for general liability and products liability/completed operations claims over a three year period. INA Contract Number HDOG1403379-8 covered the period from October 1, 1992 to October 1, 1993; INA Contract Number HDOG1658518-8 covered the period

---

January 28, 2004. As the court does not perceive there to be any prejudice ensuing from the proposed amendment and, in any event, authorizing the amendment will avoid the filing of a new lawsuit that concerns the same issues litigated herein, the court concludes that leave to amend is proper. Accordingly, the motion is GRANTED. SO ORDERED.

/s/ Alfred V. Covello, U.S.D.J.

2004 JAN 29 P 2:22 U.S. DISTRICT COURT HARTFORD, CT