UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EMCOR GROUP, INC.

      V.                                      CASE NO. 3:00CV02211(AVC)

INSURANCE COMPANY OF NORTH AMERICA

ORDER OF REFERRAL

The above-identified case is hereby referred to the Honorable Thomas P. Smith, United States Magistrate Judge, for purposes of settlement discussions. A settlement conference shall take place on March 31, 2004 at 10:00 a.m.

SO ORDERED.

Dated at Hartford, Connecticut, this 10th day of February, 2004.

                                                   /s/ AVC
                                                 Alfred V. Covello
                                                 United States District Judge