IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
EMCOR GROUP, INC.                             :   Civil Action No.
                                              :   Docket 3:00-CV-2211 (AVC)
                Plaintiff,                    :
                                              :   Judge Alfred V. Covello
v.                                            :
                                              :
INSURANCE COMPANY OF NORTH AMERICA            :
                                              :
                Defendant.                    :   February 12, 2004
---------------------------------------------------------------X

## PLAINTIFF'S MOTION FOR PERMISSION TO CONDUCT DISCOVERY RELATIVE TO DEFENDANT'S RECENTLY FILED COUNTERCLAIM

Plaintiff, EMCOR Group, Inc. ("EMCOR") hereby requests permission to modify the scheduling order to conduct discovery limited to defendant Insurance Company of North America's ("INA") recently filed counterclaim. In support hereof, EMCOR represents as follows:

1.  On January 29, 2004, this Court granted INA's motion to amend its answer and assert a counterclaim against EMCOR.

2.  EMCOR has not had the opportunity to conduct any discovery relative to INA's allegations contained in its recently filed counterclaim.

3.  EMCOR now seeks an extension of the prior scheduling order deadline to conduct discovery with respect to INA's counterclaim, including details surrounding INA's alleged overpayments.

4.  EMCOR seeks an extension of sixty (60) days from INA's compliance with EMCOR's discovery requests with respect to INA's counterclaim within which to conduct

any necessary depositions of INA and/or any non-party witnesses in connection with INA's counterclaim.

    5.    Counsel for the defendant INA has no objection to this motion.

WHEREFORE, EMCOR moves for an order from this Court extending the discovery cut-off with respect to discovery related to INA's counterclaim.

                              THE PLAINTIFF,
                              EMCOR GROUP, INC.

By: _____
Jeffrey J. Vita, Esq.
Fed. Bar No. ct08036
Heidi H. Zapp, Esq.
Fed. Bar No. ct24655
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
(203) 287-8890

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------X
EMCOR GROUP, INC.                            :    Civil Action No.
                                             :    Docket 3:00-CV-2211 (AVC)
          Plaintiff,                      :
                                             :    Judge Alfred V. Covello
v.                                           :
                                             :
INSURANCE COMPANY OF NORTH AMERICA           :
                                             :
          Defendant.                      :    February 12, 2004
------------------------------------------------------------X

## CERTIFICATION

      This is to certify that the foregoing was mailed, postage prepaid, on this the 12th day of February, 2004 to the following counsel of record:

Thomas Leghorn, Esq. (CT 22106)
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604
(914) 323-7000

Duncan B. Hume, Esq. (ct05581)
Hume & Associates
One Landmark Square
Stamford, CT 06901
(203) 348-7252

_____
Jeffrey J. Vita, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------------X
EMCOR GROUP, INC.                              :    Civil Action No.
                                               :    Docket 3:00-CV-2211 (AVC)
                    Plaintiff,                 :
                                               :    Judge Alfred V. Covello
v.                                             :
                                               :
INSURANCE COMPANY OF NORTH AMERICA:
                                               :
                    Defendant.                 :    February 12, 2004
-----------------------------------------------------------------X

**ORDER**

The foregoing Motion having been heard, it is hereby ORDERED:

GRANTED/DENIED.

BY THE COURT

_____
Judge