IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**FILED**

-----------------------------------------------------------------X

EMCOR GROUP, INC.                                         :

                Plaintiff,                    :

v.                                                                       :

INSURANCE COMPANY OF NORTH AMERICA       :

                Defendant.                  :

-----------------------------------------------------------------X

2004 FEB 13  A 11: 21

Civil Action No.
Docket: 3:00-CV-2211 (AVC)

U.S. DISTRICT COURT
HARTFORD, CT

Judge Alfred V. Covello

February 12, 2004

### PLAINTIFF'S MOTION FOR PERMISSION TO CONDUCT DISCOVERY RELATIVE TO DEFENDANT'S RECENTLY FILED COUNTERCLAIM

      Plaintiff, EMCOR Group, Inc. ("EMCOR") hereby requests permission to modify the scheduling order to conduct discovery limited to defendant Insurance Company of North America's ("INA") recently filed counterclaim.   In support hereof, EMCOR represents as follows:

    1.    On January 29, 2004, this Court granted INA's motion to amend its answer and assert a counterclaim against EMCOR.

    2.    EMCOR has not had the opportunity to conduct any discovery relative to INA's allegations contained in its recently filed counterclaim.

    3.    EMCOR now seeks an extension of the prior scheduling order deadline to conduct discovery with respect to INA's counterclaim, including details surrounding INA's alleged overpayments.

    4.    EMCOR seeks an extension of sixty (60) days from INA's compliance with EMCOR's discovery requests with respect to INA's counterclaim within which to conduct

*February 18,*
*SO ORDERED.*

*Alfred V - Covello, U.S.D.J.*