UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREGORY DILLON, | : | CIVIL ACTION NO. 3:04cv00231(AWT) |
|        Plaintiff, | : | |
| v. | : | |
| | : | |
| CHRISTOPHER MORANO, | : | |
|        Defendant. | : | FEBRUARY 20, 2004 |

**APPEARANCE**

TO:   Clerk
       United States District Court
       450 Main Street
       Hartford, CT 06103

Please enter the appearance of the undersigned attorneys on behalf of the Defendant, CHRISTOPHER MORANO, in the above-referenced matter.

_____
Albert Zakarian, ct#04201
Day, Berry & Howard LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
*azakarian@dbh.com*
His Attorney

_____
Robert C. McNamee, ct#18438
Day, Berry & Howard LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
*rcmcnamee@dbh.com*
His Attorney

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date via first-class mail, postage prepaid, to:

Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

*/s/ Robert C. McNamee*
_____
Robert C. McNamee