UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EMCOR GROUP, INC.,
         -Plaintiff

-v-                               CIVIL NO. 3:00-CV-2211 (AVC)

INSURANCE COMPANY OF
NORTH AMERICA,
         -Defendant

## MEMORANDUM AND ORDER

A settlement conference was held in this case today. Another session has been set for **June 15, 2004 at 10:00 a.m.**, before the undersigned.

For that session to be productive, it will be necessary for the plaintiff to have defendant's overdue discovery responses. Therefore, it is **ORDERED** that the defendant will answer plaintiff's interrogatories and comply with its production requests within 20 days of today. It is further **ORDERED** that the contemplated Rule 30(b)(6) depositions will have been completed prior to June 15, 2004.

It is **ORDERED** that the decision makers attending today's conference will attend the June 15, 2004 conference, along with

additional decision makers if more authority is needed.

At today's settlement conference, both sides expressed a desire for an early trial. The undersigned estimates the plaintiff's case will require 12 trial days with a like number for the defense. The undersigned hereby sets jury selection for early September, with trial commencing on or about September 13, 2004, subject to Judge Covello's approval and availability.

Dated at Hartford, Connecticut, this 31st day of March, 2004.

Thomas P. Smith
United States Magistrate Judge