IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-------------------------------------------------------------X
EMCOR GROUP, INC.                : Civil Action No.
                                 :  Docket 3:00-CV-2211 (AVC)
           Plaintiff,        :

v.                               :

INSURANCE COMPANY OF
NORTH AMERICA                    :

           Defendant.        : April 21, 2004

-------------------------------------------------------------X

## NOTICE OF FILING DOCUMENTS UNDER SEAL

Pursuant to an order by the Honorable Judge Covello dated April 13, 2004, plaintiff EMCOR Group, Inc. hereby gives notice that it is filing, under seal, Plaintiff's Memorandum Under Seal Regarding Privilege, and is simultaneously providing to the Honorable Alfred V. Covello documents numbered 101, 102, 113 and 115 for an in camera inspection.

THE PLAINTIFF
EMCOR Group, Inc.

By: _____
Heidi H. Zapp, Esq.
Fed. Bar No. ct24655
Jeffrey J. Vita, Esq.
Fed. Bar No. ct08036
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, Connecticut 06517
Tel: (203) 287-8890
Fax:(203) 287-8847