08/08/2003 16:28 FAX                                                                                                      ☒024

Ann Marie Marson
Claims Vice President
ESIS

# ESIS
An Insurance Services Company

July 13, 1998

401 White Horse Road
Voorhees, NJ 08043
Telephone (609) 782-4306
Facsimile (609) 782-4601

J & H Marsh & McLennan of Connecticut, Inc.
One State Street, 16th Floor
Hartford, CT 06103-3187

Attention:    Douglas J. Willis,
              Vice President

Dear Doug:

It was a pleasure seeing you on Friday, July 9, 1998, in our office.

During your visit, we discussed the coding on each of the 110 claim files and decided to group the claims into three (3) categories to assist in resolving any remaining issues concerning the coding.

The categories we agreed upon are as follows:

Category 1:    Those claims against the account in which the account did not perform work at the site. We described these as cost of doing business claims.

Category 2:    Those claims against the account in which there were contractual claims asserted as well as claims for completed operations. Two (2) different types of claims are asserted against the account in this category and we describe these claims as Contractual Liability/Completed Operations claims.

Category 3:    There were two (2) claims in this category in which we agreed should be reviewed again since we did not view these claims the same way and they contained issues not common with the other two categories.

I have attached the spreadsheet with an additional column titled "Category" and have inserted a 1, 2, or 3, next to those claims that we agreed fell into each category. I have also attached a separate sheet listing the claims in that order by Category heading.



Douglas Willis
July 13, 1998
Page 2

Please review the attached and let me know if you have any questions. After you have reviewed the attached, please contact me so we can schedule our next meeting.

I look forward to seeing you soon.

Very truly yours,

*Ann Marie Marson*
Ann Marie Marson,
Claims Vice President
ESIS National Claims Facility

AMM/at

Enclosure

08/08/2003 16:29 FAX                                                                 ☒026

EMCOR, INC. - Contract No. 2806

## Category 1

| | File Number | Claim Code | Open/Closed | Claimant | Total Incurred | Comments | Category |
|---|---|---|---|---|---|---|---|
| 10 | 2806 330 89 37 98-4 | OPBI | O | Soderberg | 21,500.00 | Account named in suit but did no work at site. | 1 |
| 13 | 2806 330 87 09 77-8 | OPBI | O | Covello | 31,851.00 | Account not involved in lawsuit. Account retained counsel since employees were called to testify as non-party witnesses. | 1 |
| 14 | 2806 330 88 16 27-X | OPBI | O | Abramowitz | 55,000.00 | Repair of light did not cause accident. | 1 |
| 15 | 2806 330 87 38 68-5 | OPBI | O | Scanterbury | 35,000.00 | Claim arises out of a potential operation claim at site | 1 |
| 16 | 2806 330 88 66 62-7 | OPBI | O | Ishakov | 26,000.00 | No work performed at site. | 1 |
| 18 | 2806 330 89 74 12-X | OPBI | O | Carbo | 13,500.00 | Account did not do any work at the site. | 1 |
| 19 | 2806 330 89 79 54-2 | OPBI | O | Alexander | 18,000.00 | Account did not do any work at the site. | 1 |
| 23 | 2806 330 89 31 21-9 | OPBI | C | Caspe | 4,190.00 | Account had no involvement with electrical that caused accident. | 1 |
| 27 | 2806 330 89 57 31-1 | OTBI | C | Benvenuto | 5,568.00 | Account did not perform any service repair prior to the accident. | 1 |
| 29 | 2806 330 86 88 03-1 | OPPD | C | General Accident | 823.00 | No work performed at intersection. | 1 |
| 34 | 2806 330 86 23 75-8 | OTBI | C | Hayres | 4,136.00 | Weisbach did not perform any service prior to accident. | 1 |
| 35 | 2806 330 87 10 74-8 | OTBI | C | Tennenbaum | 2,529.00 | Weisbach did not perform work at loss location. | 1 |
| 36 | 2806 330 87 11 74-7 | OPPD | C | Levy | 1,754.00 | Weisbach dismissed from claim since loss did not occur where Weisbach was working. | 1 |
| 39 | 2806 330 87 70 35-5 | OPBI | C | Brienza | 30,256.00 | Account was never called prior to the date of accident | 1 |
| 41 | 2806 330 87 91 61-8 | OPBI | C | Asher | 13,966.00 | No work was done at location of fall. | 1 |
| 42 | 2806 330 88 17 57-8 | OPBI | C | Moran | 9,512.00 | Account was not working at site of accident. | 1 |
| 44 | 2806 330 88 22 03-3 | OPBI | C | Gialamboukis | 8,976.00 | Account did not perform work at site of accident. | 1 |
| 46 | 2806 330 88 64 86-7 | OTBI | C | Guy | 8,547.00 | Weisbach did not do road repair work at intersection | 1 |
| 50 | 2806 330 88 69 01-4 | OTBI | C | Gonzalez | 8,888.00 | No actual work was performed that caused accident. | 1 |
| 56 | 2806 330 88 88 05-5 | OPBI | C | Edwards | 6,514.00 | Weisbach did not work at site of accident. | 1 |
| 57 | 2806 330 88 92 06-X | OPBI | C | Dickstein | 5,314.00 | Weisbach did not work at site of accident. | 1 |
| 59 | 2806 330 88 95 11-7 | OPBI | C | Jordan | 5,765.00 | Weisbach did not work at site of accident. | 1 |
| 67 | 2806 190 87 25 09 / 4337 390 95 27 43-0 | OPBI / OPBI | O / O | Maltese | 25,000.00 | No work done on electrical doors. | 1 |
| 79 | 2806 330 89 87 34-3 / 4337 330 90 03 43-4 | OPBI / OPBI | O / O | Deikenipp | 9,000.00 | No work performed at intersection. | 1 |
| 80 | 2806 330 89 67 53-0 / 4337 330 90 03 44-5 | OPBI / OPBI | O / O | Howard | 12,500.00 | No work performed at location of accident. | 1 |
| 92 | 2806 330 88 19 80-0 | OPBI | C | Aarne | 3,456.00 | No work performed at site of loss. | 1 |

08/08/2003 16:29 FAX                                                                    ☐027

EMCOR, INC. - Contract No. 2808

## Category 1

| # | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 95 | 2808 | 330 89 40 98-5 | OPPD | C | Weathers | 1,308.00 | No purchase or repairs made to traffic light prior to accident. | 1 |
| 96 | 2808 | 330 88 18 50-2 | OPBI | C | Cantaro | 8,423.00 | No work performed at site of accident. | 1 |
| 100 | 2808 | 330 88 87 02-1 | OPBI | C | Ensler | 10,896.00 | No work performed at site of accident. | 1 |
| 101 | 2808 | 330 89 11 33-1 | OPBI | C | Gager | 21,924.00 | No work performed at intersection. | 1 |
| 102 | 2808 | 330 89 32 81-4 | OPBI | C | Skulsky | 9,203.00 | Power outage was cause of traffic light malfunction, not work of account. | 1 |
| 104 | 2808 | 330 89 88 17-7 | OPBI | C | Cattieri | 10,266.00 | Welsbach did not perform work at site of accident. | 1 |
| 110 | 2808 | 330 88 96 72-3 | PMPB | O | McMullen | 10,600.00 | Account did not install electrical switch. | 1 |

EMCOR, INC. - Contract No. 2806

## Category 2

| | File Number | Claim Code | Open/Closed | Claimant | Total Incurred | Comments | Category |
|---|---|---|---|---|---|---|---|
| 12 | 2806 330 87 06 99-5 | OPBI/COBI | C | Hans | 1,708.00 | Completed Operations & Contractual Liability | 2 |
| 22 | 2806 330 89 90 58 | OPBI/COBI | O | Wright | 11,500.00 | Completed Operations & Contractual Liability | 2 |
| 30 | 2806 330 86 89 19-7 | COBI/OPBI | C | Various | 17,593.00 | Completed Operations & Contractual Liability | 2 |
| 32 | 2806 330 88 29 78-8 | COBI/OPBI | C | Various | 34,028.00 | Completed Operations & Contractual Liability | 2 |
| 33 | 2806 330 88 94 67-7 | COBI/OPBI | C | Welsh | 30,254.00 | Completed Operations & Contractual Liability | 2 |
| 43 | 2806 330 88 17 82-0 | COBI/OPBI | C | Khatib | 18,478.00 | Completed Operations & Contractual Liability | 2 |
| 47 | 2806 330 88 40 57-8 | COBI/OPBI | C | Lee, et al | 16,207.00 | Completed Operations & Contractual Liability | 2 |
| 60 | 2806 330 88 98 11-X | COBI/OPBI | C | Birt | 12,323.00 | Completed Operations & Contractual Liability | 2 |
| 64 | 2806 330 87 72 60-X | OPPD | O | Zitt | 120,000.00 | Permanent on site HVAC specialist provided by account; was alleged negligent in removing cover. | 2 |
| | 4337 390 80 15 29-2 | OPPD | O | | | | |
| 73 | 2806 330 89 27 14-9 | OPBI | O | Roberts | 20,000.00 | Open claim: Contractual Liability & Completed Operations | 2 |
| 91 | 2806 330 88 06 27-0 | OPBI/COBI | C | Connolly, et al | 23,171.00 | Completed Operations & Contractual Liability | 2 |
| 103 | 2806 330 89 78 80-5 | OPBI/COBI | C | Napolitano | 13,116.00 | Completed Operations & Contractual Liability | 2 |

EMCOR, INC. - Contract No. 2806

### Category 3

| | File Number | Claim Code | Open/Closed | Claimant | Total Incurred | Comments | Category |
|---|---|---|---|---|---|---|---|
| 35 | 2606 330 89 84 72-2 | OPBI | C | | | Work was not completed at time of accident. | 3 |
| 35 | 4337 330 90 03 36-8 | OPBI | C | Palotsi, et al | 15,000.00 | | |
| 89 | 2951 580 50 69 91-1 | OPPD | C | W. B. Moore | 7,948.00 | Loss occured when client testing water pipe pressure. | 3 |

08/08/2003 16:29 FAX                                                                      ☒030

EMCOR, INC. - Contract No. 2806

| # | File Number | | | | | | Claim Code | Open/Closed | Claimant | Total Incurred | Comments | Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2806 | 190 | 66 | 58 | 54-1 | | COBI | O | Moses | $92,500.00 | Completed Operations. | |
| 2 | 2806 | 230 | 65 | 42 | 34-9 | | COBI | C | Robinson | $150,000.00 | Completed Operations | |
| 3 | 2806 | 190 | 66 | 65 | 27-4 | | COBI | O | Perkins | 595,000.00 | Completed Operations | |
| 4 | 2806 | 180 | 89 | 79 | 3B-8 | | PMBI | O | Kargbo | 11,331.00 | Renovations being conducted. | |
| 5 | 2806 | 340 | 11 | 08 | 84-4 | | OPBI | O | Rush | 31,435.00 | Account on site on date of event. | |
| 6 | 2806 | 190 | 66 | 42 | 21-8 | | OPBI | C | Newman | 16,858.00 | Account working at site at time of accident. | 7 |
| 7 | 2806 | 330 | 87 | 59 | 86-1 | | OPBI | C | Samuels | 8,058.00 | Slip and fall on wet floor just mopped by account. | |
| 8 | 2806 | 330 | 89 | 30 | 69-1 | | COBI | C | Gomez, et al | 33,500.00 | Completed Operations | |
| 9 | 2806 | 330 | 89 | 03 | 89-5 | | COBI | O | Zelick | 52,500.00 | Completed Operations | |
| 10 | 2806 | 330 | 89 | 37 | 98-4 | | OPBI | O | Soderberg | 21,500.00 | Account named in suit but did no work at site. | 1 |
| 11 | 2806 | 330 | 87 | 79 | 84-9 | | COBI | O | Brown | 61,000.00 | Completed Operations | |
| 12 | 2806 | 330 | 87 | 06 | 99-5 | | OPBI/COBI | C | Hans | 1,708.00 | Completed Operations & Contractual Liability | 2 |
| 13 | 2806 | 330 | 87 | 09 | 77-8 | | OPBI | C | Cavello | 31,851.00 | Account not involved in lawsuit. Account retained counsel since employees were called to testify as non-party witnesses. | |
| 14 | 2806 | 330 | 88 | 16 | 27-X | | OPBI | O | Abramowitz | 55,000.00 | Repair of light did not cause accident. | 1 |
| 15 | 2806 | 330 | 88 | 38 | 86-5 | | OPBI | O | Scanterbury | 35,000.00 | Claim arises out of a potential operation claim at site. | 4 |
| 16 | 2806 | 330 | 88 | 68 | 62-7 | | OPBI | C | Ishakov | 26,000.00 | No work performed at site. | 4 |
| 17 | 2806 | 330 | 89 | 43 | 15-4 | | COBI | O | Brown | 36,000.00 | Completed Operations | 1 |
| 18 | 2806 | 330 | 89 | 74 | 12-X | | OPBI | O | Carbo | 13,500.00 | Account did not do any work at the site. | 5 |
| 19 | 2806 | 330 | 89 | 79 | 54-2 | | OPBI | O | Alexander | 18,000.00 | Account did not do any work at the site. | 5 |
| 20 | 2806 | 330 | 89 | 10 | 77-0 | | OPBI | O | Freda, et al | 137,500.00 | Alleged failure of Weisbach to respond within 2 hrs. | 5 |
| 21 | 2806 | 330 | 89 | 74 | 75 | | COBI | O | Zaretsky | 36,500.00 | Completed Operations | |
| 22 | 2806 | 330 | 89 | 90 | 58 | | OPBI/COBI | O | Wright | 11,500.00 | Completed Operations & Contractual Liability | 2 |
| 23 | 2806 | 330 | 89 | 31 | 21-9 | | OPBI | C | Caspe | 4,190.00 | Account had no involvement with electrical that caused accident. | 1 |
| 24 | 2806 | 330 | 85 | 49 | 70-6 | | COBI | C | Alexander Rein. | 7,217.00 | Completed Operations | |
| 25 | 2806 | 330 | 86 | 27 | 78-4 | | OPPD | C | Ketchum Ind. | 6,500.00 | Claim occurred on date of service because mechanic was called away for another job. | 6 |
| 26 | 2806 | 330 | 87 | 91 | 14-5 | | OPBI | C | Clerge | 1,419.00 | Weisbach failed to respond with two hours. | 6 |
| 27 | 2806 | 330 | 89 | 57 | 31-1 | | OTBI | C | Benvenuto | 5,568.00 | Account did not perform any service repair prior to the accident. | 1 |
| 28 | 2806 | 390 | 94 | 43 | 41-2 | | COBI | C | McAllen | 5,012.00 | Completed Operations | 1 |
| 29 | 2806 | 330 | 86 | 88 | 03-1 | | OPPD | C | General Accident | 623.00 | No work performed at intersection. | 1 |
| 30 | 2806 | 330 | 86 | 89 | 18-7 | | COBI/OPBI | C | Various | 17,593.00 | Completed Operations & Contractual Liability | 2 |
| 31 | 2806 | 330 | 87 | 64 | 01-9 | | OPBI | C | Griffith | 12,409.00 | No service rendered before accident. | 7 |

*Changed Codes*

08/08/2003 16:29 FAX ☒031

EMCOR, INC. - Contract No. 2806

| | File Number | Claim Code | Open/Closed | Claimant | Total Incurred | Comments | Category |
|---|---|---|---|---|---|---|---|
| 32 | 2806 330 88 29 78-8 | COBI/OPBI | C | Various | 34,028.00 | Completed Operations & Contractual Liability | 2 |
| 33 | 2806 330 88 94 67-7 | COBI/OPBI | C | Welsh | 30,254.00 | Completed Operations & Contractual Liability | 2 |
| 34 | 2806 330 86 23 75-5 | OPBI | C | Hayies | 4,136.00 | Weisbach did not perform any service prior to accident. | 1 |
| 35 | 2806 330 87 10 74-6 | OTBI | C | Tennenbaum | 2,529.00 | Weisbach did not perform work at loss location. | 1 |
| 36 | 2806 330 87 11 74-7 | OPPD | C | Levy | 1,764.00 | Weisbach dismissed from claim since loss did not occur where Weisbach was working. | 1 |
| 37 | 2806 330 87 61 39-0 | OPBI | C | Uhler, et al | 9,738.00 | Allegations are that Weisbach did not inspect the light poles. | 1 |
| 38 | 2806 330 87 65 08-6 | OPBI | C | Alden | 14,933.00 | Job was not completed at the time of accident. | 1 |
| 39 | 2806 330 87 70 35-5 | OPBI | C | Brienza | 30,256.00 | Account was never called prior to the date of incident. | 1 |
| 40 | 2806 330 87 73 22-6 | COBI | C | Colon | 15,877.00 | Completed Operations | 1 |
| 41 | 2806 330 87 91 81-8 | OPBI | C | Asher | 13,966.00 | No work was done at location of fall. | 1 |
| 42 | 2806 330 88 17 57-8 | OPBI | C | Moran | 9,512.00 | Account was not working at site of accident. | 1 |
| 43 | 2806 330 88 17 82-0 | COBI/OPBI | C | Khatib | 18,478.00 | Completed Operations & Contractual Liability | 2 |
| 44 | 2806 330 88 22 03-3 | OPBI | C | Gialamboukis | 9,976.00 | Account did not perform work at site of accident. | 1 |
| 45 | 2806 330 88 33 80-3 | COBI | C | Restieri | 1,816.00 | Completed Operations | 1 |
| 46 | 2806 330 88 38 61-0 | COBI | C | Beshan | 12,681.00 | Completed Operations | 1 |
| 47 | 2806 330 88 40 57-9 | COBI/OPBI | C | Lee, et al | 16,207.00 | Completed Operations & Contractual Liability | 2 |
| 48 | 2806 330 88 64 56-7 | OTBI | C | Guy | 6,547.00 | Weisbach did not do road repair work at intersection which caused fall. | 1 |
| 49 | 2806 330 88 65 51-6 | OPBI | C | Glassman | 9,470.00 | Claim for untimely response not improper service. | 1 |
| 50 | 2806 330 88 69 01-4 | OTBI | C | Gonzalez | 8,668.00 | No actual work was performed that caused accident. | 1 |
| 51 | 2806 330 88 69 48-7 | COBI | C | Willson, et al | 7,760.00 | Completed Operations | 1 |
| 52 | 2806 330 88 70 03-7 | COBI | C | State Farm A/S/O | 732.00 | Completed Operations | 1 |
| 53 | 2806 330 88 73 22-7 | COBI | C | Milazzo, et al | 18,261.00 | Completed Operations | 1 |
| 54 | 2806 330 88 74 51-4 | COBI | C | Klein | 10,990.00 | Completed Operations | 1 |
| 55 | 2806 330 88 79 35-4 | COBI | C | Buonaiuto, et al | 1,193.00 | Completed Operations | 1 |
| 56 | 2806 330 88 88 05-5 | OPBI | C | Edwards | 6,514.00 | Weisbach did not work at site of accident. | 1 |
| 57 | 2806 330 88 92 06-X | OPBI | C | Dickstein | 5,314.00 | Weisbach did not work at site of accident. | 1 |
| 58 | 2806 330 88 93 35-7 | COBI | C | Whalen | 7,852.00 | Completed Operations | 1 |
| 59 | 2806 330 88 95 11-7 | OPBI | C | Jordan | 5,765.00 | Weisbach did not work at site of accident. | 1 |
| 60 | 2806 330 88 98 11-X | COBI/OPBI | C | Birt | 12,323.00 | Completed Operations & Contractual Liability | 2 |
| 61 | 2806 330 89 00 72-7 | COBI | C | Diaz | 18,040.00 | Completed Operations | 1 |
| 62 | 2806 330 89 48 60-X | COBI | C | Olicker | 10,965.00 | Completed Operations | 1 |

08/08/2003 16:30 FAX ☒032

EMCOR, INC. - Contract No. 2806

| | File Number | Claim Code | Open/Closed | Claimant | Total Incurred | Comments | Category |
|---|---|---|---|---|---|---|---|
| 83 | 2806 330 89 57 76-2 | COBI | C | | 13,741.00 | Completed Operations | |
| 84 | 2806 330 89 83 08-4 | OPBI | C | Akar | 11,218.00 | Completed Operations | |
| 65 | 4337 340 15 08 93-8 | OTBI/COBI | C | Shannon | 15,000.00 | Completed Operations | |
| 66 | 2806 250 24 50 19-5 | COBI | C | Lopez | 10,000.00 | Completed Operations | 93-94 |
| 87 | 4337 190 87 25 09 | OPBI | C | | | | |
| 2806 330 95 27 43-0 | OPBI | C | Maltese | 25,000.00 | No work done on electrical doors. | 1 |
| 68 | 4337 390 87 72 60-X | OPPD | C | Zitt | 120,000.00 | Permanent on site HVAC specialist provided by account was alleged negligent in removing cover. | 1 |
| | 2806 390 90 15 29-2 | OPPD | C | | | | |
| 69 | 4337 330 88 12 18-8 | OCBI | C | Bernard, et al | 28,000.00 | Contractual Liability & Completed Operations | 2 |
| | 2806 330 90 15 33-6 | OPBI | C | Bernard, et al | | | |
| 70 | 4337 330 88 22 53-9 | OPBI | C | Gartenberg, et al | 30,000.00 | Claim concerns temporary repair work by account. | |
| | 2806 330 90 15 34 | OPBI | C | | | | |
| 71 | 4337 330 88 84 73-3 | COBI | C | Roche | 24,500.00 | Completed Operations | |
| | 2806 330 90 02 87-2 | COBI | C | | | | |
| 72 | 4337 330 88 98 86-8 | COBI | C | Medock | 28,000.00 | Completed Operations | |
| | 2806 330 90 03 33-5 | COBI | C | | | | |
| 73 | 4337 330 89 27 14-9 | OPBI | C | Roberts | 20,000.00 | Open claim: Contractual Liability & Completed Operations | 2 |
| | 2806 330 90 03 31-1 | COBI | C | | | | |
| 74 | 4337 330 89 43 81-4 | COBI | C | Topher | 31,500.00 | Completed Operations | |
| | 2806 330 90 03 00-5 | COBI | C | | | | |
| 75 | 4337 330 88 46 56-6 | COBI | C | Ragairo | 16,000.00 | Completed Operations | |
| | 2806 330 90 03 25-8 | COBI | C | | | | |
| 76 | 4337 330 89 61 99-7 | OPBI | C | Williams | 16,500.00 | Alleged failure to service traffic control once a year per contract. | |
| | 2806 330 90 03 48-X | OPBI | C | | | | |
| 77 | 4337 330 89 66 18-8 | COBI | C | Smithaumen | 16,500.00 | Completed Operations | |
| | 2806 330 90 03 42-3 | COBI | C | | | | |
| 78 | 4337 330 89 67 34-3 | OPBI | C | Dekenipp | 9,000.00 | No work performed at intersection. | 1 |
| | 2806 330 90 03 43-4 | OPBI | C | | | | |
| 78 | NO ENTRY FOR THIS NUMBER | | | | | | |
| 80 | 2806 330 89 67 53-0 | OPBI | C | Howard | 12,500.00 | No work performed at location of accident. | 1 |
| | 4337 330 90 03 44-5 | OPBI | C | | | | |
| 81 | 2806 330 89 87 76-3 | COBI | C | Quinones | 12,000.00 | Completed Operations | |
| | 4337 330 90 03 45-6 | COBI | C | | | | |
| 82 | 2806 330 89 72 40-3 | OPBI | C | Lake | 14,500.00 | Alleged failure to respond to call for service. | |
| | 4337 330 90 03 46-7 | OPBI | C | | | | |
| 83 | 2806 330 89 84 71-1 | COBI | C | Koppel, et al | 16,000.00 | Completed Operations | |
| | 4337 330 90 03 40-1 | COBI | C | | | | |
| 84 | 2806 330 89 95 81-1 | COBI | C | Gleavy | 40,000.00 | Completed Operations | |
| | 4337 330 90 03 37-9 | COBI | C | | | | |
| 85 | 2806 330 89 94 72-2 | OPBI | C | Palotsi, et al | 15,000.00 | Work was not completed at time of accident. | 3 |
| | 4337 330 90 03 36-8 | OPBI | C | | | | |

EMCOR, INC. - Contract No. 2806

| | File Number | | | Claim Code | Open/Closed | Claimant | Total Incurred | Comments | Category |
|---|---|---|---|---|---|---|---|---|---|
| 86 | 2806 | 330 | 80 08 29-6 | COBI | C | Knox | 21,500.00 | Completed Operations | |
| 86 | 4337 | 330 | 80 03 39-0 | COBI | O | | | Work not completed. | |
| 87 | 2951 | 560 | 51 65 91-9 | OTBI | C | Costello | 9,750.00 | | |
| 88 | 2951 | 560 | 52 13 81-3 | COPD | C | Fifth Piedmont | 3,649.00 | Completed Operations | |
| 89 | 2951 | 560 | 50 69 91-1 | OPPD | C | W. B. Moore | 7,948.00 | Loss occurred when client lasting water pipe pressure. | 3 |
| 90 | 2806 | 560 | 52 41 80-8 | COBI | C | Friedman | 13,036.00 | Completed Operations | |
| 91 | 2806 | 330 | 88 06 27-0 | OPBI/COBI | C | Connolly, et al | 23,171.00 | Completed Operations & Contractual Liability | 2 |
| 92 | 2806 | 330 | 88 19 80-0 | OPBI | C | Aarne | 3,456.00 | No work performed at site of loss. | 1 |
| | 2806 | 330 | 89 04 25-8 | OPBI | C | Martinez | 2,082.00 | Case concerns contractual liability-general contractor requested account assume defense obligation. | 1 |
| 94 | 2806 | 340 | 13 20 38-5 | OPBI | C | Stillvan | 32,768.00 | Contractual Liability claim. | |
| 95 | 2806 | 330 | 89 40 96-5 | OPPD | C | Weathers | 1,306.00 | No purchase or repairs made to traffic light prior to accident. | 1 |
| 96 | 2806 | 330 | 88 18 50-2 | OPBI | C | Cantero | 9,423.00 | No work performed at site of accident. | 1 |
| 97 | 2806 | 330 | 88 25 55-3 | COBI | C | Greenberg | 15,239.00 | Completed Operations | |
| 98 | 2806 | 330 | 88 41 19-5 | COBI | C | Angerame | 42,753.00 | Completed Operations | |
| 99 | 2806 | 330 | 88 56 63-8 | COBI | C | Perley | 23,828.00 | Completed Operations | |
| 100 | 2806 | 330 | 88 87 02-1 | OPBI | C | Ensler | 10,896.00 | No work performed at site of accident. | 1 |
| 101 | 2806 | 330 | 89 11 33-1 | OPBI | C | Gager | 21,924.00 | No work performed at intersection. | 1 |
| 102 | 2806 | 330 | 89 32 81-4 | OPBI | C | Skulsky | 9,203.00 | Power outage was cause of traffic light malfunction, not work of account. | 1 |
| 103 | 2806 | 330 | 89 76 80-5 | OPBI/COBI | C | Napolitano | 13,116.00 | Completed Operations & Contractual Liability | 2 |
| 104 | 2806 | 330 | 89 79 05-8 | OPBI | C | Teichman | 5,612.00 | Account did not perform work at site of accident. | 1 |
| 105 | 2806 | 330 | 89 87 91 | COBI | C | Spacca | 31,771.00 | Completed Operations | |
| 106 | 2806 | 330 | 89 88 17-7 | OPBI | C | Catheri | 10,266.00 | Weisbach did not perform work at site of accident. | 1 |
| 107 | 2806 | 330 | 90 01 10-2 | OPBI | C | Silver | 14,122.00 | Contractual liability claims asserted by New York City concerning temporary repairs. | |

EMCOR, INC. - Contract No. 2608

| | File Number | Claim Code | Open/Closed | Claimant | Total Incurred | Comments | Category |
|---|---|---|---|---|---|---|---|
| 108 | 2806 340 10 98 11-9 | OTPD | C | Disney Studios | 49,257.00 | Job not completed. | |
| 109 | 2808 340 11 34 60-5 | OPB1 | C | Daniel | 131,418.93 | Job not completed. | |
| 110 | 2806 330 88 96 72-3 | PMPB | O | McMullen | 10,000.00 | Account did not install electrical switch. | 1 |