Douglas J. Willis  Marsh, Inc. USA
Vice President  One State Street
  Hartford, CT 06103
  860 723 5716  Fax: 860 723 5750
  Douglas.J.Willis@marshmc.com

*Copy*



March 24, 2000

Ann Marie Marson
ACE USA/ESIS
401 White Horse Road
P. O. Box 9000
Voorhees, NJ 08043

Re: EMCOR Group, Inc.
  GL/Products coding

Dear Anne Marie:

This follows our recent telephone conversation regarding the above subject.

You will recall we had identified some 110 files we thought ESIS had improperly coded as GL claims as opposed to Products/Completed Operations. This was for the 92-93 and 93-94 policy years.

ESIS had agreed on many of the files in question, that is, that they should properly have been coded as Products/Completed operations (COBI or COPD). I attach a copy of your letter of 7/13/98 and spreadsheet on the subject.

We have just reviewed a loss run for the 92-93 and 93-94 years valued as of 2/29/00. There are a number of claims on the current loss run which are still coded as General Liability (GL) and should, by agreement with you in July 1998, be coded as Products (PR). I enclose a copy of the loss run for your review.

On your spreadsheet please note items 40, 45, 46, 52-55, 58, 61-63, 66, 71-72, 81, 83, 86, 88, 90, 98 and 99. All of these claim files we agreed were Completed operations cases yet the current loss run shows payments on these files coded to GL. In most cases, it appears ALE was coded to GL. As such, while the indemnity line may or may not be properly coded the majority of the payments made on these files remain improperly coded.

In addition, we are in the process of reviewing the 94-95 year and, at your suggestion, I am following up with Joe DiFlorio to set that up.

Once you've had an opportunity to review the enclosed material, please call with any questions or comments.

Very truly yours,

*Doug Willis*

Douglas J. Willis
Enc
cc: Susan Reinhard – EMCOR

Exh. 182

M 0000301