IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------------ x

| | | |
|---|---|---|
| EMCOR GROUP, INC., | : | Civil Action No. |
| | | Docket 3:00-CV-2211 (AVC) |
| Plaintiff, | : | |
| | | Judge Alfred V. Covello |
| v. | : | |
| | | May 18, 2004 |
| INSURANCE COMPANY OF NORTH AMERICA. | : | |
| | | |
| Defendant. | : | |

------------------------------------------------------------------ x

## MOTION TO ADJOURN SETTLEMENT CONFERENCE

Defendant Insurance Company of North America ("INA") hereby moves for an adjournment of a settlement conference that is currently scheduled to be held on June 15, 2004 in front of the Honorable Thomas P. Smith, United States Magistrate Judge.

1. I am a member of the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP ("WEMED"), counsel for defendant INSURANCE COMPANY OF NORTH AMERICA (hereinafter "INA") in the above-entitled action.

2. On March 31, 2004 I appeared for a settlement conference in this matter before the Honorable Thomas P. Smith, United States Magistrate Judge. After unsuccessful settlement discussions were held on that date, Judge Smith rescheduled the settlement conference for June 15, 2004. At that time, he also ordered the parties to conduct the remaining discovery so that meaningful and productive settlement discussions could be held at the subsequent settlement conference.

3. Due to an unavoidable conflict involving a case venued in the United States District Court in the Eastern District of Pennsylvania, my attendance at the next settlement

711213.1

conference has become impossible. In the Pennsylvania case, we have been seeking to depose certain non-party witnesses that currently reside in Belgium. Unfortunately, the only week that these witnesses are available for depositions is the week of June 15, 2004. Therefore, I will be required to travel outside of the country during that week and will be unable to attend the next settlement conference.

   4.  After having participated in the first settlement conference, it is INA's desire that I continue to represent its interests and participate in the next settlement conference on its behalf.

   5.  As a result of this unavoidable conflict, it is respectfully requested that this Court grant a brief adjournment of the June 15, 2004 settlement conference until a date in last two weeks of June or early July. Since a trial date is currently scheduled for September 13, 2004, an earlier date for the next settlement conference would allow the parties to attempt to resolve this matter well in advance of trial.

Dated: White Plains, New York
   May 18, 2004

              DEFENDANT INSURANCE COMPANY
              OF NORTH AMERICA

              _____
              Thomas Leghorn (CT #22106)
              WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
              3 Gannett Drive
              White Plains, New York 10604
              (914) 323-7000 -- telephone
              (914) 323-7001 -- facsimile
              File No.: 00756.35967