UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

EMCOR CROUP, INC.

V.

INSURANCE COMPANY OF NORTH AMERICA

2004 MAY 21 P 4: 05

CASE NO. 3:00CV02211(AVC)(TPS)

US DISTRICT COURT
HARTFORD, CT.

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Thomas P. Smith for the following:

___ For all pretrial matters excluding trial, unless the parties consent to trial before the magistrate judge (orefcs.);

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

___ To conduct settlement conferences (orefmisc./cnf);

___ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_ A ruling on the following pending motions (orefm.):  __Motion #124   Motion to Adjourn Settlement Conference__

So ordered.

Dated at Hartford, Connecticut this 21st day of May, 2004.

Alfred V. Covello
United States District Judge