IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------------X

| | | |
|---|---|---|
| EMCOR GROUP, INC. | : | Civil Action No. Docket 3:00-CV-2211 |
| Plaintiff, | : | (AVC) |
| v. | : | |
| INSURANCE COMPANY OF NORTH AMERICA | : | |
| Defendant. | : | June 11, 2004 |

-----------------------------------------------------------------X

## WITHDRAWAL OF PLAINTIFF'S MOTION TO COMPEL DATED MAY 20, 2004

The plaintiff EMCOR Group, Inc. ("EMCOR") hereby withdraws its Motion to Compel dated May 20, 2004.

THE PLAINTIFF,
EMCOR GROUP, INC.

By: _____
Jeffrey J. Vita, Esq.
Fed. Bar No. ct08036
Heidi H. Zapp, Esq.
Fed. Bar No. ct24655
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
(203) 287-8890

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------------X
EMCOR GROUP, INC.                              :    Civil Action No.
                                               :    Docket 3:00-CV-2211
            Plaintiff,                         :    (AVC)

v.                                             :

INSURANCE COMPANY OF NORTH AMERICA:

            Defendant.                         :    June 11, 2004
-----------------------------------------------------------------X

### CERTIFICATION

This is to certify that the foregoing Motion to Compel and Memorandum of Law were mailed, postage prepaid, on this the 11th day of June, 2004 to the following counsel of record:

Thomas Leghorn, Esq. (ct22106)
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10601
914-323-7000

Duncan B. Hume, Esq. (ct05581)
Hume & Associates
One Landmark Square
Stamford, CT 06901-2620
(203) 348-7252

_____
Jeffrey J. Vita, Esq.