# **CERTIFICATION**

      It is hereby certified that the above Defendant's Motion to Quash was mailed to all counsel of record on the 18th day of June, 2004:


Saxe Doernberger & Vita, P.C.
Attorneys for Plaintiff
1952 Whitney Avenue
Hamden, CT  06517


                                  /s/
                           THOMAS LEGHORN