

131

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**FILED**

2004 JUN 14  A 11: 14

U.S. DISTRICT COURT
HARTFORD, CT.

------------------------------------------------------------X
EMCOR GROUP, INC.                     :    Civil Action No.
                                      :    Docket 3:00-CV-2211
              Plaintiff,              :    (AVC)
                                      :
v.                                    :
                                      :
INSURANCE COMPANY OF NORTH AMERICA:
                                      :
              Defendant.              :    June 11, 2004
------------------------------------------------------------X

### WITHDRAWAL OF PLAINTIFF'S MOTION TO COMPEL DATED MAY 20, 2004

The plaintiff EMCOR Group, Inc. ("EMCOR") hereby withdraws its Motion to Compel dated May 20, 2004.

THE PLAINTIFF,
EMCOR GROUP, INC.

By: _____
Jeffrey J. Vita, Esq.
Fed. Bar No. ct08036
Heidi H. Zapp, Esq.
Fed. Bar No. ct24655
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
(203) 287-8890

FILED
2004 JUN 18  A 11: 12
U.S. DISTRICT COURT
HARTFORD, CT.

June 18, 2004. Construed as a motion to withdraw, the motion is granted. SO ORDERED.

Alfred V. Covello, U.S.D.J.