IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------------X
EMCOR GROUP, INC.                              :   Civil Action No.
                                               :   Docket 3:00-CV-2211 (AVC)
                    Plaintiff,                 :
                                               :   Judge Alfred V. Covello
v.                                             :
                                               :
INSURANCE COMPANY OF NORTH AMERICA             :
                                               :
                    Defendant.                 :   April 12, 2004
-----------------------------------------------------------------X

### PLAINTIFF'S MOTION TO AMEND ITS SECOND AMENDED COMPLAINT

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the plaintiff EMCOR Group, Inc, ("EMCOR") hereby moves for leave to amend its Second Amended Complaint dated April 5, 2002. The proposed amendment to the Second Amended Complaint is the addition of a cause of action against the defendant Insurance Company of North America ("INA"), seeking damages for INA's failure to compensate EMCOR, or provide an appropriate credit to EMCOR, for claims recoded by INA as products/completed operations claims. A copy of the proposed Third Amended Complaint is attached hereto and incorporated herein. In support thereof, EMCOR represents as follows:

1.     This case involves EMCOR's contention that 106 claims made against EMCOR and several of its subsidiaries insured under certain insurance policies issued by