IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------------x

| | | |
|---|---|---|
| EMCOR GROUP, INC., | : | Civil Action No. |
| | | Docket 3:00-CV-211(AVC) |
| Plaintiff, | : | |
| v. | | Judge Alfred V. Covello |
| INSURANCE COMPANY OF NORTH AMERICA | : | |
| Defendant. | : | |

-----------------------------------------------------------------x

## STIPULATION RE: DISMISSAL OF INA'S COUNTERCLAIM WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** to by, between, and among the parties to the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the counterclaim shall be and the same hereby are dismissed with prejudice, pursuant to FRCP 41(a)(1) and 41(c) and without costs to any party. This Stipulation may be filed without further notice with the Court;

**IT IS HEREBY ORDERED,** that the counter-claim is hereby dismissed with prejudice, and without costs to any party; and

**IT IS FURTHER ORDERED** that the United States District Court for the District Court of Connecticut shall retain exclusive jurisdiction to enforce this Stipulation and Order.

732908.1

Dated: June 25, 2004
White Plains, New York

_____
Thomas Leghorn (CT #22106)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Defendant Insurance Company
Of North American 3 Gannett Drive
06517 (914) 323-7000 – telephone
File No.: 00756.35967

_____
Jeffrey Vita, Esq. (cT08036)
Saxe Doernberger & Vita, P.C.
Attorneys for Plaintiff
1952 Whitney Avenue
Hamden, Connecticut
(203) 287-8890

732908.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) SS.:
COUNTY OF WESTCHESTER        )

**LINA PAONE,** being duly sworn, deposes and says: Deponent is not a party to the action, is over 18 years of age and resides in Westchester County.

On July 6, 2004, deponent served, the within **STIPULATION: DISMISSAL OF INA'S COUNTERCLAIM WITH PREJUDICE** upon the following attorneys in this action, at the addresses indicated below, which addresses have been designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:   Jeffrey Vita, Esq.
      Saxe Doernberger & Vita, P.C.
      1952 Whitney Avenue
      Hamden, Connecticut 06517

                                             _____
                                                    LINA PAONE

Sworn to before me this
6th day of July, 2004.

_____
Notary Public

NICOLE INOCENCIO
Notary Public, State of New York
No. 4995148
Qualified in Westchester County
Commission Expires 04/20/2006

736916.1