IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

----------------------------------------------------------------x

EMCOR GROUP, INC.,                      :   Civil Action No.
                                        :   Docket 3:00-CV-2211(AVC)
        Plaintiff,              :
                                        :
v.                                          Judge Alfred V. Covello

INSURANCE COMPANY OF NORTH AMERICA   :

        Defendant.              :

----------------------------------------------------------------x

## STIPULATION RE: DISMISSAL OF INA'S COUNTERCLAIM WITH PREJUDICE

    **IT IS HEREBY STIPULATED AND AGREED** to by, between, and among the parties to the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the counterclaim shall be and the same hereby are dismissed with prejudice, pursuant to FRCP 41(a)(1) and 41(c) and without costs to any party. This Stipulation may be filed without further notice with the Court;

    **IT IS HEREBY ORDERED,** that the counter-claim is hereby dismissed with prejudice, and without costs to any party; and

    **IT IS FURTHER ORDERED** that the United States District Court for the District Court of Connecticut shall retain exclusive jurisdiction to enforce this Stipulation and Order.

July 13, 2004.   SO ORDERED.

Alfred V. Covello, U.S.D.J.

732908.1