- 13 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Third Amended Answer and Special Defenses of Defendant Insurance Company of North America was forwarded, via first class mail, postage prepaid, to the following counsel of record on July 23, 2004.

Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, Connecticut 06517
(203) 287-8890

Thomas Leghorn

744462.1