## CERTIFICATION

It is hereby certified that the above memorandum of law in opposition to plaintiff's motion to re-open discovery was mailed to all counsel of record on the 3rd day of August, 2004

Saxe Doernberger & Vita, P.C.
Attorneys for Plaintiff
1952 Whitney Avenue
Hamden, CT  06517

_____
Richard S. Oelsner