IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
EMCOR GROUP, INC.                  :    Civil Action No.
                                        Docket 3:00-CV-2211 (AVC)
            Plaintiff,             :
                                        Judge Alfred V. Covello
v.                                 :

INSURANCE COMPANY OF NORTH AMERICA :

            Defendant.             :    September 7, 2004
---------------------------------------------------------------X

### JOINT MOTION FOR EXTENSION OF TIME FOR FILING TRIAL MEMORANDUM

Plaintiff, EMCOR Group, Inc. ("EMCOR") and defendant, Insurance Company of North America ("INA") hereby jointly move for an extension of time to file the Joint Trial Memorandum as outlined in the Court's Pretrial Order dated August 18, 2004. Both parties seek an extension to November 15, 2004, or to 30 days after the Court's ruling on any Motion for Partial Summary Judgment, if applicable.

In support thereof the parties represent as follows:

1.  This case involves a claim by EMCOR that 110 claims made against EMCOR and its subsidiaries insured under insurance policies issued by INA to EMCOR were misclassified as general liability claims rather than as products-completed operations claims; that INA attempted to exhaust prematurely coverage provided to EMCOR; that certain claims against EMCOR's subsidiary Dynalectric Company were classified to the wrong insurance policy; that 42 cases were recoded by INA without crediting or replenishing EMCOR's account, and related claims arising out of those facts. INA denies EMCOR's allegations.

2. The parties have participated in several settlement conferences before United States Magistrate Judge Thomas P. Smith but have thus far been unsuccessful in resolving this dispute.

3. Due to the complexities of this case and the large number of claims in dispute, there are voluminous documents and numerous witnesses which need to be organized in preparation for filing the Joint Trial Memorandum.

4. The parties have discussed filing respective motions for partial summary judgment addressing certain claims in dispute.

5. For purposes of judicial economy and efficiency, the parties jointly request that they be permitted to file the Joint Trial Memorandum no later than thirty (30) days after the Court's ruling on any motion for partial summary judgment.

6. In the event that neither party files a motion for partial summary judgment, then the parties request an extension to November 15, 2004 to file the Joint Trial Memorandum.

This is the first request for an extension of the Pretrial Order deadline.

THE PLAINTIFF,
EMCOR GROUP, INC.

By: _____
Jeffrey J. Vita, Esq.
Fed. Bar No. ct08036
Heidi H. Zapp, Esq.
Fed. Bar No. ct24655
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
(203) 287-8890

THE DEFENDANT,
INSURANCE COMPANY OF
NORTH AMERICA

By: _____
Thomas A. Leghorn, Esq.
Wilson, Elser, Moskowitz, Edelman &
Dicker, LLP
3 Gannett Drive
White Plains, NY 10604
(914) 323-7000
Fed. Bar No.: ct22106

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------------X
EMCOR GROUP, INC.                                :    Civil Action No.
                                                 :    Docket 3:00-CV-2211
                                                 :    (AVC)
             Plaintiff,                          :
                                                 :    Judge Alfred V. Covello
v.                                               :
                                                 :
INSURANCE COMPANY OF NORTH AMERICA               :
                                                 :
             Defendant.                          :    September 7, 2004
------------------------------------------------------------------X

## CERTIFICATION

This is to certify that the foregoing was mailed, postage prepaid, on this the 7th day of September, 2004 to the following counsel of record:

Thomas Leghorn, Esq. (CT 22106)
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
3 Gannett Drive
White Plains, NY 10601
914-323-7000

Duncan B. Hume, Esq. (ct05581)
Hume & Associates
One Landmark Square
Stamford, CT 06901
(203) 348-7252

_____
Jeffrey J. Vita, Esq.