UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

-----------------------------------------------------------X
| EMCOR GROUP, INC. | Civil Action No. Docket |
| Plaintiff, | 3:00 – CV – 2211 |
| | (AVC) |
| v. | |
| INSURANCE COMPANY OF NORTH AMERICA, | Judge Alfred V. Covello |
| Defendant. | |
-----------------------------------------------------------X

Please take notice that INA has manually filed the following document or thing [Deposition Transcript of Steven Snyder]

This document has not been filed electronically because

[ X ]  the document or thing cannot be converted to an electronic format
[ X ]  the electronic file size of the document exceeds 1.5 megabytes
[  ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[  ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

_____
Richard Oelsner, Esq.
Wilson, Elser, Moskowitz, Edelman
& Dicker, LLP.
DEFENDANT INSURANCE COMPANY
OF NORTH AMERICA
3 Gannett Drive
White Plains, New York  10604
Phone: (914) 323-7000
Fax: (914) 323-7001
E-mail: LeghornT@Wemed.com
(CT #22106)

773806.1