## CERTIFICATION

It is hereby certified that the above memorandum of law in opposition to plaintiff's motion to compel was mailed to all counsel of record on the 14th day of September, 2004.

Saxe Doernberger & Vita, P.C.
Attorneys for Plaintiff
1952 Whitney Avenue
Hamden, CT 06517

_____
Richard Oelsner, Esq.