145

FILED
2004 AUG 18 P 2: 57
U.S. DISTRICT COURT
HARTFORD, CT.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------X

EMCOR GROUP, INC. : Civil Action No.
Docket 3:00-CV-2211
(AVC)

Plaintiff, :

Judge Alfred V. Covello

v. :

INSURANCE COMPANY OF NORTH AMERICA :

Defendant. : August 18, 2004

-----------------------------------------------------------X

3:00cv2211 (AVC). August 21, 2004. The motion for reconsideration is GRANTED. Reconsidering the merits of the court's August 6, 2004 order, the court is of the opinion that all fact witnesses, including Rule 30(b)(6) witnesses, should have been deposed before the conclusion of fact discovery, that is, prior to November 2003. Consequently, any request to take fact discovery after November 2003 must be accompanied by good cause. While the court is hesitant to find good cause where, as here, there appears to be no justification for failing to take the deposition within the time frame set forth in the scheduling order, a finding does, indeed, nevertheless surface upon consideration of the importance of the information requested against a backdrop of a rather sluggish and difficult case. To be sure, there has been dilatory conduct among both parties, to include an agreement among all counsel that the 30(b)(6) deposition of Steven Snyder was not to commence until months after the close of discovery, that is, not until June 8, 2004. More recently, the court has received a joint motion to extend the due date for submission of the trial memorandum to November 15, 2004. As it appears that all counsel are content to extend and over-extend the deadlines set for resolution of this matter, the court perceives no prejudice in authorizing a new deposition. Accordingly, the relief requested is also GRANTED in that INA shall make Ms. Topper available for deposition within 30 days of this order. Emcor shall pay all costs association with that proceeding.

SO ORDERED.

Alfred V. Covello, U.S.D.J.