FILED

2004 AUG 24 A 10: 37

U.S. DISTRICT COURT
HARTFORD, CT.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------X
                                    :   Civil Action No.
                                    :   Docket 3:00-CV-2211
                                    :   (AVC)
                                    :
            Plaintiff,              :
                                    :   Judge Alfred V. Covello
                                    :
IY OF NORTH AMERICA                 :
                                    :
            Defendant.              :   August 23, 2004
------------------------------------X

**EL APPROPRIATE 30(B)(6) WITNESS AND DOCUMENTS RELIED UPON BY 30(B)(6) WITNESS STEVEN SNYDER**

COR Group, Inc. ("EMCOR") respectfully moves this Court, pursuant to

rocedure 30(b)(6) and in accordance with Local Rules of the District of

nd (3), for an order compelling the defendant Insurance Company of

produce the following:

r witnesses prepared to testify as to matters delineated in EMCOR's

witness produced by INA was woefully unprepared to testify completely

and 5; and

duction of the documents Mr. Snyder reviewed and relied upon in

mony as INA's 30(b)(6) witness.

f, EMCOR represents as follows:

served its 30(b)(6) Notice of Deposition on INA on October 3, 2003.

[Handwritten sideways annotation:]
3:00cv2211 (AVC). August 21, 2004. As the court has already ordered INA to produce Ms. Topper for deposition, the motion is DENIED AS MOOT to the extent it seeks a new Rule 30(b)(6) witness. To the extent the motion seeks documents, because INA has assured the court that such information will be forthcoming (see INA's opposition memorandum at 15), the motion is DENIED WITHOUT PREJUDICE to its refiling in the event all of the requested information is not produced.

SO ORDERED.

Alfred V. Covello, U.S.D.J.