D

147

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
EMCOR GROUP, INC.                    :    Civil Action No.
                                     :    Docket 3:00-CV-2211 (AVC)
              Plaintiff,             :
                                     :    Judge Alfred V. Covello
v.                                   :
                                     :
INSURANCE COMPANY OF NORTH AMERICA:  :
                                     :
              Defendant.             :    September 7, 2004
---------------------------------------------------------------X

## JOINT MOTION FOR EXTENSION OF TIME FOR FILING TRIAL MEMORANDUM

Plaintiff, EMCOR Group, Inc. ("EMCOR") and defendant, Insurance Company of North America ("INA") hereby jointly move for an extension of time to file the Joint Trial Memorandum as outlined in the Court's Pretrial Order dated August 18, 2004. Both parties seek an extension to November 15, 2004, or to 30 days after the Court's ruling on any Motion for Partial Summary Judgment, if applicable.

In support thereof the parties represent as follows:

1. This case involves a claim by EMCOR that 110 claims made against EMCOR and its subsidiaries insured under insurance policies issued by INA to EMCOR were misclassified as general liability claims rather than as products-completed operations claims; that INA attempted to exhaust prematurely coverage provided to EMCOR; that certain claims against EMCOR's subsidiary Dynalectric Company were classified to the wrong insurance policy; that 42 cases were recoded by INA without crediting or replenishing EMCOR's account, and related claims arising out of those facts. INA denies EMCOR's allegations.

GRANTED to and including November 15, 2004.

SO ORDERED.

September 21, 2004.

/s/ Alfred V. Covello, U.S.D.J.