UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------ x
EMCOR GROUP, INC., : Civil Action No.
Docket 3:00-CV-2211 (AVC)
Plaintiff, :
Judge Alfred V. Covello
v. :
October 11, 2004
INSURANCE COMPANY OF NORTH AMERICA. :

Defendant. :

------------------------------------------------------------ x

## JOINT MOTION TO REQUEST A BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS AND FOR AN ADJOURNMENT OF THE TRIAL MEMORANDUM

Plaintiff EMCOR GROUP, INC. ("Emcor") and Defendant INSURANCE COMPANY OF NORTH AMERICA ("INA") jointly move to request a briefing schedule for dispositive motions and for an adjournment of the trial memorandum currently scheduled for November 15, 2004.

1. This case involves a claim by Emcor that 106 claims made against Emcor and its subsidiaries insured under certain policies of insurance issued by INA to Emcor were misclassified as general liability claims rather than as completed operations claims; that INA attempted to exhaust prematurely coverage provided to Emcor; that certain claims against an Emcor subsidiary, Dynaelectric Company, were classified to the wrong insurance policy; and related claims arising out of those facts. INA denies Emcor's allegations.

2. INA and Emcor jointly propose the following briefing schedule for dispositive motions:

    (a) Dispositive motions shall be served and filed on or before November 15, 2004;

788774.2

(b) Opposition papers shall be served and filed on or before December 6, 2004;

(c) Reply papers shall be served and filed on or before December 20, 2004.

3. INA and Emcor respectfully request that the Court grant the joint motion of plaintiff Emcor and defendant INA, and request an Order (1) adjourning the submission of the trial memorandum from November 15, 2004 until thirty (30) days after the Court's decision on the dispositive motions; and, (2) instructing the parties to comply with the briefing schedule set forth above for dispositive motions.

Dated: White Plains, New York
October 11, 2004

Thomas Leghorn (CT #22106)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Attorneys for Defendant
INSURANCE COMPANY OF NORTH AMERICA
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
Fax (914) 323-7001
File No.: 00756.35967

SAXE DOERNBERGER & VITA, P.C.
Attorneys for Plaintiff
EMCOR GROUP, INC.
1952 Whitney Avenue
Hamden, CT 06517
(203) 287-8890
Fax (203) 287-8847

788774.2