UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------- x

EMCOR GROUP, INC., : Civil Action No.
: Docket 3:00-CV-2211 (AVC)
Plaintiff, :
: Judge Alfred V. Covello
v. :
: October 11, 2004
INSURANCE COMPANY OF NORTH AMERICA. :
:
Defendant. :

------------------------------------------------------------------- x

## JOINT MOTION TO REQUEST A BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS AND FOR AN ADJOURNMENT OF THE TRIAL MEMORANDUM

Plaintiff EMCOR GROUP, INC. ("Emcor") and Defendant INSURANCE COMPANY OF NORTH AMERICA ("INA") jointly move to request a briefing schedule for dispositive motions and for an adjournment of the trial memorandum currently scheduled for November 15, 2004.

1. This case involves a claim by Emcor that 106 claims made against Emcor and its subsidiaries insured under certain policies of insurance issued by INA to Emcor were misclassified as general liability claims rather than as completed operations claims; that INA attempted to exhaust prematurely coverage provided to Emcor; that certain claims against an Emcor subsidiary, Dynaelectric Company, were classified to the wrong insurance policy; and related claims arising out of those facts. INA denies Emcor's allegations.

2. INA and Emcor jointly propose the following briefing schedule for dispositive motions:

   (a) Dispositive motions shall be served and filed on or before November 15, 2004;

October 15, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

788774.2