Exhibit A



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------X
EMCOR GROUP, INC.                 :   Civil Action No.
                                  :   Docket 3:00-CV-2211 (AVC)
            Plaintiff,            :
                                  :   Judge Alfred V. Covello
      v.                          :
                                  :
INSURANCE COMPANY OF NORTH AMERICA:
                                  :
            Defendant.            :   May 29, 2002
---------------------------------X

### JOINT MOTION FOR ADJOURNMENT OF SETTLEMENT CONFERENCE AND FOR FURTHER EXTENSION OF SCHEDULING ORDER DEADLINES

Plaintiff, EMCOR Group, Inc. ("EMCOR") and defendant Insurance Company of North America ("INA") hereby move for an adjournment of the settlement conference scheduled for June 11, 2002 and for an extension of certain scheduling order deadlines contained in the Court's scheduling order dated March 26, 2002, granting the Plaintiff's Second Motion For Extension of Scheduling Order Deadlines.

In support thereof the parties represent as follows:

1. This case involves a claim by EMCOR that 106 claims made against EMCOR and its subsidiaries insured under insurance policies issued by INA to EMCOR were misclassified as general liability claims rather than as products-completed operations claims; that INA attempted to exhaust prematurely coverage provided to EMCOR; that certain claims against EMCOR's subsidiary Dynalectric Company were classified to the wrong insurance policy; and related claims arising out of those facts. INA denies EMCOR's allegations.

SO ORDERED.
Alfred V. Covello, Chief U.S.D.J.

2. This Court recently granted EMCOR's unopposed motion for leave to file a second amended complaint. INA has not yet answered.

3. Because of the nature of the claims, all of the files regarding the 106 underlying claims in the possession of EMCOR, INA and third-parties need to be reviewed.

4. The parties are currently actively exchanging discovery and are in the process of reviewing each of the 106 underlying claims.

5. Following the completion of the file review, depositions of both party and no-party witnesses are required, some of which must take place out-of-state.

6. The parties would like the opportunity to conduct a private mediation of this dispute and have tentatively scheduled said mediation for September, 2002.

7. A September, 2002 mediation date will allow for a more meaningful and productive attempt at settlement because significant discovery will have taken place by such date.

8. In order to accommodate a September, 2002 mediation date, and due to the large volume of discovery, the parties request an extension of the following scheduling order deadlines:

   a. All discovery, including depositions of all witnesses shall be completed by December 31, 2002 (previous deadline September 30, 2002).

   b. The plaintiff shall designate all trial experts and provide opposing counsel with reports from retained experts on or before September 30, 2002 (previous deadline June 30, 2002).

   c. Depositions of plaintiff's experts shall be completed by December 31, 2002 (previous deadline September 30, 2002).

d. The defendant shall designate all trial experts and provide opposing counsel with reports from retained experts on or before September 30, 2002 (previous deadline June 30, 2002).

e. Depositions of defendant's experts shall be completed by December 31, 2002 (previous deadline September 30, 2002).

f. Dispositive motions shall be filed on or before January 31, 2003 (previous deadline October 31, 2002).

This is the third request for an extension of the scheduling order deadlines.

THE PLAINTIFF,
EMCOR GROUP, INC.

By: _____
Jeffrey J. Vita, Esq.
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
(203) 287-8890
Fed. Bar No. ct08036

THE DEFENDANT
INSURANCE COMPANY OF
NORTH AMERICA

By: _____
Thomas Leghorn, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639
(212) 490-3000
Fed Bar No. ct22106