Exhibit E

```
        IN THE UNITED STATES DISTRICT COURT

           FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - -x

EMCOR GROUP, INC.                         :

                                          :

                                          :

                                          :-

VS                                        : 3:00 CV

                                          : 2211 (AVC)

                                          :

                                          :

INSURANCE COMPANY OF NORTH AMERICA        :

- - - - - - - - - - - - - - - - - - - - -x
```

COPY

Deposition of SUSAN REINHARD taken pursuant to subpoena and the Federal Rules of Civil Procedure, before Jacinda A. Grigaitis, Licensed Shorthand Reporter #00381 and Notary Public within and for the State of Connecticut, held at the offices of Saxe, Doernberger & Vita, 1952 Whitney Avenue, Hamden, Connecticut, on February 3, 2004, at 9:42 a.m.

```
            DEL VECCHIO REPORTING SERVICES, LLC
              PROFESSIONAL SHORTHAND REPORTER
                      117 RANDI DRIVE
                    MADISON, CT 06443
                      (203) 245-9583
HARTFORD                                          STAMFORD
```

1   But I can tell you that we -- when we started
2   and realized that there was a problem, that CIGNA had
3   made these mistakes, that we began to look at all the
4   claims in some manner or another. And that was a
5   process that took, you know, a -- a -- some time to
6   do.
7   Q.  So basically from the time you first became
8   aware of the problem in and around late '97, early '98
9   until July of 2000, that at least sometime during the
10  course of all that time frame you reviewed all the GL
11  claims that were then existing?
12  A.  We reviewed virtually all the claims. There
13  may be claims that we missed. I don't want to say
14  all. I did my best to do as much as I knew of and
15  thought was right at the time.
16  Q.  Just so your answer is clear for the record,
17  all of the claims, you're referring to all of the GL
18  claims?
19  A.  GL claims, yes.
20  Q.  Now, during this same time period, did you
21  review all the completed operation claims?
22  A.  No.
23  Q.  Why not?
24  A.  Because the mistakes that we saw were all in
25  the general liability claims initially, and when we