## CERTIFICATION

It is hereby certified that the above memorandum of law/affirmation in support of INA's motion to strike was mailed to all counsel of record on the 3rd day of November, 2004.

Saxe Doernberger & Vita, P.C.
Attorneys for Plaintiff
1952 Whitney Avenue
Hamden, CT 06517

_____
Richard Oelsner, Esq.

752786.2