IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-------------------------------------------------------------X
EMCOR GROUP, INC.                          :        Civil Action No.
                                                            Docket 3:00-CV-2211 (AVC)
              Plaintiff,                         :
                                                            Judge Alfred V. Covello
v.                                                  :

INSURANCE COMPANY                     :
OF NORTH AMERICA
                                                         :
              Defendant.                      November 15, 2004
                                                         :
------------------------------------------------------- --X

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and L. Civ. R. 56, the Plaintiff, EMCOR Group, Inc. moves for the entry of partial judgment in its favor that forty-seven (47) of the one-hundred and ten (110) cases identified in EMCOR's complaint constitute "completed operations" claims pursuant to the insurance policies issued by defendant Insurance Company of North America as a matter of law. In support of this Motion, the Plaintiff submits the attached Memorandum of Law, three (3) supporting affidavits with exhibits, and Local Rule 56(a)1 Statement.

THE PLAINTIFF
EMCOR GROUP, INC.

By_____
Jeffrey J. Vita (Federal Bar # ct08036)
Heidi H. Zapp (Federal Bar # ct24655)
Saxe Doernberger & Vita, P.C.
Attorneys for the Plaintiff
EMCOR Group, Inc.
1952 Whitney Avenue
Hamden, Connecticut 06517
(203) 287-8890

**ORAL ARGUMENT IS REQUESTED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------X
EMCOR GROUP, INC.                   :   Civil Action No.
                                    :   Docket 3:00-CV-2211 (AVC)
              Plaintiff,            :
                                    :   Judge Alfred V. Covello
v.                                  :
                                    :
INSURANCE COMPANY                   :
OF NORTH AMERICA                    :
                                    :
              Defendant.            :   November 15, 2004
                                    :
------------------------------------------------------------X

## CERTIFICATION

This is to certify that the foregoing Plaintiff's Motion for Partial Summary Judgment, along with supporting affidavits and exhibits were mailed, postage prepaid, on this the 15th day of November, 2004 to the following:

Thomas Leghorn, Esq. (ct22106)
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10601
(914) 323-7000

Duncan B. Hume, Esq. (ct05581)
Hume & Associates
One Landmark Square
Stamford, CT 06901-2620
(203) 348-7252

_____
Jeffrey J. Vita, Esq.