IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------------X
EMCOR GROUP, INC.                               :   Civil Action No.
                                                :   Docket 3:00-CV-2211 (AVC)
                    Plaintiff,                  :
                                                :   Judge Alfred V. Covello
v.                                              :
                                                :
INSURANCE COMPANY OF NORTH AMERICA  :
                                                :
                    Defendant.                  :   November 15, 2004
-----------------------------------------------------------------X

## TABLE OF CONTENTS REGARDING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

A.   Memorandum of Law in Support of Plaintiff's Motion for
     Partial Summary Judgment . . . . . . . . . . . . . . . . . . . . . . . . . . . See Tab A

B.   Affidavit of Susan J. Reinhard . . . . . . . . . . . . . . . . . . . . . . . See Tab B
     Exhibit 1     1992-1993 INA Policy
     Exhibit 2     1993-1994 INA Policy
     Exhibit 3     1994-1995 INA Policy
     Exhibit4      Welsbach Contract
     Exhibit 5     Summary of Evidence by Case Name
     Exhibit 6     6.1-6.47 – Complaints from 47 Underlying Actions
     Exhibit 7     7.1-7.47 – Intersection histories from 47 Underlying Actions
     Exhibit 8     Affidavits from certain of the 47 Underlying Actions
     Exhibit 9     Bills of Particular and/or Police Reports from certain of the
                   47 Underlying Actions

C.   Affidavit of Rex Thrasher . . . . . . . . . . . . . . . . . . . . . . . . . . . See Tab C
     Exhibit 10    Casualty Insurance Program Agreement
     Exhibit 11    Amendment #1 to the Casualty Insurance Program
                   Agreement
     Exhibit 12    Amendment #2 to the Casualty Insurance Program
                   Agreement
     Exhibit 13    Amendment #3 to the Casualty Insurance Program
                   Agreement

D.   Affidavit of Deborah A. Boylan . . . . . . . . . . . . . . . . . . . . . . See Tab D
     Exhibit 14    Loss Run of the 47 Underlying Actions

E.   Westlaw cases cited in brief . . . . . . . . . . . . . . . . . . . . . . . . See Tab E