IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------X
EMCOR GROUP, INC.                               :    Civil Action No.
                                                              Docket 3:00-CV-2211 (AVC)
           Plaintiff,                                     :
                                                              Judge Alfred V. Covello
v.                                                          :

INSURANCE COMPANY OF                       :
NORTH AMERICA
                                                              :
           Defendant.                                         November 15, 2004
                                                              :
------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF MANUAL FILING

Please take notice that Plaintiff EMCOR Group, Inc. ("EMCOR") has manually filed the following document or thing:

> EXHIBITS TO THE AFFIDAVIT OF SUSAN J. REINHARD IN SUPPORT OF EMCOR'S MOTION FOR PARTIAL SUMMARY JUDGMENT
>
> EXHIBITS TO THE AFFIDAVIT OF REX THRASHER IN SUPPORT OF EMCOR'S MOTION FOR PARTIAL SUMMARY JUDGMENT
>
> WESTLAW CASES CITED IN BRIEF

This document or thing has not been filed electronically because

[ ]    the document of thing cannot be converted to electronic format

[x]    the electronic file size of the documents exceeds 1.5 megabytes

[ ]    the document of thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[ ]    Plaintiff is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

THE PLAINTIFF,
EMCOR Group, Inc.

By: *Heidi H. Zapp*
Jeffrey J. Vita, Esq.
Fed. Bar No. ct08036
Heidi H. Zapp, Esq.
Fed. Bar No. ct24655
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
(203) 287-8890