IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
EMCOR GROUP, INC.                             :   Civil Action No.
                                              :   Docket 3:00-CV-2211 (AVC)
          Plaintiff,                         :
                                              :   Judge Alfred V. Covello
v.                                            :
                                              :
INSURANCE COMPANY OF                          :
NORTH AMERICA                                 :
                                              :
          Defendant.                         :   November 15, 2004
                                              :
---------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF MANUAL FILING

Please take notice that Plaintiff EMCOR Group, Inc. ("EMCOR") has manually filed the following document or thing:

    EXHIBITS TO THE AFFIDAVIT OF SUSAN J. REINHARD IN SUPPORT OF EMCOR'S MOTION FOR PARTIAL SUMMARY JUDGMENT

    EXHIBITS TO THE AFFIDAVIT OF REX THRASHER IN SUPPORT OF EMCOR'S MOTION FOR PARTIAL SUMMARY JUDGMENT

    WESTLAW CASES CITED IN BRIEF

This document or thing has not been filed electronically because

[ ]    the document of thing cannot be converted to electronic format

[x]    the electronic file size of the documents exceeds 1.5 megabytes

[ ]    the document of thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[ ]    Plaintiff is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

THE PLAINTIFF,
EMCOR Group, Inc.

By: /s/ Heidi H. Zapp
Jeffrey J. Vita, Esq.
Fed. Bar No. ct08036
Heidi H. Zapp, Esq.
Fed. Bar No. ct24655
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
(203) 287-8890