IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------------ x
EMCOR GROUP, INC.,                               :   Civil Action No.
                                                 :   Docket 3:00-CV-2211 (AVC)
                Plaintiff,           :
                                                 :   Judge Alfred V. Covello
v.                                               :
                                                 :   November 15, 2004
INSURANCE COMPANY OF NORTH AMERICA.              :
                                                 :
                Defendant.           :
------------------------------------------------------------------ x

## MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant Insurance Company of North America ("INA") hereby moves for partial summary judgment pursuant to Rules 56 of the Federal Rules of Civil Procedure.

1. Attached as Exhibit "1" is plaintiff's third amended complaint.

2. Attached as Exhibit "2" is INA's answer to the third amended complaint.

3. Attached as Exhibit "3" is Policy No. HDO G1 403379-8.

4. Attached as Exhibit "4" is Policy No. HDO G1 658518.

5. Attached as Exhibit "5" is Policy No. HDO G1 658789-8.

6. Attached as Exhibit "6" is Bate No. 028670, Walton E-mail to Virginia Lloyd dated June 22, 1998.

7. Attached as Exhibit "7" is Bates No. 028679, Lloyd E-mail to DeAna Sheally dated Nov. 4, 1997.

8. Attached as Exhibit "8" is Bates No. ES11491, Walton E-mail to Charles Anspach dated Oct. 28, 1998.

9. Attached as Exhibit "9" is the Reinhard affidavit, dated Aug. 21, 2000.

10. Attached as Exhibit "10" is the Notice of cross motion, affidavit and reply of John Sparling of London Fischer in support.

809190.1

11. Attached as Exhibit "11" is the Murphy reply affirmation and INA reply memorandum of law.

12. Attached as Exhibit "12" is the Sparling affidavit.

13. Attached as Exhibit "13" is the Decision, Order and Judgment filed Sept. 13, 2000.

14. Attached as Exhibit "14" is the Affidavit of Susan Reinhard dated Apr. 1, 1999.

15. Attached as Exhibit "15" is the Order to show cause, Lloyd affidavit and INA memorandum of law.

16. Attached as Exhibit "16" is the Miro affidavit, Forest Electric memorandum of law.

17. Attached as Exhibit "17" is the Order filed Apr. 5, 1999.

18. Attached as Exhibit "18" is the Order to show cause, Myrtetus affidavit and INA memorandum of law.

19. Attached as Exhibit "19" is the Bernstein affidavit.

20. Attached as Exhibit "20" is the Order filed Apr. 3, 1998.

21. Attached as Exhibit "21" is Bates No. 041754, Reinhard fax to Doug Willis dated Nov. 26, 1997.

22. Attached as Exhibit "22 is Bates No. ES11278, Reinhard letter to Ann Marie Marson dated Mar. 13, 1998.

23. Attached as Exhibit "23" is the Howley letter to Jackie Montefusco dated Sept. 13, 2000, copied to Susan Reinhard.

24. Attached as Exhibit "24" is Bates No. 0000302, Willis letter to London dated Mar. 21, 2000.

809190.1

25. Attached as Exhibit "25" is Bates No. 0000219, Willis letter to London dated Mar. 13, 1998.

26. Attached as Exhibit "26" is the Reinhard deposition dated June 3, 2004.

27. Attached as Exhibit "27" is the Dickstein letter to Susan Reinhard dated Nov. 2, 1998.

28. Attached as Exhibit "28" is the Claims Service Agreement #2806.

29. Attached as Exhibit "29" is the Deposition of Jacqueline Montefusco.

30. Attached as Exhibit "30" is the Deposition of Anne Marie Marson.

31. Attached as Exhibit "31" is the Sample file from document production by non-party ESIS.

32. Attached as Exhibit "32" is the Deposition of Doug Willis dated Oct. 23, 2003.

33. Attached as Exhibit "33" is the Stewart Report.

34. Attached as Exhibit "34" is the Bodi Report.

35. Attached as Exhibit "A" is a List of claims of bodily injury or property damage where EMCOR never performed work at the site of the accident. Attached to Exhibit "A" are Exhibits 1 through 30.

    Ex. 1: Reply Affidavit of Edward W. Geyer, Vice President of Operations of Welsbach, sworn to on November 25, 1996;

    Ex. 2: Affidavit of plaintiff's counsel, Francis J. Carroll, Esq. of Caol & Gaynor, sworn to on October 25, 1995;

    Ex. 3: Letter from Daniel Zemann, Jr. of London Fisher, attorney for the insured Inte-Fac Corp., JWP Maintenance & Service, Inc. and Penguin Air Conditioning Corp., dated May 16, 1996;

Ex. 4:  Letter from Michael J. Cannon of London Fisher, attorney for the insured Welsbach, dated February 1, 1996;

Ex. 5:  Affidavit of Edward W. Geyer, Vice President of Operations of Welsbach, sworn to on August 20, 1996;

Ex. 6  Affidavit of Alena Cross, Project Manager of Street Light Maintenance for Welsbach, sworn to on January 3, 1996;

Ex. 7:  Affidavit of Patrick Hughes, Supervisor for Welsbach, sworn to on February 29, 1996;

Ex. 8:  Letter, dated September 22, 1994, from Robert S. Sunshine, Esq. of London Fisher, attorney for Welsbach forwarding an affidavit of employee David Appleby;

Ex. 9:  Affidavit of Patrick Hughes, Supervisor, sworn to on June 13, 1995;

Ex. 10: Letter from Richard S. Endres, Esq. of London Fisher, attorney for Welsbach, dated June 14, 1995;

Ex. 11: Affidavit of David Appleby, Project Manager for Welsbach, sworn to on December 22, 1993;

Ex. 12: Affidavit of David Appleby, Project Manager for Welsbach, sworn to on July 14, 1995;

Ex. 13: Letter from John E. Sparling of London Fisher, attorney for Penguin Air-conditioning Corp., dated April 7, 1999;

Ex. 14: Affidavit of Henry Feldman, Executive Vice President of JWP Mechanical Services of New York, Inc. ("WDF"), sworn to on October 29,1997;

Ex. 15: Letter from Michael P. Mezzacappa, Esq. of London Fisher, attorney for Forest Electric Corp., dated September 14, 1994;

809190.1

Ex. 16: Letter from William C. Nanis, Esq. of London Fisher, attorney for Welsbach, dated September 14, 1995, with enclosures;

Ex. 17: Affidavit of Edward Geyer, sworn to on December 1998;

Ex. 18: Affidavit of David Appleby, sworn to on June 27, 1995;

Ex. 19: Affidavit of David Appleby, sworn to on September 10, 1997;

Ex. 20: Affidavit of David Appleby, sworn to on December 9, 1996;

Ex. 21: Letter from Richard S. Endres of London Fisher, attorney for Welsbach, dated September 16, 1997;

Ex. 22: Letter from Richard S. Endres of London Fisher, attorney for Welsbach, dated July 24, 2000;

Ex. 23: Letter from Evan D. Lieberman of London Fisher, attorney for Welsbach, dated February 19, 1997, with stipulation of discontinuance;

Ex. 24: Letter from Courtney M. Robbins of London Fisher, attorney for Welsbach, dated June 27, 1996;

Ex. 25: Letter from Daniel Zemann, Jr. of London Fisher, attorney for Welsbach, dated January 9, 1998;

Ex. 26: Letter from John E. Sparling of London Fisher, attorney for Welsbach, dated October 21, 1997;

Ex. 27: Affidavit of David Appleby, Project Manager for Welsbach, sworn to on September 30, 1999;

Ex. 28: Letter from Daniel Zemann, Jr. of London Fisher, attorney for Welsbach, dated November 10, 1998;

Ex. 29: Letter from Daniel Zemann, Jr. of London Fisher, attorney for Welsbach, dated August 7, 1996;

809190.1

Ex. 30:  Affidavit of Alena Cross, Street lighting Supervisor for Welsbach, sworn to on February 8, 2000.

36. Attached as Exhibit "B" are a List of claims for which there was no casual relationship between EMCOR's work and the bodily injury or property damage. Attached to Exhibit "B" are Exhibits 1 through 18.

Ex. 1:  Affidavit of Edward Frisone, Electrical Project Manager for Welsbach, sworn to on October 15, 1996;

Ex. 2:  Letter from John E. Sparling of London Fisher, attorney for Welsbac, dated April 19, 1996;

Ex. 3:  Letter from Sharon Irwin, Claims representative of JWP Welsbach Electric, dated February 28, 1994;

Ex. 4:  Letter from Richard S. Endres of London Fisher, attorney for Welsbach, dated July 9, 1996;

Ex. 5:  Affidavit of Charles Clarkson, sworn to on November 7, 1993;

Ex. 6:  Letter from Amy Kramer of London Fisher, attorney for Welsbach, dated June 1, 1995;

Ex. 7:  Affidavit of Walter Dondero, General Foreman and Supervisor of Traffic Signal Maintenance for Welsbach, sworn to on January 17, 2000;

Ex. 8:  Letter from Daniel Zemann of London Fisher, attorney for JWP Welsbach, dated September 16, 1994;

Ex. 9:  Letter from John E. Sparling of London Fisher, attorney for JWP Welsbach, dated November 15, 1996;

Ex.10:  Letter from John E. Sparling of London Fisher, attorney for JWP Welsbach, dated January 10, 2002;

809190.1

    Ex. 11:    Affidavit of Candace Carrabas, witness, sworn to on August 31, 1995;

    Ex. 12:    Letter from John E. Sparling of London Fisher, attorney for Heritage Air Systems, dated January 23, 1996;

    Ex. 13:    Affidavit of Edward Stregar, Supervisor of Traffic Signal Maintenance for Welsbach, sworn to on May 20, 1996;

    Ex. 14:    Letter from Richard Endres of London Fisher, dated September 9, 1996;

    Ex. 15:    Letter from Daniel Zemann of London Fisher, attorney for Welsbach, dated February 15, 1996;

    Ex. 16:    Affidavit of Alena Cross, Street lighting Supervisor for Welsbach, sworn to on November 31, 1995;

    Ex. 17:    Affidavit of Walter Dondero, Welsbach Supervisor, sworn to on January 12, 2000;

    Ex. 18:    Affidavit of Ella M. Ilan of London Fisher, sworn to on September 3, 1999.

37.    Attached as Exhibit "C" is a List of claims for which bodily injury or property damage incurred while EMCOR's work was on going. Attached to Exhibit "C" are Exhibits 1 through 8.

    Ex. 1:    Letter from Robert S. Sunshine of London Fisher, attorneys for JWP Welsbach, dated February 16, 1994;

    Ex. 2:    Letter from Harold A. MacLaughlin, attorney for Emcor Group, dated April 10, 1997;

    Ex. 3:    Letter from CIGNA to insured Dynaelectric, Inc., Contra Costa Electric Inc., dated March 30, 1994;

    Ex. 4:    Letter from Daniel Zemann, Jr., from London Fisher attorneys for JWP Welsbach, dated December 7, 1994;

Ex. 5:   Letter from Evan David Lieberman., from London Fisher attorneys for JWP Welsbach, dated January 30, 1997;

Ex. 6:   Letter from insured Forest Electric Corp., dated October 9, 1995;

Ex. 7:   Affidavit of Courtney M. Robbins in Support of Welsbach's Motion for Summary Judgment, sworn to on October 7, 1996;

Ex. 8:   Letter from Evan David Lieberman., from London Fisher attorneys for JWP Welsbach, dated February 16, 1997.

Accordingly, INA seeks summary judgment on the First Count of the Third Amended Complaint (Breach of Contract-Misclassification), the Fourth Count of the Third Amended Complaint (Bad Faith), the Fifth Count of the Third Amended Complaint (Breach of Fiduciary Duty) and the Sixth Count of the Third Amended Complaint (Declaratory Judgment) to the extent that these counts are based upon the claims included in the five categories listed above.

In the alternative, INA asks that this Court rule that as a matter of law that:

1.   Claims listed in Exhibit "A" to the Third Amended Complaint where EMCOR never performed work at the site of the accident are general liability claims because the bodily injury or property damage did not "arise out of" EMCOR's work;

2.   Those claims listed in Exhibit "A" to the Third Amended Complaint where the claimed bodily injury or property damage was not caused by EMCOR's work are general liability claims because the bodily injury or property damage did not "arise out of" EMCOR's work;

3.   Claims listed in Exhibit "A" to the Third Amended Complaint where EMCOR never performed work at the site of the accident are general liability claims because the bodily injury or property damage cannot be deemed completed;

809190.1

4. Those claims listed in Exhibit "A" to the Third Amended Complaint where EMCOR's work was in progress at the time of the bodily injury or property damage are general liability claims; and,

5. Under the doctrine of judicial estoppel, the claims listed in Exhibit "A" to the Third Amended Complaint that had been submitted for coverage under 1993-1994 and 1994-1995 policies are general liability claims because EMCOR agreed that these claims are general liability claims when the issue of whether the general aggregate limit had been exhausted for these policies was litigated in several actions in New York.

Dated:   White Plains, New York
         November 15, 2004

Respectfully submitted,

_____
Thomas Leghorn (CT #22106)
Wilson, Elser, Moskowitz, Edelman
& Dicker, LLP.
DEFENDANT INSURANCE COMPANY
OF NORTH AMERICA
3 Gannett Drive
White Plains, New York 10604
Phone: (914) 323-7000
Fax: (914) 323-7001

*Co-counsel:*
Joseph Burns
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford CT 06103-3101

809190.1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X
EMCOR GROUP, INC.
                Plaintiff,

v.

INSURANCE COMPANY OF NORTH
AMERICA,
                Defendant.
-----------------------------------------------------------X

Civil Action No. Docket
3:00 – CV – 2211
(AVC)

Judge Alfred V. Covello
November 15, 2004

## NOTICE OF MANUAL FILING

      Please take notice that INA has manually filed the following document or thing:
Exhibit 1: Third Amended Complaint
Exhibit 2: Answer to Third Amended Complaint
Exhibit 3: Policy No. HDO G1 403379-8.
Exhibit 4: Policy No. HDO G1 658518.
Exhibit 5: Policy No. HDO G1 658789-8.
Exhibit 6: Bates No. 028670, Walton E-mail to Virginia Lloyd dated June 22, 1998.
Exhibit 7: Bates No. 028679, Lloyd E-mail to DeAna Sheally dated Nov. 4, 1997.
Exhibit 8: Bates No. ES11491, Walton E-mail to Charles Anspach dated Oct. 28, 1998.
Exhibit 9: Reinhard affidavit, dated Aug. 21, 2000.
Exhibit 10: Notice of cross motion, affidavit and reply of John Sparling of London Fischer in support.
Exhibit 11: Murphy reply affirmation and INA reply memorandum of law.
Exhibit 12: Sparling affidavit.
Exhibit 13: Decision, Order and Judgment filed Sept. 13, 2000.
Exhibit 14: Affidavit of Susan Reinhard dated Apr. 1, 1999.
Exhibit 15: Order to show cause, Lloyd affidavit and INA memorandum of law.
Exhibit 16: Miro affidavit, Forest Electric memorandum of law.
Exhibit 17: Order filed Apr. 5, 1999.
Exhibit 18: Order to show cause, Myrtetus affidavit and INA memorandum of law.
Exhibit 19: Bernstein affidavit.
Exhibit 20: Order filed Apr. 3, 1998.
Exhibit 21: Bates No. 041754, Reinhard fax to Doug Willis dated Nov. 26, 1997.
Exhibit 22: Bates No. ES11278, Reinhard letter to Ann Marie Marson dated Mar. 13, 1998.
Exhibit 23: Howley letter to Jackie Montefusco dated Sept. 13, 2000, copied to Susan Reinhard.
Exhibit 24: Bates No. 0000302, Willis letter to London dated Mar. 21, 2000.
Exhibit 25: Bates No. 0000219, Willis letter to London dated Mar. 13, 1998.
Exhibit 26: Reinhard deposition dated June 3, 2004.

1

Exhibit 27: Dickstein letter to Susan Reinhard dated Nov. 2, 1998.
Exhibit 28: Claims Service Agreement #2806.
Exhibit 29: Deposition of Jacqueline Montefusco.
Exhibit 30: Deposition of Anne Marie Marson.
Exhibit 31: Sample file from document production by non-party ESIS.
Exhibit 32: Deposition of Doug Willis dated Oct. 23, 2003.
Exhibit 33: Stewart Report.
Exhibit 34: Bodi Report.

Exhibit A: List of claims of bodily injury or property damage where EMCOR never performed work at the site of the accident.
- Ex. 1: Reply Affidavit of Edward W. Geyer, Vice President of Operations of Welsbach, sworn to on November 25, 1996;
- Ex. 2: Affidavit of plaintiff's counsel, Francis J. Carroll, Esq. of Caol & Gaynor, sworn to on October 25, 1995;
- Ex. 3: Letter from Daniel Zemann, Jr. of London Fisher, attorney for the insured Inte-Fac Corp., JWP Maintenance & Service, Inc. and Penguin Air Conditioning Corp., dated May 16, 1996;
- Ex. 4: Letter from Michael J. Cannon of London Fisher, attorney for the insured Welsbach, dated February 1, 1996;
- Ex. 5: Affidavit of Edward W. Geyer, Vice President of Operations of Welsbach, sworn to on August 20, 1996;
- Ex. 6: Affidavit of Alena Cross, Project Manager of Street Light Maintenance for Welsbach, sworn to on January 3, 1996;
- Ex. 7: Affidavit of Patrick Hughes, Supervisor for Welsbach, sworn to on February 29, 1996;
- Ex. 8: Letter, dated September 22, 1994, from Robert S. Sunshine, Esq. of London Fisher, attorney for Welsbach forwarding an affidavit of employee David Appleby;
- Ex. 9: Affidavit of Patrick Hughes, Supervisor, sworn to on June 13, 1995;
- Ex. 10: Letter from Richard S. Endres, Esq. of London Fisher, attorney for Welsbach, dated June 14, 1995;
- Ex. 11: Affidavit of David Appleby, Project Manager for Welsbach, sworn to on December 22, 1993;
- Ex. 12: Affidavit of David Appleby, Project Manager for Welsbach, sworn to on July 14, 1995;
- Ex. 13: Letter from John E. Sparling of London Fisher, attorney for Penguin Air-conditioning Corp., dated April 7, 1999;
- Ex. 14: Affidavit of Henry Feldman, Executive Vice President of JWP Mechanical Services of New York, Inc. ("WDF"), sworn to on October 29, 1997;
- Ex. 15: Letter from Michael P. Mezzacappa, Esq. of London Fisher, attorney for Forest Electric Corp., dated September 14, 1994;
- Ex. 16: Letter from William C. Nanis, Esq. of London Fisher, attorney for Welsbach,

2

|  |  |
|---|---|
|  | dated September 14, 1995, with enclosures; |
| Ex. 17: | Affidavit of Edward Geyer, sworn to on December 1998; |
| Ex. 18: | Affidavit of David Appleby, sworn to on June 27, 1995; |
| Ex. 19: | Affidavit of David Appleby, sworn to on September 10, 1997; |
| Ex. 20: | Affidavit of David Appleby, sworn to on December 9, 1996; |
| Ex. 21: | Letter from Richard S. Endres of London Fisher, attorney for Welsbach, dated September 16, 1997; |
| Ex. 22: | Letter from Richard S. Endres of London Fisher, attorney for Welsbach, dated July 24, 2000; |
| Ex. 23: | Letter from Evan D. Lieberman of London Fisher, attorney for Welsbach, dated February 19, 1997, with stipulation of discontinuance; |
| Ex. 24: | Letter from Courtney M. Robbins of London Fisher, attorney for Welsbach, dated June 27, 1996; |
| Ex. 25: | Letter from Daniel Zemann, Jr. of London Fisher, attorney for Welsbach, dated January 9, 1998; |
| Ex. 26: | Letter from John E. Sparling of London Fisher, attorney for Welsbach, dated October 21, 1997; |
| Ex. 27: | Affidavit of David Appleby, Project Manager for Welsbach, sworn to on September 30, 1999; |
| Ex. 28: | Letter from Daniel Zemann, Jr. of London Fisher, attorney for Welsbach, dated November 10, 1998; |
| Ex. 29: | Letter from Daniel Zemann, Jr. of London Fisher, attorney for Welsbach, dated August 7, 1996; |
| Ex. 30: | Affidavit of Alena Cross, Street lighting Supervisor for Welsbach, sworn to on February 8, 2000. |

Exhibit B: List of claims for which there were no casual relationship between EMCOR's work and the bodily injury or property damage.

|  |  |
|---|---|
| Ex. 1: | Affidavit of Edward Frisone, Electrical Project Manager for Welsbach, sworn to on October 15, 1996; |
| Ex. 2: | Letter from John E. Sparling of London Fisher, attorney for Welsbac, dated April 19, 1996; |
| Ex. 3: | Letter from Sharon Irwin, Claims representative of JWP Welsbach Electric, dated February 28, 1994; |
| Ex. 4: | Letter from Richard S. Endres of London Fisher, attorney for Welsbach, dated July 9, 1996; |
| Ex. 5: | Affidavit of Charles Clarkson, sworn to on November 7, 1993; |
| Ex. 6: | Letter from Amy Kramer of London Fisher, attorney for Welsbach, dated June 1, 1995; |
| Ex. 7: | Affidavit of Walter Dondero, General Foreman and Supervisor of Traffic Signal Maintenance for Welsbach, sworn to on January 17, 2000; |
| Ex. 8: | Letter from Daniel Zemann of London Fisher, attorney for JWP Welsbach, dated September 16, 1994; |

3

      Ex. 9:    Letter from John E. Sparling of London Fisher, attorney for JWP Welsbach, dated November 15, 1996;
      Ex.10:    Letter from John E. Sparling of London Fisher, attorney for JWP Welsbach, dated January 10, 2002;
      Ex. 11:    Affidavit of Candace Carrabas, witness, sworn to on August 31, 1995;
      Ex. 12:    Letter from John E. Sparling of London Fisher, attorney for Heritage Air Systems, dated January 23, 1996;
      Ex. 13:    Affidavit of Edward Stregar, Supervisor of Traffic Signal Maintenance for Welsbach, sworn to on May 20, 1996;
      Ex. 14:    Letter from Richard Endres of London Fisher, dated September 9, 1996;
      Ex. 15:    Letter from Daniel Zemann of London Fisher, attorney for Welsbach, dated February 15, 1996;
      Ex. 16:    Affidavit of Alena Cross, Street lighting Supervisor for Welsbach, sworn to on November 31, 1995;
      Ex. 17:    Affidavit of Walter Dondero, Welsbach Supervisor, sworn to on January 12, 2000;
      Ex. 18:    Affidavit of Ella M. Ilan of London Fisher, sworn to on September 3, 1999.

Exhibit C: List of claims for which bodily injury or property damage incurred while EMCOR's work was on going.
      Ex. 1:    Letter from Robert S. Sunshine of London Fisher, attorneys for JWP Welsbach, dated February 16, 1994;
      Ex. 2:    Letter from Harold A. MacLaughlin, attorney for Emcor Group, dated April 10, 1997;
      Ex. 3:    Letter from CIGNA to insured Dynaelectric, Inc., Contra Costa Electric Inc., dated March 30, 1994;
      Ex. 4:    Letter from Daniel Zemann, Jr., from London Fisher attorneys for JWP Welsbach, dated December 7, 1994;
      Ex. 5:    Letter from Evan David Lieberman., from London Fisher attorneys for JWP Welsbach, dated January 30, 1997;
      Ex. 6:    Letter from insured Forest Electric Corp., dated October 9, 1995;
      Ex. 7:    Affidavit of Courtney M. Robbins in Support of Welsbach's Motion for Summary Judgment, sworn to on October 7, 1996;
      Ex. 8:    Letter from Evan David Lieberman., from London Fisher attorneys for JWP Welsbach, dated February 16, 1997.

This document has not been filed electronically because

[ X ]    the document or thing cannot be converted to an electronic format
[ X ]    the electronic file size of the document exceeds 1.5 megabytes
[ ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

809171.1

The document or thing has been manually served on all parties.

Respectfully submitted,

*[signature]*

Thomas Leghorn (CT #22106)
Wilson, Elser, Moskowitz, Edelman
& Dicker, LLP.
DEFENDANT INSURANCE COMPANY
OF NORTH AMERICA
3 Gannett Drive
White Plains, New York 10604
Phone: (914) 323-7000
Fax: (914) 323-7001
E-mail: LeghornT@Wemed.com

*Co-counsel:*
Joseph Burns
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford CT 06103-3101

STATE OF NEW YORK )
:ss.:
COUNTY OF WESTCHESTER )

**Terrence James Cortelli,** being duly sworn, deposes and says: Deponent is not a party to the action, is over 18 years of age and resides in Westchester County.

On November 15, 2004, deponent served, the within **PARTIAL MOTION FOR SUMMARY JUDGMENT with SUPPORTING EXHIBITS, RULE 56(a)(1) STATEMENT, NOTICE OF MANUAL FILING AND MEMORANDUM OF LAW IN SUPPORT** upon the following attorneys in this action, at the addresses indicated below, which addresses have been designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:

SAXE, DOERNBERGER & VITA, PC
1952 Whitney Avenue
Hamden, Connecticut 06517
Attn: Jeffrey Vita, Esq.

_____
Terrence James Cortelli

Sworn to before me this
15th day of November, 2004

_____
Notary Public
DEBRA CUMMINGS
Notary Public, State of New York
No. 01CU5078272
Qualified in Westchester County
Commission Expires May 19, 2007

809362.1