STATE OF NEW YORK           )
                            :ss.:
COUNTY OF WESTCHESTER       )

**Debra A. McCann,** being duly sworn, deposes and says: Deponent is not a party to the action, is over 18 years of age and is employed in Westchester County.

On November 30, 2004, deponent served, the within **AFFIRMATION IN REPLY IN FURTHER SUPPORT OF MOTION TO STRIKE** upon the following attorneys in this action, at the addresses indicated below, which addresses have been designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:

SAXE, DOERNBERGER & VITA, PC
1952 Whitney Avenue
Hamden, Connecticut 06517
Attn: Jeffrey Vita, Esq.

_____
DEBRA A. MCCANN

Sworn to before me this
29th day of November, 2004

_____
Notary Public

LAURA J. HEANEY MALFETANO
NOTARY PUBLIC, State of New York
No. 01HE6084655
Qualified in Westchester County
Commission Expires 12/9/06

817618.1