**EXHIBIT A**

**1992-1993 Policy Year:**

| No. | Case | Date of Loss | Claim # |
|---|---|---|---|
| 1. | Hans v. Budin Contracting Corporation | 10-22-92 | 2806-330-870699-5 |
| 2. | Hayles-Nelson v. The City of New York, et al | 11-1-92 | 2806-330-62375-8 |
| 3. | Newman v. Schwendener, et al | 11-11-92 | 2806-190-64221-8 |
| 4. | Caspe v. The City of New York, et al | 11-26-92 | 2806-330-893121-9 |
| 5. | Dickstein v. Petrocelli Electric Co., et al | 12-6-92 | 2806-330-889206-X |
| 6. | Allstate Insurance Co. a/s/o Levy v. City of New York | 11-29-92 | 2806-330-871174-7 |
| 7. | Clerge v. JWP Welsbach Electric Corp. et al | 12-11-92 | 2806-330-879114-5 |
| 8. | Freda v. Welsbach Electric Company | 12-26-92 | 2806-330-891077-0 |
| 9. | Uvaydova & Estate of Rafael Iskhakov v. JWP Welsbach Electric Corp. et al | 12-30-92 | 2806-330-886662-7 |
| 10. | Jordan v. The City of New York, et al. | 1-11-93 | 2806-330-889511-7 |
| 11. | Brienza v. The City of New York, et al | 1-23-93 | 2806-330-877035-5 |
| 12. | Tahal v. The City of New York, et al | 1-29-93 | 4337-390-953058-7 |
| 13. | Royal Insurance Co. of America a/s/o Bulgari Corp. v. Barneys of New York, et al | 2-2-93 | 4337-390-952679-2 |
| 14. | Birt v. J.W. Welsbach Electric Corp. et al | 2-8-93 | 2806-330-889811-X |

**1992-1993 Policy Year: (cont.)**

| No. | Case | Date of Loss | Claim # |
|---|---|---|---|
| 15. | Lomax v. Welsbach Electric Corp., et al | 2-11-93 | 2806-254-139310-6 |
| 16. | Newark Insurance Co. a/s/o John J. McMullen v. Consolidated Edison Company of New York et al | 2-12-93 | 2806-330-889672-3<br>4337-390-889672-3 |
| 17. | Edwards v. Welsbach Electric Corp, et al | 2-27-93 | 2806-330-888805-5 |
| 18. | Lopez v. Thrifty Car Rental, et al | 3-7-93 | 4337-390-953073-0 |
| 19. | Benvenuto (n/k/a Ferretti) v. JWP Maintenance and Services, Inc. d/b/a Broadway Maintance, et al | 3-14-93 | 2806-330-895731-1 |
| 20. | Jenkins v. The City of New York, et al | 3-16-93 | 4337-390-953107-1 |
| 21. | Khatib v. Welsbach Electric Corp., et al | 3-19-93 | 2806-330-881782-0 |
| 22. | Kargbo v. Cornell-AEC, et al | 3-31-93 | 2806-180-97938-8 |
| 23. | Lee v. Welsbach Electric Company | 4-1-93 | 2806-330-895776-2 |
| 24. | Moran v. The City of New York, et al | 4-11-93 | 2806-330-881757-8 |
| 25. | Gialamboukis v, The City of New York, et al | 4-20-93 | 2806-330-882203-3 |
| 26. | Lux v. The Board of Education of the City of New York, et al | 4-21-93 | 2806-330-882978-8 |
| 27. | Mazzeo v. Count of Nassau, et al | 4-28-93 | 2806-330-868919-7 |
| 28. | Alden v. The City of New York, et al | 4-29-93 | 2806-330-876508-6 |
| 29. | Wright v. The City of New York, et al | 5-5-93 | 2806-330-899058-6<br>4337-390-899058-6 |
| 30. | Asher v. The City of New York, et al | 5-16-93 | 2806-330-879181-6 |
| 31. | Messina v. The City of New York, et al | 5-28-93 | 2806-390-952628-6<br>4337-390-952628-6 |

**1992-1993 Policy Year: (cont.)**

| No. | Case | Date of Loss | Claim # |
|---|---|---|---|
| 32. | Carbo v. Welsbach Electric Corp. | 6-10-93 | 2806-330-897412-X |
| 33. | Waldron v. The City of New York, et al | 7-4-93 | 2806-390-962330-6 |
| 34. | Griffith v. Aghabi, et al | 7-15-93 | 2806-330-876401-9 |
| 35. | Soderberg v. Barr & Barr, et al | 7-20-93 | 2806-330-893798-4<br>4337-390-893798-4 |
| 36. | Glassman, et al v. Dorfman, et al. | 7-24-93 | 2806-330-886551-6 |
| 37. | Welsh v. Roth, et al | 7-27-93 | 2806-330-889467-7 |
| 38. | Alexander v. Welsbach Electric Corp. | 7-25-93 | 2806-330-897954-2 |
| 39. | Uhler v. Welsbach Electric Company | 8-4-93 | 2806-330-876139-0 |
| 40. | Abramowitz v. Howard, et al | 8-5-93 | 2806-330-881627-X<br>4337-390-881627-X |
| 41. | Jean v. The City of New York, et al | 9-6-93 | 2806-330-886486-7 |
| 42. | United Parcel Service of America, Inc. v. Johnson Peltier Electric Inc. et al | 9-26-93 | 2806141260<br>2951-340-141260-9 |
| 43. | Bonner v. The Dormitory Authority of the State of New York, et al | 9-1-93 thru 6-27-95 | 2806-390-952519-7<br>4337-390-952519-7<br>514164349 |

**1993-1994 Policy Year:**

| No. | Case | Date of Loss | Claim # |
|---|---|---|---|
| 44. | Cantero v. Welsbach Electric Corp. et al | 10-18-93 | 2806-330-881850-2 |
| 45. | Bernard v. The County of Nassau, et al | 11-1-93 | 2806-330-881218-8 |
| 46. | Joseph & Milfort v. The County of Nassau, et al | 11-1-93 | 2806-330-881218-8<br>4337-330-901533-6 |
| 47. | Joseph v. Todino et al | 11-2-93 | 2806-330-898817-7 |

**1993-1994 Policy Year: (cont.)**

| No. | Case | Date of Loss | Claim # |
|---|---|---|---|
| 48. | Teichman v. The City of New York, et al | 11-18-93 | 2806-330-97905-8 |
| 49. | Barnett/Connolly v. Sikorski, et al | 11-18-93 | 2806-330-80627-0 |
| 50. | Rosario v. The City of New York, et al | 12-4-93 | 4337-390-953099-4 |
| 51. | Ensler v. The City of New York, et al | 12-11-93 | 2806-330-88702-1 |
| 52. | Palotsi & Pogorelsky v. Welsbach Electric Company, et al | 12-16-93 | 2806-330-899472-2<br>4337-330-900336-8 |
| 53. | Aarne v. Tishman Construction, Inc., et al | 1-7-94 | 2806-330-81980-0 |
| 54. | Gartenberg v. Lyons Dodge, Inc., et al | 1-8-94 | 2806-330-882253-9<br>4337-330-901534 |
| 55. | Commerce & Industry Ins. Co. (Ziff) v. Penguin Air Conditioning, Inc. | 1-16-94 | 2806-330-877260-X<br>4337-330-901529-2 |
| 56. | State Farm Mutual Auto Ins. Co./Robert Napolitano v. The City of New York, etal | 3-1-94 | 2806-330-97880-5 |
| 57. | Dekenipp v. New York Paving, Inc., et al | 3-3-94 | 2806-330-896734-3<br>4337-330-900343-4 |
| 58. | Maltese v. Door Systems, Inc., et al | 3-21-94 | 2806-190-672509-2<br>4337-390-952743-0 |
| 59. | Hadash v. The City of New York, et al | 4-23-94 | 4337-390-952546-1 |
| 60. | Williams v. Emmanuel Brunot, et al | 4-25-94 | 2806-330-896199-7<br>4337-330-900349-X |
| 61. | Pellot v. The City of New York, et al | 6-5-94 | 4337-390-953063-1 |
| 62. | Harding v. Dorff Construction Co. Inc., et al | 6-13-94 | 2806-390-952731-X<br>4337-390-952731-X |
| 63. | Silver v. New York Transit Authority, et al | 6-22-94 | 2806-330-900110-2 |

**1993-1994 Policy Year: (cont.)**

| No. | Case | Date of Loss | Claim # |
|---|---|---|---|
| 64. | Lobosco v. Welsbach Electric Corp. | 6-21-94 | 4337-390-9271-1 |
| 65. | Gager v. Consolidated Edison Company of New York, et al | 6-30-94 | 2806-330-91133-1 |
| 66. | Deming v. Welsbach Electric Corp. | 7-17-94 | 4337-390-962-439-5 |
| 67. | Skulsky v. Welsbach Electric Corp. | 8-2-94 | 2806-330-893281-4 |
| 68. | Weathers v. Welsbach Electric Co. | 8-29-94 | 2806-330-94096-5 |
| 69. | Howard v. The City of New York, et al | 8-31-94 | 2806-330-96753-0<br>4337-330-00344-5 |
| 70. | Martinez v. Nassau Street Partners, et al | 9-19-94 | 2806-330-890425-8 |

**1994-1995 Policy Year:**

| No. | Case | Date of Loss | Claim # |
|---|---|---|---|
| 71. | Patterson v. Broadway Maintenance Corp. et al | 10-1-94 | 2806-330-901266-3<br>4337-390-901266-3 |
| 72. | Goldberg v. Welsbach Corp., et al | 10-7-94 | 2806-330-90448-9 |
| 73. | Johannemann v. 110 William Street Company, et al | 10-11-94 | 2806953014<br>4337-390-953014-7 |
| 74. | Interboro Mutual Indemnity Insurance Co. a/s/o Willie Brinkley v. N.Y. City of Dept. of Transportation, et al | 10-11-94 | 4337-390-962253-6 |
| 75. | North River Insurance Co. a/s/o Oak Hill Partners, Inc. v. Arista Air Conditioning Corp., et al | 11-7-94 | 2806-330-888628-4 |
| 76. | Blanco v. The City of New York, et al | 11-13-94 | 4337-390-953003-7 |
| 77. | Surrency v. The City of New York, et al | 11-16-94 | 2806-330-900527-1<br>4337-390-900527-1 |

**1994-1995 Policy Year: (cont.)**

| | | | |
|---|---|---|---|
| 78. | LaRosa v. Jenkins, et al | 11-23-94 | 2806-330-893845-7 |
| 79. | Martin v. Welsbach Electric Corporation of L.I. | 12-17-94 | 2806-330-952334-9<br>4337-390-952334-9 |
| 80. | Hands v. The City of New York, et al | 1-4-95 | 2806-330-891883-3<br>4337-390-891883-3 |
| 81. | Valinotti v. Kings Plaza, et al | 1-12-95 | 2806-330-96492-3 |
| 82. | Gannon v. JWP Forest Electric Corporation | 1-23-95 | 2806-330-892474-0<br>4337-390-892474-0 |
| 83. | Trilleras v. The City of New York, et al | 2-6-95 | 2806-330-896733-2<br>4337-390-896733-2 |
| 84. | Ohayon v. The City of New York, et al | 2-8-95 | 2806-330-895678-3 |
| 85. | Cheng v. Welsbach Electric Corp. | 2-9-95 | 2806-390-952514-2<br>4337-390-952514-2 |
| 86. | Randall v. The City of New York, et al | 3-2-95 | 2806-330-01426-9<br>4337-390-01426-9 |
| 87. | Pera v. The City of New York, et al | 3-3-95 | 2806-330-900255-4<br>4337-390-900255-4 |
| 88. | Aschoff v. The City of New York, et al | 3-20-95 | 2806-330-898243-5 |
| 89. | Polichetti v. The City of New York, et al | 3-20-95 | 2806-330-898243-5<br>495615349 |
| 90. | Rodriquez | 3-29-95 | 2806-390-52522-X<br>4337-390-52522-X |
| 91. | Jean-Baptiste v. The City of New York, et al | 4-5-95 | 2806-330-897105-0<br>4337-390-897105-0 |
| 92. | Kushmider v. The City of New York, et al | 4-7-95 | 2806-330-897118-2 |
| 93. | Lenett v. The City of New York, et al | 4-30-95 | 2806-390-952502-1<br>4337-390-952502-1 |
| 94. | Pineda v. Welsbach Electric Corp. | 5-14-95 | 2806-390-952547-2<br>4337-390-952547-2 |
| 95. | Saywack v. Scott, et al | 5-18-95 | 4337-390-953098-3 |
| 96. | Lindauer v. JWP, Inc. d/b/a Penguin Air Conditioning, Inc. | 6-6-95 | 2806-330-892091-2<br>4337-390-892091-2 |
| 97. | State Farm Ins. Co. a/s/o Jamie Conologue v. Orofino, et al | 6-19-95 | 2806-330-893096-6 |

**1994-1995 Policy Year: (cont.)**

| | | | |
|---|---|---|---|
| 98. | Garcia v. The City of New York, et al | 6-24-95 | 2806-390-900704-2<br>4337-390-900704-2 |
| 99. | Warren v. The City of New York, et al | 7-10-95 | 2806-330-896601-2 |
| 100. | Henrichsen v. Welsbach Electric Corp., et al | 7-15-95 | 2806-390-952633-0<br>4337-390-952633-0 |
| 101. | Singh v. The City of New York, et al | 7-25-95 | 2806-390-952661-6<br>4337-390-952661-6 |
| 102. | Thercier v. Pierre, et al | 7-28-95 | 2806-330-892547-7 |
| 103. | Rosner v. The City of New York, et al | 7-31-95 | 2806-330-97997-1 |
| 104. | Pacombe v. The City of New York, et al | 8-16-95 | 2806-330-900155-3<br>4337-390-900155-3 |
| 105. | Feo v. The County of Nassau, et al | 8-29-95 | 2806-330-895955-5 |
| 106. | Kull v. Welsbach Corp., et al | 9-22-95 | 4337-967-375 |
| 107. | Hendrickson v. Welsbach Electric Corp. | 9-30-95 | 2806-330-901380-7<br>4337-390-901380-7 |