IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------X
EMCOR GROUP, INC.                    : Civil Action No.
                                     : Docket 3:00-CV-2211 (AVC)
                 Plaintiff,          :
                                     :
v.                                   :
                                     :
INSURANCE COMPANY OF                 :
NORTH AMERICA                        :
                                     :
                 Defendant.          : December 3, 2004
-----------------------------------------------------------X

## PLAINTIFF'S NOTICE OF FILING OF AMENDED EXHIBIT "A" TO THIRD AMENDED COMPLAINT

Plaintiff, EMCOR Group, Inc., ("EMCOR") hereby gives notice of its filing of an amended Exhibit A to its Third Amended Complaint. The amended Exhibit A deletes the following three claims: 1) Daniel; 2) Costello; and 3) Cyrus. The amended Exhibit A further includes the following four claims: 1) Deming; 2) Kull; 3) Lobosco; and 4) Lomax. The total number of claims included in the Amended Exhibit A is 107.

                              THE PLAINTIFF,
                              EMCOR Group, Inc.

                              By: _____
                              Heidi H. Zapp, Esq.
                              Fed. Bar No. ct24655

Jeffrey J. Vita, Esq.
Fed. Bar No. ct08036
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, Connecticut 06517
Tel: (203) 287-8890
Fax:(203) 287-8847

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------X
EMCOR GROUP, INC.                  : Civil Action No.
                                   : Docket 3:00-CV-2211 (AVC)
                Plaintiff,         :
                                   :
v.                                 :
                                   :
INSURANCE COMPANY OF               :
NORTH AMERICA                      :
                                   :
                Defendant.         : December 3, 2004
-----------------------------------------------------------X

## CERTIFICATION

This is to certify that the foregoing was mailed, postage prepaid, on this the 3rd day of December 2004 to the following:

Thomas Leghorn, Esq. (ct22106)
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639
(212) 490-3000

Duncan B. Hume, Esq. (ct05581)
Hume & Associates
One Landmark Square
Stamford, CT 06901
(203) 348-7252

Joseph Burns, Esq. (ct00403)
1 State Street
Hartford, CT 06103
(860) 549-1000

_____
Heidi H. Zapp, Esq.