IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------X
EMCOR GROUP, INC.                         :    Civil Action No.
                                                    Docket 3:00-CV-2211 (AVC)
                    Plaintiff,            :
                                                    Judge Alfred V. Covello
v.                                        :

INSURANCE COMPANY OF NORTH AMERICA:

                    Defendant.            :
-----------------------------------------------------------X

STATE OF NEW YORK          )
                           )   ss: College Point
COUNTY OF QUEENS           )
```

### AFFIDAVIT OF ALENA CROSS

Alena Cross, being first duly sworn, on oath deposes and says:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. I am the Project Manager for streetlighting maintenance for Welsbach Electric Corporation ("Welsbach"), with its principal place of business located at 111-01 14th Avenue, College Point, NY 11356.

3. I make this affidavit based upon my personal knowledge and the books and records of Welsbach.

4. Welsbach has been engaged in streetlight maintenance in and around the City of New York at various times from 1985 to the present.

5. Typically Welsbach enters into a streetlight maintenance contract with the City of New York for a particular borough. The contracts are typically for a period of 2 years or more.

6. Pursuant to these contracts Welsbach is typically required to keep in good repair the streetlighting system inclusive of all city owned underground and/or overhead distribution.

7.  Welsbach maintained streetlight contracts with the following boroughs for the following time periods:

Manhattan

- Contract T891001/SLM for period 10/1/88 - 12/31/90

Queens

- Contract T891001/SLM for period 10/1/88 - 12/31/90
- Contract T911290/SLM for period 1/1/91 - 3/31/93
- Contract 84193TRQU835 for period 4/1/93 - 6/30/95

Brooklyn

- Contract T911289/SLM for period 1/1/91 - 3/31/93
- Contract 84193TRBK834 for period 4/1/93 - 6/30/95

8.  Pursuant to these contracts Welsbach is responsible for, among other things, repairs which shall include the replacement or correction of defects including the following:
    a.  Defective or missing lampposts. Lampposts foundations are wood poles.
    b.  Leaning lampposts and city owned wood poles.
    c.  Defective city owned distribution system.
    d.  Defective or missing luminaries.
    e.  All lamp outages due to such causes as missing or broken lamps, burned out or cycling lamps, blown or missing fuses in lamps not yielding the proper illumination.
    f.  Broken or missing glassware.
    g.  Missing or malfunctioning controls.
    h.  Dangerous conditions such as open luminaries, hanging luminaries, and knock down lampposts.
    i.  Removal of foreign equipment and objects from lampposts.
    j.  Defective wiring.
    k.  Missing hand pull covers and doors.
    l.  Removing illegal taps to lampposts.
    m.  Missing or illegal lamppost number tags.

9.  In addition, pursuant to these contracts:
    a.  Welsbach is responsible to visually inspect each maintained lighting unit once in every ten calendar days. The inspection is for the primary purpose of finding and correcting lamp outages and other defects as expeditiously as possible and for noting any conditions requiring maintenance or repair to be performed by daytime crews.
    b.  Welsbach is required to make all repairs required at a location before leaving site.

c. Where work ordered under this contract involves the disturbance of paved walk or roadway, the walk or roadway shall be restored at Welsbach's expense in a manner to resemble as normally as possible the immediately surrounding surfaces leaving no surface obstruction above grade to the satisfaction of the commissioner for the bureau of highway operations. There shall be a guaranteed period of one year for all restoration work.

d. Welsbach may open any street, avenue or public place and remove any part of the pavement in relation to its work. Pavement must be restored at the contractors expense to a condition as good as that existing before any of the work herein mentioned was begun under the terms and conditions that may be laid down by the city officials. Permits for street openings shall be obtained by Welsbach in the bureau's name at no expense to Welsbach.

e. With respect to the lamppost replacement, Welsbach shall excavate and thoroughly tamp the earth at the bottom of the excavation until it is smooth and even. The posts shall be set in a vertical position and the back fill shall be thoroughly tamped as it progresses to the proper grade.

f. All replacement luminaries must be tested in place before leaving site.

Further affiant sayeth not.

Dated at College Point, NY this ____ day of December, 2004.

_____
Alena Cross

Subscribed and sworn to before me this ____ day of December, 2004.

_____
Notary Public
My Commission Expires:

THOMAS P. CROTTY
Notary Public, State of New York
No. 4771331
Qualified in Westchester County
Commission Expires April 30, 2006