IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------X
EMCOR GROUP, INC.                              :     Civil Action No.
                                                      Docket 3:00-CV-2211 (AVC)
                        Plaintiff,             :
                                                      Judge Alfred V. Covello
v.                                              :

INSURANCE COMPANY OF NORTH AMERICA:

                        Defendant.              :
------------------------------------------------------------X

STATE OF NEW YORK        )
                         )   ss: College Point
COUNTY OF QUEENS         )

### AFFIDAVIT OF SCOT PLACANICA

Scot Placanica, being first duly sworn, on oath deposes and says:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. I am the Project Manager for traffic signal maintenance for Welsbach Electric Corporation ("Welsbach"), with its principal place of business located at 111-01 14th Avenue, College Point, NY 11356.

3. I make this affidavit based upon my personal knowledge and the books and records of Welsbach.

4. Welsbach has been engaged in the traffic signal maintenance and related construction in and around the City of New York at various times from 1986 to the present.

5. Typically Welsbach enters into a traffic signal maintenance contract with the City of New York for a particular borough. The contracts are typically for a period of 2 years.

6. Pursuant to these contracts Welsbach is typically required to keep all traffic signal components in proper working order.

7. Welsbach maintained traffic signal maintenance contracts and related construction contracts with the following boroughs for the following time periods:

Manhattan

- Construction contract T89-1074/MSC (computerization) for period 9/1/89 - 6/30/94
- Construction contract 84193HWMN755 (WEC job 760) for period 3/21/95, 3/22/95, and 3/23/95.

Queens

- Contract T86431/SM for period 1/1/86 - 3/31/88
- Contract 84192TRQU646 for period 10/1/92 - 9/30/04
- Contract 84194TRQU158 for period 10/1/94 - 10/1/96

Brooklyn

- Contract 84192TRBK645 for period 10/1/92 - 9/30/94
- Contract 84194TRBK157 for period 10/1/94 - 10/1/96

Bronx

- Contract T86431/SM for period 1/1/86 - 3/31/88
- Contract 84192TRBX644 for period 10/1/92 - 9/30/94
- Contract 84194TRBX156 for period 10/1/94 - 10/1/96

8. Pursuant to these contracts Welsbach is required to maintain the following classes of equipment:

    a. Illuminated traffic control devices, pedestrian signal control and audible or incandescent and internally illuminated signs.
    b. Traffic control poles and foundations.
    c. Auxiliary poles and foundations.
    d. Junction or concrete pull boxes.
    e. Pedestrian poles and foundations.

9. In addition, pursuant to these contracts:

    a. All controllers shall be lubricated, calibrated and cleaned in accordance with the manufacturer's recommendations at least once every twelve months as part of a scheduled routine maintenance program. This work comprises the furnishing, repair, removal, readjustment, and reinstalling of all controller parts, fuses, flashers, relays, time switches, transformers, surge arrestors, and all other components necessary to keep the controller and traffic control system in proper working order on the prescribed timing schedules.

    b. All lenses, glassware and reflectors in an illuminated traffic control device shall at all times be kept clean and shall at least once each year of the contract be cleaned on the inside and outside of the surfaces. At the time of cleaning, parts such as fuses, sockets, visible wiring, supports, foundations, etc. shall be inspected and parts found defective, worn out or broken shall be repaired or replaced.

    c. One-fourth of the total number of signalized intersection shall be painted each year during this contract including, steel poles, control boxes, exposed conduit, pull boxes, supports and/or illuminated traffic control devices.

The equipment shall be carefully inspected, repaired, replaced and cleaned of foreign matter, grease, oil, stickers, etc. before painting.

        d.    Welsbach shall perform any other work required to keep the traffic control equipment in proper working order, including the resetting of clock mechanisms to conform with daylight savings time and eastern standard time to conform with prescribed timing schedules.

        10.    When it is found to be impractical to immediately restore or relocate existing equipment due to damage or malfunctioning equipment, Welsbach shall immediately provide temporary traffic signal equipment and maintain same until it can be replaced with permanent traffic equipment. The work must be done to provide a safe and proper operating equipment of the existing traffic control installation. All temporary traffic equipment shall be approved by the engineer. The temporary controllers shall provide the phasing and sequence as part of the permanent control unit.

        11.    Welsbach maintains records of both temporary and permanent repairs at each location. In connection with its work pursuant to the various contracts identified above, Welsbach maintains intersection histories which identify the location of its work, the scope of the work performed, and the date that the work was completed.

        12.    Welsbach's intersection histories are made in the regular course of Welsbach's business; it is the regular course of Welsbach's business to prepare an intersection history; and the intersection histories are made at the time of the repair or within a reasonable time thereafter.

13. With respect to the intersection known as Utopia Parkway and Underhill Ave. in Queens, attached as <u>Exhibit 1</u> is a true and accurate copy of the intersection history for this intersection (Carbo). The intersection history confirms that Welsbach visited the site four (4) times and completed three (3) permanent repairs at this location prior to the date of loss, 6/10/93.

14. With respect to the intersection known as Crescent St. and Linden Blvd. in Brooklyn, attached as <u>Exhibit 2</u> is a true and accurate copy of the intersection history for this intersection (Edwards). The intersection history confirms that Welsbach visited the site twenty-nine (29) times and completed twenty-eight (28) permanent repairs at this location prior to the date of loss, 2/27/93.

15. With respect to the intersection known as Flatbush Ave. and Ocean Ave. in Brooklyn, attached as <u>Exhibit 3</u> is a true and accurate copy of the intersection history for this intersection (Jean). The intersection history confirms that Welsbach visited the site thirteen (13) times and completed nine (9) permanent repairs at this location prior to the date of loss, 9/6/93.

16. With respect to the intersection known as Cyprus Ave. and East 141st St. in the Bronx, attached as <u>Exhibit 4</u> is a true and accurate copy of the intersection history for this intersection (Rosario). The intersection history confirms that Welsbach visited the site nine (9) times and completed nine (9) permanent repairs at this location prior to the date of loss, 12/4/93.

17. With respect to the intersection known as Walton Ave. and East 169th St. in the Bronx, attached as <u>Exhibit 5</u> is a true and accurate copy of the

intersection history for this intersection (Patterson). The intersection history confirms that Welsbach visited the site twenty-one (21) times and completed twenty-one (21) permanent repairs at this location prior to the date of loss, 10/1/94.

18.     With respect to the location known as 125 Worth St. in Manhattan, attached collectively as Exhibit 6 are true and accurate copies of the repair time sheets for this location (Randall). Welsbach had the Manhattan computerization contract for this location at the time of and prior to the date of loss, 3/2/95. Prior to the date of loss 3/2/95, Welsbach performed work at this location on sixteen (16) occasions.

19.     With respect to the intersection known as 77nd St. and Columbus Ave. in Manhattan, attached collectively as Exhibit 7 are true and accurate copies of the repair time sheets for this intersection (Rosner). Welsbach had 2 different contracts regarding this particular location at and prior to the date of loss, 7/31/95. First, Welsbach had a construction contract (job no. 760) for this location and completed repairs at this location on three dates (3/21/95; 3/22/95; and 3/23/95) prior to the date of loss, 7/31/95. Also, Welsbach had a construction contract for computerization for this location at the time of the loss, 7/31/95. Attached hereto collectively as Exhibit 7 are true and accurate copies of the repair time sheets confirming that Welsbach performed repairs at this location on approximately twenty-seven (27) occasions prior to the date of loss, 7/31/95.

20.     With respect to the intersection known as 31st Ave. and Steinway St. in Queens, attached as Exhibit 8 is a true and accurate copy of the

intersection history for this intersection (Trilleras). The intersection history confirms that Welsbach visited the site nineteen (19) times and completed sixteen (16) permanent repairs at this location prior to the date of loss, 2/6/95.

Further affiant sayeth not.

Dated at College Point, NY this __2__ day of December, 2004.

_____
Scot Placanica

Subscribed and sworn to before me this __2nd__ day of December, 2004.

_____
Notary Public
My Commission Expires:

THOMAS P. CROTTY
Notary Public, State of New York
No. 4771331
Qualified in Westchester County
Commission Expires April 30, 2006