```
                CLAIM SERVICE/FIELD OPERATIONS INSTRUCTIONS
ACCOUNT NAME: EMCOR GROUP INC.                              PAGE    1
ACCOUNT EFFECTIVE DATE: 10/01/92
TERRITORY: U.S.                   * = CHANGE    LAST REVISION: 04/17/97
                      CSA CONTRACT #: 2806
```

AUTO LIABILITY   AUTO PHYSICAL DAMAGE   GENERAL LIABILITY
PREMISES LIABLITY          WORKERS COMPENSATION

## CLAIM SERVICE INFORMATION

1. DISCRETIONARY AUTHORITY:
2. RESERVE NOTICE:
3. STATUS REPORT:
4. STAFFING:
5. ALE RESERVING:

6. LITIGATION-LAW FIRM SELECTION:
7. REHABILITATION:
8. LIGHT DUTY:
9. INDEPENDENT ADJUSTER:
10. COVERAGE DISCLAIMER/RES.OF RIGHT:

## FIELD OPERATIONS INFORMATION

1. ACKNOWLEDGMENT/DISPOSITION:*
2. LOCATION CODING:
3. COVERAGE:           *
4. PRODUCER:
5. PRODUCING OFFICE/RMS CONTACT/CMD ACCOUNT COORD.:

6. DIR.OF EMCOR GROUP OPERATING ENTITIES:

## CLAIM SERVICE INFORMATION

11. CLIENT VISIT:
12. OMNI CLAIMS:
13. WELSBACH/BUDIN DIVISIONS:
14. CLAIM REVIEWS:


CLAIM SERVICE INFORMATION

DISCRETIONARY AUTHORITY:

    AL/GL/PL-    $5,000
    WC-          $5,000 LUMP SUM

LOCAL CS MUST CALL PAT WALTON OF SRF HEADQUARTERS-(215) 761-4395, PRIOR TO THE OFFERING OF ANY SETTLEMENT IN EXCESS OF $100,000. PLEASE NOTE THAT THIS PHONE CALL IS ONLY TO ADVISE SRF OF THE INTENDED SETTLEMENT AND THAT SRF HAS NO SETTLEMENT AUTHORITY.

NOTE: WHILE THE ABOVE PHONE CALL NEEDS TO BE MADE IT SHOULD BE NOTED THAT SRF HAS NO AUTHORITY.

AUTHORITY APPLIES TO OPERATING ENTITIES ONLY. ALL AUTHORITY ABOVE THE DISCRETIONARY LIMIT FOR DIVESTED LOCATIONS WILL COME FROM SUSAN REINHARD, CLAIM MANAGER, EMCOR GROUP, INC., 101 MERRITT SEVEN, 7TH FLOOR, NORWALK, CT, 06851. AUTHORITY GRANTED BY LOCAL DIVESTED ENTITIES IS NOT VALID. REFER TO FIELD SERVICE OPERATION INFORMATION #6 FOR LIST OF THE EMCOR GROUP OPERATING ENTITIES AND CONTACTS.

THIS BULLETIN IS NOT A CONTRACT
IT ESTABLISHES INTERNAL OPERATIONS INSTRUCTIONS AND PROCEDURES FOR
ADMINISTRATION OF CLAIMS FOR THIS ACCOUNT

DOC. # HBS001    SERVICE OFFICE ID CEP

4/2/03 MK EXHIBIT PLF-31

CLAIM SERVICE/FIELD OPERATIONS INSTRUCTIONS

CLAIM SERVICE INFORMATION                                          PAGE    2

FOR SETTLEMENT AUTHORITY EXCEEDING THE ABOVE, SEND A WRITTEN REQUEST TO THE LOCATION (UNLESS DIVESTED). USE THE EMCOR SETTLEMENT AUTHORITY FORMAT (WC, GL/AL FORMS). FOR SETTLEMENT AUTHORITY OF $5,000-$25,000, CONTACT THE LOCATION. FOR SETTLEMENT AUTHORITY FOR CLAIMS OVER $25,000 CLAIM SERVICE MUST CONTACT LOCATION AND EMCOR GROUP INC., HEADQUARTERS, SUSAN REINHARD, CLAIM MANAGER, TEL. (203) 849-7827, FAX (203) 849-7840. (SEE ADDRESS ABOVE).

DYNALECTRIC ONLY: (FOR 10/1/93-9/30/94 ONLY.)

DYNALECTRIC LOCATIONS ARE COVERED UNDER SEPARATE POLICIES FOR WORKERS COMP AND COMMERCIAL LIABILITY DURING THE POLICY PERIOD 10/1/93-9/30/94. AN ESIS CONTRACT #2951 SHOULD BE USED FOR 3RD PARTY LOSSES. UNDER NO CIRCUMSTANCES SHOULD A FILE BE ESTABLISHED UNDER EMCOR GROUP, INC. POL- ICIES OR THE ESIS CONTRACT #2806. REFER ALL QUESTIONS IN THIS REGARD TO MARY KATE GILL (212) 618-5199, NET 668-5199.

RESERVE NOTICE:

RESERVE INCREASES OF $50,000 OR GREATER WILL BE PRECEDED BY A PHONE CALL TO THE LOCATION CONTACT EXPLAINING THE NATURE OF AND NEED FOR THE INCREASE. ALSO SEE STATUS REPORTS- IMMEDIATE NOTIFICATION VIA FAX FOR RESERVE CHANGES OVER $10,000.

STATUS REPORTS:

WC/AL/GL/PR -COMPUTER GENERATED STATUS REPORTS MUST BE FURNISHED TO THE REPORTING LOCATION IMMEDIATELY VIA FAX (UNLESS A DIVESTED ENTITY) & SUSAN REINHARD VIA MAIL FOR ALL CLAIMS WITH A RESERVE CHANGE OF $10,000, OR MORE. STATUS REPORT SHOULD INDICATE THE AMOUNT OF INCREASE AND BASIS THEREOF. STATUS REPORTS SHOULD BE CONTINUED QUARTERLY IF RESERVES ARE AT $50,000 OR GREATER. DO NOT SEND COPIES TO THE LOCATION UNLESS SAME IS LISTED IN FIELD OPERATIONS INFOMATION #6.

SUSAN REINHARD  (203) 849-7827

STAFFING:

CIGNA WILL PROVIDE NOTICE TO THE EMCOR CLAIM MANAGER, REGARDING ANY PERSONNEL CHANGES IN SUPERVISION AND/OR CLAIM HANDLING. UPON REVIEW AND AGREEMENT WITH CIGNA, AND AFTER EMCOR CONTACTS THE RESPECTIVE OPERATING COMPANY(IES), A TELEPHONE CALL SHOULD BE PLACED BY CIGNA TO THE LOCATION(S) ADVISING THEM OF THE CHANGE.

ALE RESERVING:

ALL GL/AL CLAIMS SHOULD HAVE AN ALE RESERVE SET UP TO REFLECT PROJECTED EXPENSES ASSOCIATED WITH THE DEFENSE OF THE CLAIM.

LITIGATION-LAW FIRM SELECTION:

EMCOR GROUP, INC. RESERVES THE RIGHT TO SELECT COUNSEL FOR ALL CLAIMS. CLAIMS MANAGEMENT ORGANIZATION MAY RECOMMEND AND ASSIGN COUNSEL IF EMCOR OR ITS OPERATING COMPANY DOES NOT SELECT COUNSEL.

ALL NY AREA LITIGATION AND TORT CLAIMS ARE TO BE ASSIGNED TO LONDON FISCHER AT 605 THIRD AVE., NY, NY 10158, (212) 972-1000.

ALL NY AREA WC CLAIMS ARE TO BE ASSIGNED TO JONES, JONES, GLUCK & LARKIN 20 VESEY ST., NY, NY 10007, (212) 962-3985.

HYRE ELECTRIC DIVISION, ALL CLAIMS, LITIGATION AND WC IN INDIANA/ILLINOIS ARE TO BE ASSIGNED TO HOEPPNER, WAGNER & EVANS, 103 EAST LINCOLN WAY, PO BOX 2357, VALPARAISO, IN 46384, (219) 464-4961.

ALL LITIGATION & TORT CLAIMS IN SO.TEXAS ARE TO BE ASSIGNED TO MARTINEZ & GREEN, 600 JEFFERSON, STE 750, HOUSTON, TEX (713) 951-9913. IF A CONFLICT OF REPRESENTATION IS IDENTIFIED, CONTACT SUSAN REINHARD, CLAIMS MANAGER, EMCOR GROUP, INC.

THIS BULLETIN IS NOT A CONTRACT
IT ESTABLISHES INTERNAL OPERATIONS INSTRUCTIONS AND PROCEDURES FOR
ADMINISTRATION OF CLAIMS FOR THIS ACCOUNT

DOC. # HBS001     SERVICE OFFICE ID CEP

CLAIM SERVICE INFORMATION

SELECTION OF DEFENSE COUNSEL AND THE INVOLVEMENT OF EMCOR OR ITS OPERATING/SUBSIDIARY COMPANIES IN ANY CLAIM OR LAWSUIT DOES NOT RELIEVE CLAIM MANAGEMENT ORGANIZATION'S DUTY TO ACTIVELY MANAGE CLAIM TO DISPOSITION.

LITIGATION BUDGETS MUST BE OBTAINED ON ALL LITIGATED CASES, USING EMCOR'S STANDARD FORM OR ONE SIMILAR.

REHABILITATION:

EMCOR GROUP RESERVES THE RIGHT TO SELECT REHABILITATION VENDORS.

LIGHT DUTY:

EMCOR ENCOURAGES THE USE OF LIGHT DUTY EMPLOYMENT. ALL OPPORTUNITIES SHOULD BE DISCUSSED WITH THE LOCATION . OMNI COMMENTS SHOULD BE DOCUMENTED.

INDEPENDENT ADJUSTERS:

CIGNA MUST SECURE PRIOR APPROVAL FROM EMCOR PRIOR TO RETAINING SUCH SERVICES.

COVERAGE DISCLAIMER/RES. OF RIGHTS:

UNDER NO CIRCUMSTANCES IS A COVERAGE DISCLAIMER OR RESERVATION OF RIGHTS TO BE ISSUED UNTIL THE MATTER HAS BEEN DISCUSSED WITH:

1. THE APPROPRIATE HOME OFFICE SUPERINTENDENT
2. MARY KATE GILL (NY SRF) (212) 628-5199 - NET 668-5199
3. SUSAN REINHARD AT EMCOR (203) 849-7827
4. DOUG WILLIS AT MARSH & MCLENNAN (860) 543-7708

COPIES OF COVERAGE DISCLAIMERS OR RESERVATIONS OF RIGHTS SHOULD BE FORWARDED.

OMNICLAIMS:

WC :
ADJUSTER NOTE : THIS ACCOUNT HAS PURCHASED TECHNOLOGY FOR LARGE ACCOUNTS AND HAS ACCESS TO CLAIM INQUIRY, INDEXING AND LIMITED CLAIM MAINTENANCE CORRECTION CAPABILITY. THE ACCOUNT WILL ACCESS THE SYSTEM FROM ONE LOCATION WITH ONE USER. THE ACCOUNT WILL BE USING JOB QUEUE AND DIARY TO COMMUNICATE WITH WORKERS COMPENSATION OFFICES. THE WORKERS COMP CLAIM OFFICE CONTROLLING THE ACCOUNT FOR SYSTEM ISSUES WILL BE THE NEW ENGLAND WCC.
APL :
ADJUSTER NOTE : THIS ACCOUNT HAS PURCHASED TECHNOLOGY FOR LARGE ACCOUNTS AND HAS ACCESS TO CLAIM INQUIRY, INDEXING AND LIMITED CLAIM MAINTENANCE CORRECTION CAPABILITY. THE ACCOUNT WILL ACCESS THE SYSTEM FROM NORWALK, CT WITH ONE USER. THE ACCOUNT WILL BE USING JOB QUEUE QUEUE AND DIARY TO COMMUNICATE WITH APL OFFICES. THE APL CLAIM OFFICE CONTROLLING THE ACCOUNT FOR SYSTEMS ISSUES WILL BE THE HARTFORD, APL.

WELSBACH/BUDIN DIVISIONS:

PLEASE NOTE, THAT AS OF OCTOBER 1, 1995, THE WELSBACH AND BUDIN DIVISIONS ARE NO LONGER COVERED FOR THIRD PARTY UNDER THE EMCOR PROGRAM. WELSBACH AND BUDIN CONTINUE TO BE COVERED FOR WORKERS COMP UNDER THE EMCOR PROGRAM. KINDLY CONTACT MARY KATE GILL, ACCOUNT SPECIALIST, AT (212) 618-5199 WITH ANY QUESTIONS.

[handwritten note: PENGUIN AS OF 3/1/97]

THIS BULLETIN IS NOT A CONTRACT
IT ESTABLISHES INTERNAL OPERATIONS INSTRUCTIONS AND PROCEDURES FOR ADMINISTRATION OF CLAIMS FOR THIS ACCOUNT

DOC. # HBS001   SERVICE OFFICE ID CEP

CLAIM SERVICE/FIELD OPERATIONS INSTRUCTIONS
CLAIM SERVICE INFORMATION                                          PAGE    4

CLAIM REVIEWS:

ON SITE CLAIM REVIEWS WILL BE CONDUCTED PERIODICALLY. THE ACCOUNT SUPER-
VISOR AND CLAIM REPRESENTATIVES SHOULD BE PRESENT FOR THE REVIEW. THE
PAPER FILE AND A COMPUTER TERMINAL SHOULD BE AVAILABLE. A STATUS REPORT
SHOULD BE PREPARED ON EACH CLAIM. COPIES OF THE STATUS REPORT SHOULD BE
MADE AVAILABLE FOR EACH PERSON ATTENDING THE REVIEW FROM THE ACCOUNT.

FIELD OPERATIONS INFORMATION

ACKNOWLEDGMENT/DISPOSITION:

  WC/AL/GL/PR - ORIGINAL TO THE REPORTING LOCATION, EXCEPT FOR THE GRASLE
                ELECTRIC DIVISION.

     AL/GL/PR - COPY TO:   REX THRASHER
                           EMCOR GROUP, INC.
                           101 MERRITT 7 CORPORATE PARK, 7TH FL.
                           NORWALK, CT  06851

  WC/AL/GL/PR - GRASLE ELECTRIC - ORIGINAL TO SUSAN POWERS AT KDC, 4462
                CORPORATE CENTER, LOS ALAMITOS, CA 90720.  COPY TO
                REPORTING LOCATION.

LOCATION CODING:

LOCATION AND JOB CLASSIFICATION CODES WILL BE PROVIDED BY THE LOCATION
AND FORWARDED TO CIGNA ON THE FIRST REPORT OF INJURY. CIGNA SHOULD CALL
THE LOCATION IF THE CODES HAVE NOT BEEN RECEIVED. "DUMMY" OR INCORRECT
CODES HSOULD NOT BE USED. IF CIGNA OR THE OPERATING COMPANY HAVE ISSUES
CONCERNING INCORRECT CODES, THEY SHOULD CONTACT THE EMCOR'S CLAIM MANAGER.

    BLOCK #1 - BLANK
    BLOCK #2 - BLANK
    BLOCK #3 - BLANK
    BLOCK #4 - FOUR DIGIT NUMERIC

ON INA WC AN AUDIT CONTROL NUMBER IS REQUIRED. THE LOCATION WILL SUBMIT
THE AUDIT NUMBER AS A SIX DIGIT #. IF PRESENTED AS FIVE PROCEED WITH A
ZERO. IF OMITTED, CONTACT REPORTING LOCATION.

ALL TECHNICAL QUESTIONS REGARDING LOCATION CODES/PLANT DIVISION CODES OR
SERR'S SHOULD BE DIRECTED TO: MICHELLE TABOR (302) 479-6705-NET 266-6705
OR DIANE MANCO (302) 479-6305 NET 266-6305.

COVERAGE:

                          AUTO PHYSICAL DAMAGE
THERE IS NO COVERAGE OR SERVICING REQUIREMENT FOR AUTO PHYSICAL DAMAGE.
                             AUTO LIABILITY
EFFECTIVE 10/1/92 - CURRENT:  HANDLE ALL CLAIMS WITHIN THE $500,000
DEDUCTIBLE UNDER ESIS CONTRACT #2806.  CLAIMS IN EXCESS OF $500,000,
SET-UP AN INA CLAIM FILE UNDER:
  10/1/96-97       ISA HO 188305-7
  10/1/95-96       ISA HO 635245-5       $2,000,000 CSL    $500,000 DED
  10/1/94-95       ISA HO 635085-9          DITTO             DITTO
  10/1/93-94       ISA HO 634887-7          DITTO             DITTO
  10/1/92-93       ISA HO 502195-9          DITTO             DITTO
                                            DITTO             DITTO
EFF. 10/1/93 - CURRENT: AUTO MEDICAL PAYMENT COVERAGE HAS S $10,000 LIMIT

                            GENERAL LIABILITY
EFFECTIVE 10/1/92 - CURRENT:  HANDLE ALL CLAIMS WITHIN THE $500,000

                    THIS BULLETIN IS NOT A CONTRACT
     IT ESTABLISHES INTERNAL OPERATIONS INSTRUCTIONS AND PROCEDURES FOR
                   ADMINISTRATION OF CLAIMS FOR THIS ACCOUNT

                         DOC. # HBS001    SERVICE OFFICE ID CEP

CLAIM SERVICE/FIELD OPERATIONS INSTRUCTIONS                    PAGE   5
FIELD OPERATIONS INFORMATION

DEDUCTIBLE UNDER ESIS CONTRACT #2806. CLAIMS IN EXCESS OF $500,000,
SET-UP AN INA CLAIM FILE UNDER: ALE IS NOT INCLUDED IN THE DEDUCTIBLE.
THE AGGREATE IS ERODED BY ALE EXCEPT FOR THE 92-93 YEAR.
THE OCP/RRP/SHP POLICIES ARE SUBJECT TO A $500,000 DEDUCTIBLE.

```
10/1/96-97   HDO G1 896471-5   $  500,000        $  500,000        $2,000,000 AGG
10/1/95-96   HDO G1 658980-9   $1,500,000 CSL   $1,500,000         DITTO
10/1/94-95   HDO G1 658789-8   DITTO             DITTO             DITTO
10/1/93-94   HDO G1 658518-A   DITTO             DITTO             DITTO          *
10/1/92-93   HDO G1 403379-8   DITTO               500,000         DITTO          *
```

EFF. 10/1/93 - CURRENT:  GL MEDICAL PAYMENT COVERAGE HAS A $10,000 LIMIT:

                              PRODUCT LIABILITY

EFFECTIVE 10/1/92 - CURRENT:  HANDLE ALL CLAIMS WITHIN THE $500,000
DEDUCTIBLE UNDER ESIS CONTRACT #2806. CLAIMS IN EXCESS OF $500,000,
SET-UP AN INA CLAIM FILE UNDER: ALE IS NOT INCLUDE IN THE DEDUCTIBLE.

```
10/1/96-97   HDO G1 896471-5   $1,500,000 CSL   $500,000 DED   $3,00,000 AGG
10/1/95-96   HDO G1 658980-9   DITTO             DITTO          DITTO
10/1/94-95   HDO G1 616589-8   DITTO             DITTO          DITTO
10/1/93-94   HDO G1 658518-A   DITTO             DITTO          DITTO
10/1/92-93   HDO G1 403379-9   DITTO             DITTO          DITTO
```

                            WORKERS COMPENSATION

EFFECTIVE 10/1/92-96:  THE WORKERS COMPENSATION POLICIES AND APPLICABLE
STATES ARE AS FOLLOWS:

EFF. 10/1/95-96:   WLR C2 419348-2      AZ, OR
                   SCF C2 419350-0      ALL OTHER

EFF.10/1/94-95:   WLR C4 115836-0
CO, CT, DC, FL, GA, IL, IN, KS, KY, LA, MD, MA, MI, MN, MO, NH, NJ, NY,
NC, PA, TN, TX, UT, VA.

EFF. 10/1/94-95:   SCF 419727-A   -  CA
EFF. 10/1/94-95:   SCF 419126-8   -  AZ, ID, OK, WI

EFF. 10/1/93-94:   WLR C4 024417-7
AL, AR, CO, CT, DE, DC, FL, GA, IL, IN, IA, KS, KY, MD, MI, MN, NY, NC,
PA, SC, TN, TX, VA

EFF. 10/1/93-94:   RSC C4 024416-5
AZ, CA, HI, ID, MI, MT, NE, NJ, OK, OR, UT, WI

EFF. 10/1/92-93:   WLR C2 044318-2
AL, AR, CO, CT, DE, DC, FL, GA, IL, IN, IA, KS, KY, MD, MI, MN, NY, NC,
PA, SC, TN, TX, VA

EFF. 10/1/92-93:   RSC C2 044317-0
AZ, CA, HI, ID, MO, MT, NE, NJ, OK, OR, UT, WI

DYNALECTRIC CLAIMS ONLY :
EFFECTIVE 10/1/93-9/30/94, DYNALECTRIC THIRD PARTY CLAIMS WILL BE HANDLED
UNDER ESIS CONTRACT #2951. THIS DEDUCTIBLE PROGRAM WILL HANDLE BOTH AUTO-
MOBILE AND GENERAL/PRODUCT LIABILITY.

AL -POLICY NUMBER:  ISA H0 634888-9
GL/PL -POLICY NUMBER: HDO G1 658473-3

WORKERS COMPENSATION COVERAGE IS PROVIDED VIA THREE SEPARATE POLICIES,
BASED ON THE EVENT STATE.
WLR C2 044671-7:
AL, AR, CO, CT, DE, DC, FL, GA, IL, IA, KS, KY, MD, MI, MN, NY, NC, SC,
TN, TX, VA

                    THIS BULLETIN IS NOT A CONTRACT
    IT ESTABLISHES INTERNAL OPERATIONS INSTRUCTIONS AND PROCEDURES FOR
             ADMINISTRATION OF CLAIMS FOR THIS ACCOUNT

                              DOC. # HBS001      SERVICE OFFICE ID CEP

```
SCF C2 044672-0:
CALIFORNIA ONLY                        SCF C2 044673-0
PRODUCER:                              ALL OTHER RETRO STATES

  MARSH & MCLENNAN
  ONE LANDMARK SQUARE                  DOUG WILLIS
  HARTFORD, CT 06103                   (860) 543-7708
```

PRODUCING OFFICE/RMS CONTACT/CMD ACCOUNT COORDINATOR:

IN THE EVENT OF QUESTIONS OR PROBLEMS CONCERNING THESE INSTRUCTIONS, CONTACT:

```
  MARY KATE GILL
  CIGNA SRF RISK MANAGEMENT SERVICES    (212) 618-5199
  195 BROADWAY                          NET  668-5199
  NEW YORK, NY  10007
```

IN THE EVENT OF POLICY COVERAGE QUESTIONS, CONTACT RONA TAYLOR AT (212) 618-5180 OR NET 668-5180.

IN THE EVENT OF CLAIM QUESTIONS OR CONCERNS, PLEASE CONTACT:

→   KEVIN KING   (203) 849-7826

MR. KING IS A CIGNA EMPLOYEE LOCATED ON SITE AT EMCOR INC., 101 MERRITT SEVEN, NORWALK, CT 06851.  MR. KING MAY CALL OR WRITE TO REQUEST STATUS OR OTHER INFORMATION ON A PERIODIC BASIS.

DIRECTORY OF EMCOR GROUP OPERATING ENTITIES:

| OPERATING CO. | CONTACT NAME/TITLE | PHONE | FAX |
|---|---|---|---|
| EMCOR GROUP | SUSAN REINHARD, CORP.CLAIMS MANAGER<br>101 MERRITT SEVEN, 7TH FL<br>NORWALK, CT 06851 | (203) 849-7827 | (203) 849-7840 |
| FOREST ELECTRIC | DONNA LUCAS<br>SR. LEGAL ASSISTANT | (212) 318-1500 | (212) 318-1785 |
| GIBSON ELECTRIC | FRAN SIKORA<br>V.P. ADMINISTRATION | (708) 572-3500 | (708) 572-6261 |
| → GOWAN, INC. | ~~Nancy~~ ~~MARY MALUND~~ Neuenschwander<br>CLAIM COORDINATOR | (713) 696-5400 | (713) 695-1726 |
| → GRASLE ELECTRIC | SUSAN POWERS ~~(AC IN CA)~~ | (714) 828-7000 | (714) 761-8284 |
| HANSEN MECH. | SHEILA BIDDINGER<br>DIR. OF SAFETY | (702) 361-5111 | (702) 361-6753 |
| → HERITAGE AIR | SUZANNE SMALDONe<br>SAFETY CLAIM COORD. | (516) 667-1044 | (516) 667-8613 |
| HYRE ELECTRIC | JOHN ANDERSHOCK<br>DIR. OF SAFETY | (219) 923-6100 | (219) 838-3631 |
| J. C. HIGGINS | DAN HARVEY<br>DIR.SAFETY &<br>LOSS CONTROL | (617) 787-9800 | (617) 344-6075 |
| DYNALECTRIC CORP.OFFICES | JIM KEAVENEY<br>DIR.SAFETY &<br>LOSS CONTROL | (703) 556-8000 | (703) 556-0890 |

THIS BULLETIN IS NOT A CONTRACT
IT ESTABLISHES INTERNAL OPERATIONS INSTRUCTIONS AND PROCEDURES FOR ADMINISTRATION OF CLAIMS FOR THIS ACCOUNT

DOC. # HBS001    SERVICE OFFICE ID CEP

000200

| Company | Contact | Phone | Fax |
|---|---|---|---|
| DYNALECTRIC ATLANTA | DON HEAD, CHIEF FINANCIAL OFFICER | (770) 451-2164 | (770) 451-2658 |
| DYNALECTRIC-LAS VEGAS | WANDA JOHNSON, CLAIM COORDINATOR | (702) 736-8577 | (702) 798-2843 |
| DYNALECTRIC-OWENSBORO | LINDA PRATHER, CLAIM COORDINATOR | (502) 685-4925 | (502) 685-4944 |
| DYNALECTRIC-DENVER | HOWARD GUECK, FINANCE MANAGER | (303) 233-4488 | (303) 238-7258 |
| DYNALECTRIC KDC (FORMERLY KIRKWOOD) | SUSAN POWERS, CONTROLLER | (714) 828-7000 | (714) 761-8284 |
| DYNATRAN WEST | SUSAN POWERS, CONTROLLER | (714) 828-7000 | (714) 761-8284 |
| DYNALECTRIC CONTRA COSTA | JEFF JUHALA, DIR. OF SAFETY | (510) 229-4250 | (510) 228-3265 |
| DYNALECTRIC-WASATCH | SYLVIA ALRED, DIR. OF SAFETY | (801) 487-4511 | (801) 487-5032 |
| DYNALECTRIC-STERLING & DYNATRAN EAST | RICK WORCH, ASST. VICE PRESIDENT | (703) 742-3500 | (703) 742-8382 |
| DYNALECTRIC MEDLEY | VIRGINIA LOPEZ, CLAIM COORDINATOR | (305) 888-9196 | (305) 888-9123 |
| → DYNALECTRIC GRASLE/PORTLAND | 1) JOHN DEAREY, BRANCH MANAGER; 2) SUSAN POWERS (see KDC) | (503) 226-6771 / (714) 828-7000 | (503) 226-7818 / (714) 761-8284 |
| DYNALECTRIC SAN DIEGO | KAREN MORRISON, CLAIM COORDINATOR | (619) 560-0808 | (619) 560-0916 |
| DYNALECTRIC-LERA SAN FRANCISCO | SUSAN CASCALDA, CLAIM COORDINATOR | (415) 597-4700 | (415) 543-1301 |
| PENGUIN AIR CONDITIONING | PAUL DAVIS, SUPERINTENDENT | (718) 706-6500 | (718) 706-2536 |
| SUPERIOR AIR HANDLING CORP. (SOLD 3/27/97) | PEGGY LARSEN, HR SAFETY MANAGER | (801) 776-1997 | (801) 776-1021 |
| → T.L. CHOLETTE [crossed out] PACE MECHANICAL | DONNA MICHEL, CLAIM COORDINATOR | (313) 595-8300 | (313) 595-4704 |
| TRAUTMAN & SHREVE | MICHELLE KIDDER, HR DIRECTOR OF SAFETY | (303) 295-1414 | (303) 295-0324 |
| UNIVERSITY MECHANICAL | RON WELLS, DIR. OF SAFETY | (619) 283-3181 | (619) 283-5889 |
| → WEISBACH-NY | FRED GOODMAN, CHIEF FINANCIAL OFFICER | (718) ~~274-4200~~ 670-7900 | (718) ~~274-7427~~ 670-7920 |
| → WEISBACH-LI | JOE FLORIO, CHIEF FINANCIAL OFFICER | (516) 454-0023 | (516) 454-0282 |
| TUCKER MECHANICAL | DAN HARVEY | (617) 787-9800 | (617) 344-6075 |
| LABOV MECHANICAL CONTRACTORS | [signed] Dan Harvey | 617 787 9800 | 617 344 6075 |

THIS BULLETIN IS NOT A CONTRACT
IT ESTABLISHES INTERNAL OPERATIONS INSTRUCTIONS AND PROCEDURES FOR ADMINISTRATION OF CLAIMS FOR THIS ACCOUNT

DOC. # HBS001    SERVICE OFFICE ID CEP

000300

THIS BULLETIN IS NOT A CONTRACT
IT ESTABLISHES INTERNAL OPERATIONS INSTRUCTIONS AND PROCEDURES FOR
ADMINISTRATION OF CLAIMS FOR THIS ACCOUNT