# EMCOR v. INA

DAMAGE ANALYSIS

SEPTEMBER 25, 2002

# FINANCIAL RISK ANALYSTS, LLC

Actuaries • Insurance Consultants

September 25, 2002

Jeffrey J. Vita, Esq.
Saxe, Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517

RE: EMCOR Group, Inc. v. INA. Confidential Attorney/Expert Communication.

Dear Mr. Vita:

This memorandum and the attached exhibits present the results of our damage analysis in the matter of EMCOR Group, Inc. v. INA. Our analysis is based upon a review of material provided by you as well as representations made by you regarding issues involved in this matter.

## Summary & Conclusions

Based on the analysis contained herein and as displayed on Exhibit 1.1 it is our opinion that as of August 31, 2002 EMCOR is due the amount of between $4,427,429* and $4,551,532*. This amount consists of between $3,138,509 and $3,238,584 in general liability indemnity and defense costs not paid by INA and between $1,288,920 and $1,312,948 in interest. The range of results is dependent upon the assumption made regarding the 'Kemp' claim as discussed below.

To the extent payment from INA to EMCOR is made after August 31, 2002 an additional interest adjustment should be made for the period of time between September 1, 2002 and when payment is made.

For each of the three years beginning October 1, 1992 EMCOR purchased insurance policies from INA with separate aggregate limits for general liability and products liability/completed operations. Each policy contained a separate aggregate limit which limited the maximum amount of coverage provided by INA to EMCOR. The general liability aggregate limit was $2 million per annum and the products liability/completed operations aggregate limit was $3 million per annum. The definition of the aggregate limit, however, was different under the 1992 policy as compared with the 1993 and 1994 policies.

Coverage under the October 1, 1992-1993 policy provided for the payment of up to $2 million in indemnity (loss) with unlimited defense cost reimbursement until the payment of $2 million in indemnity. For this policy defense costs did not erode the $2 million aggregate limit.

Coverage under the October 1, 1993-1994 and 1994-1995 policies provided for the payment of up to a total of $2 million for both indemnity and defense costs combined. For these policies defense costs served to erode the aggregate limit.

---

*Does not include any damages related to the Dynalectric cases or the bad faith claim as asserted in the second amended complaint.

27 Hartford Turnpike, Suite 206, P.O. Box 3173
Vernon, CT 06066
(860) 645-9899  FAX (860) 645-9975
E-mail: fjarish@...

Jeffrey J. Vita, Esq.
September 25, 2002
Page 2

This matter involves the claim by EMCOR that INA improperly allocated products liability/completed operations claims to the general liability policies. You have informed us that the $3 million aggregate limit under each of the products liability/completed operations policies has not as of yet been exhausted. Therefore, by improperly allocating products liability/completed operations claims to the general liability policies, the aggregate limits under the general liability policies were prematurely exhausted.

The premature exhaustion of the general liability aggregate limits resulted in EMCOR receiving less total insurance recoveries from INA than it would have if claims were allocated to the proper policies. As stated above our opinion is this amount is between $3,138,509 and $3,238,584.

Our analysis indicates these payments would have been made during the period of time from November, 1997 to June 2000. We calculated accumulated interest on these amounts using a 10.0% per annum rate of interest. The rate of interest was suggested by you in consideration of prejudgment interest rates used under Connecticut statute.

*Analysis*

We analyzed separately each of the three policies involved in this matter. The methodology for analyzing the October 1, 1992 policy differed from that for the October 1, 1993 and 1994 policies due to the different definitions of aggregate limits among the policies.

## October 1, 1992-1993 Policy

You have informed us that according to INA this policy exhausted on or about June 9, 1998. We were also provided with a list of policy year 1992/1993 products liability/completed operations claims that according to the allegations of the second amended complaint have been improperly classified as general liability claims. Based on EMCOR's records indemnity paid on these claims was $583,892.

Had these claims been properly classified as products liability/completed operations, the general liability policy would not have exhausted on June 9, 1998. Rather, it would have exhausted at the point in time after June 9, 1998 when an additional $583,892 in indemnity costs had been paid. As shown on Exhibit 2.3 we estimate this would have been approximately February 19, 2000.

This is determined by looking at Exhibit 2.3, column (3) which shows the cumulative amount of general liability indemnity costs paid directly by EMCOR beginning June 9, 1998. As of January 31, 2000, $511,423 in indemnity had been paid. As of February 29, 2000, $621,423 had been paid. We used straight line interpolation to determine that $583,892 would have been paid on or about February 19, 2000.

Since this policy also paid unlimited defense costs (ALAE) we determined the amount of ALAE that would have been paid under this policy had claims been properly classified. Between June 9, 1998 and February 19, 2000 EMCOR paid an estimated $842,482 in ALAE that would have been paid by INA had the aggregate not been prematurely exhausted. Total amounts for indemnity and ALAE paid by EMCOR that would have been paid by INA are therefore $1,426,374.

Jeffrey J. Vita, Esq.
September 25, 2002
Page 3

We calculated an interest adjustment on the payments made by EMCOR that would have been paid by INA. We used a 10.0% annual rate of interest. Total interest for this policy as shown on Exhibit 1.2 is $575,899 producing total damages in the amount of $2,002,273.

**The 'Kemp' Claim**

You have also asked us to calculate the additional damages due EMCOR as a result of the settlement by INA of the Kemp v. Monogahela Power Co., et.al. claim. This claim occurred during the period covered by the October 1, 1992-1993 INA policy issued to EMCOR. It is our understanding this claim was settled by INA on March 6, 1998 for the amount of $469,398 in indemnity.

You have provided us with information that this claim was settled by INA without the consent of its insured, EMCOR. This information indicates that EMCOR's defense counsel believed the claim was settled for an amount higher than necessary and that the claim should have been settled for no more than $350,000 to $400,000 in indemnity.

We calculated the additional damages due EMCOR under two different assumptions; that the 'Kemp' claim was settled for $350,000 and that it was settled for $400,000. Under either of these assumptions, there would have been additional aggregate limits available to EMCOR under the October 1, 1992-1993 policy.

If the 'Kemp' claim had been settled for $350,000 instead of the actual amount of $469,398 there would have been an additional $119,368 in aggregate limit available to EMCOR prior to exhaustion of the general liability policy aggregate limit. If the 'Kemp' claim had been settled for $400,000 there would have been an additional $69,368 in aggregate limit available prior to the general liability policy limit exhaustion. In addition to these amounts for indemnity there would have been also been the associated amounts of defense cost coverage available to EMCOR as described above for the misclassified claims.

Exhibits 2.1 and 2.2 display the damages due EMCOR as a result of the misclassified claims and the 'Kemp' claim. Exhibit 2.1 displays the calculation under the assumption the Kemp claim had been settled for $400,000. Under this assumption the October 1, 1992-1993 policy would have exhausted on or about June 8, 2000. Total amounts that would have been paid by INA for indemnity and defense costs under this scenario would have been $1,713,215. Interest on this amount accumulated through August 31, 2002 is $650,329 producing total damages for the October 1, 1992-1993 policy in the amount of $2,363,544. As shown on Exhibit 1.1 total damages for all three policy years with the Kemp claim settled at $400,000, including interest, are $4,427,429.

Exhibit 2.2 displays the calculation under the assumption the Kemp claim had been settled for $350,000. Under this assumption the policy would have exhausted on or about June 20, 2000. Total amounts that would have been paid by INA for indemnity and defense costs would have been $1,813,290. Interest accumulated through August 31, 2002 is $674,357 producing total damages for the October 1, 1992-1993 policy in the amount of $2,487,647. As shown on Exhibit 1.1 total damages for all three policy years with the Kemp claim settled at $350,000, including interest, are $4,551,532.

Jeffrey J. Vita, Esq.
September 25, 2002
Page 4

### October 1, 1993-1994 Policy

You have informed us that according to INA this policy exhausted on or about November 3, 1997. According to EMCOR's records combined indemnity and defense costs for products liability/completed operations claims improperly classified as general liability claims are $579,068.

Based on information provided to us by you EMCOR has directly paid more than $5 million in combined indemnity and defense costs for this policy year subsequent to the November 3, 1997 exhaustion. Because indemnity and defense costs both serve to exhaust the aggregate limit of this policy, INA would have paid an additional total of $579,068 under this policy had claims been properly classified.

Exhibit 3 shows our analysis of the damages under this policy. We estimate the additional $579,068 would have been paid by approximately July 20, 1998. This was determined by interpolating the total cumulative amounts paid shown in column (7).

Total interest accrued on the amounts paid by EMCOR that would have been paid by INA is $317,439. As shown on Exhibits 1.1 and 1.2 this produces total damages in the amount of $896,507.

### October 1, 1994-1995 Policy

The analysis of this policy is the same as the 1993/1994 policy. According to INA this policy exhausted on or about November 16, 1998. According to EMCOR's records combined indemnity and defense costs for products liability/completed operations claims improperly classified as general liability claims are $846,226.

Based on information provided to us by you, EMCOR has directly paid more than $4 million in combined indemnity and defense costs for this policy year subsequent to the November 16, 1998 exhaustion. Because indemnity and defense costs both serve to exhaust the aggregate limit of this policy, INA would have paid an additional total of $846,226 under this policy had claims been properly classified.

Exhibit 4 shows our analysis of the damages under this policy. We estimate the additional $846,226 would have been paid by approximately August 21, 1999. This was determined by interpolating the total cumulative amounts paid shown in column (7).

Total interest accrued on the amounts paid by EMCOR that would have been paid by INA is $321,152. As shown on Exhibits 1.1 and 1.2 this produces total damages for this policy in the amount of $1,167,378.

Sincerely,

Mark J. Sobel, FCAS, MAAA
Managing Principal

EMCOR GROUP, INC. v. INA

[  AGE ANALYSIS
SUMMARY OF RESULTS

Exhibit 1.1

INCLUDING 'KEMP' CLAIM

**Kemp At $400,000**

| Policy Year (1) | Indemnity Plus ALAE (2) | Interest To 8/31/2002 (3) | Total Damages (4)=(2)+(3) |
|---|---|---|---|
| 10/1/92-93 | $1,713,215 | $650,329 | $2,363,544 |
| 10/1/93-94 | $579,068 | $317,439 | $896,507 |
| 10/1/94-95 | $846,226 | $321,152 | $1,167,378 |
| TOTAL | $3,138,509 | $1,288,920 | $4,427,429 |

**Kemp At $350,000**

| Policy Year (1) | Indemnity Plus ALAE (2) | Interest To 8/31/2002 (3) | Total Damages (4)=(2)+(3) |
|---|---|---|---|
| 10/1/92-93 | $1,813,290 | $674,357 | $2,487,647 |
| 10/1/93-94 | $579,068 | $317,439 | $896,507 |
| 10/1/94-95 | $846,226 | $321,152 | $1,167,378 |
| TOTAL | $3,238,584 | $1,312,948 | $4,551,532 |

EMCOR GROUP, INC. v. INA

 ‎AGE ANALYSIS
 ‎MARY OF RESULTS

EXCLUDING 'KEMP' CLAIM

Exhibit 1.2

| Policy Year (1) | Indemnity Plus ALAE (2) | Interest To 8/31/2002 (3) | Total Damages (4)=(2)+(3) |
|---|---|---|---|
| 10/1/92-93 | $1,426,374 | $575,899 | $2,002,273 |
| 10/1/93-94 | $579,068 | $317,439 | $896,507 |
| 10/1/94-95 | $846,226 | $321,152 | $1,167,378 |
| TOTAL | $2,851,668 | $1,214,490 | $4,066,158 |

Exhibit 2.1

MCOR GROUP, INC. v. INA

GE ANALYSIS
OL.CY YEAR OCTOBER 1, 1992-1993
ENERAL LIABILITY CLAIMS PAID BY EMCOR

CLUDING 'KEMP' CLAIM AT $400,000

| Month Ending (1) | Indemnity Paid During Month (2) | Indemnity Paid Cumulative (3) | ALAE Paid During Month (4) | ALAE Paid Cumulative (5) | Total Paid During Month (6) | Total Paid Cumulative (7) | Cumulative Interest To 8/31/2002 (8) |
|---|---|---|---|---|---|---|---|
| 6/30/1998 | 207,423 | 207,423 | 25,038 | 25,038 | 232,461 | 232,461 | 116,556 |
| 7/31/1998 | 0 | 207,423 | 20,676 | 45,714 | 20,676 | 253,137 | 126,677 |
| 8/31/1998 | 0 | 207,423 | -30,518 | 15,196 | -30,518 | 222,619 | 112,099 |
| 9/30/1998 | 130,000 | 337,423 | 20,496 | 35,692 | 150,496 | 373,115 | 182,230 |
| 10/31/1998 | 130,000 | 467,423 | 10,586 | 46,278 | 140,586 | 513,701 | 246,112 |
| 11/30/1998 | -130,000 | 337,423 | 8,251 | 54,529 | -121,749 | 391,952 | 192,189 |
| 12/31/1998 | 90,000 | 427,423 | 154,120 | 208,649 | 244,120 | 636,072 | 297,502 |
| 1/31/1999 | 50,000 | 477,423 | 117,513 | 326,162 | 167,513 | 803,585 | 367,857 |
| 2/28/1999 | 0 | 477,423 | 38,636 | 364,798 | 38,636 | 842,221 | 383,648 |
| 3/31/1999 | -90,000 | 387,423 | 53,341 | 418,139 | -36,659 | 805,562 | 369,076 |
| 4/30/1999 | 45,000 | 432,423 | 26,491 | 444,630 | 71,491 | 877,053 | 396,700 |
| 5/31/1999 | 0 | 432,423 | 67,474 | 512,104 | 67,474 | 944,527 | 422,030 |
| 6/30/1999 | 0 | 432,423 | 63,411 | 575,515 | 63,411 | 1,007,938 | 445,143 |
| 7/31/1999 | 0 | 432,423 | 28,084 | 603,599 | 28,084 | 1,036,022 | 455,076 |
| ?1/1999 | 0 | 432,423 | 75,382 | 678,981 | 75,382 | 1,111,404 | 480,932 |
| ,0/1999 | 0 | 432,423 | 23,585 | 702,566 | 23,585 | 1,134,989 | 488,769 |
| 0/31/1999 | 0 | 432,423 | 29,737 | 732,303 | 29,737 | 1,164,726 | 498,335 |
| 1/30/1999 | 11,500 | 443,923 | 58,192 | 790,495 | 69,692 | 1,234,418 | 520,023 |
| 2/31/1999 | 67,500 | 511,423 | 26,379 | 816,874 | 93,879 | 1,328,297 | 548,262 |
| 1/31/2000 | 0 | 511,423 | 14,305 | 831,179 | 14,305 | 1,342,602 | 552,418 |
| 2/29/2000 | 110,000 | 621,423 | 17,157 | 848,336 | 127,157 | 1,469,759 | 588,060 |
| 3/31/2000 | 0 | 621,423 | 83,291 | 931,627 | 83,291 | 1,553,050 | 610,557 |
| 4/30/2000 | 0 | 621,423 | 35,180 | 966,807 | 35,180 | 1,588,230 | 619,704 |
| 5/31/2000 | 0 | 621,423 | 62,204 | 1,029,011 | 62,204 | 1,650,434 | 635,255 |
| 6/8/2000 | 31,367 | 652,790 | 31,414 | 1,060,425 | 62,781 | 1,713,215 | 650,329 |
| 6/30/2000 | 120,000 | 741,423 | 120,180 | 1,149,191 | 240,180 | 1,890,614 | |

9/25/2002 12:07 PM
1992 Policy-$400,000

Exhibit 2.2

MCOR GROUP, INC. v. INA

GE ANALYSIS
POLICY YEAR OCTOBER 1, 1992-1993
GENERAL LIABILITY CLAIMS PAID BY EMCOR

INCLUDING 'KEMP' CLAIM AT $350,000

| Month Ending (1) | Indemnity Paid During Month (2) | Indemnity Paid Cumulative (3) | ALAE Paid During Month (4) | ALAE Paid Cumulative (5) | Total Paid During Month (6) | Total Paid Cumulative (7) | Cumulative Interest To 8/31/2002 (8) |
|---|---|---|---|---|---|---|---|
| 6/30/1998 | 207,423 | 207,423 | 25,038 | 25,038 | 232,461 | 232,461 | 116,556 |
| 7/31/1998 | 0 | 207,423 | 20,676 | 45,714 | 20,676 | 253,137 | 126,677 |
| 8/31/1998 | 0 | 207,423 | -30,518 | 15,196 | -30,518 | 222,619 | 112,099 |
| 9/30/1998 | 130,000 | 337,423 | 20,496 | 35,692 | 150,496 | 373,115 | 182,230 |
| 10/31/1998 | 130,000 | 467,423 | 10,586 | 46,278 | 140,586 | 513,701 | 246,112 |
| 11/30/1998 | -130,000 | 337,423 | 8,251 | 54,529 | -121,749 | 391,952 | 192,189 |
| 12/31/1998 | 90,000 | 427,423 | 154,120 | 208,649 | 244,120 | 636,072 | 297,502 |
| 1/31/1999 | 50,000 | 477,423 | 117,513 | 326,162 | 167,513 | 803,585 | 367,857 |
| 2/28/1999 | 0 | 477,423 | 38,636 | 364,798 | 38,636 | 842,221 | 383,648 |
| 3/31/1999 | -90,000 | 387,423 | 53,341 | 418,139 | -36,659 | 805,562 | 369,076 |
| 4/30/1999 | 45,000 | 432,423 | 26,491 | 444,630 | 71,491 | 877,053 | 396,700 |
| 5/31/1999 | 0 | 432,423 | 67,474 | 512,104 | 67,474 | 944,527 | 422,030 |
| 6/30/1999 | 0 | 432,423 | 63,411 | 575,515 | 63,411 | 1,007,938 | 445,143 |
| 7/31/1999 | 0 | 432,423 | 28,084 | 603,599 | 28,084 | 1,036,022 | 455,076 |
| 8/31/1999 | 0 | 432,423 | 75,382 | 678,981 | 75,382 | 1,111,404 | 480,932 |
| 9/30/1999 | 0 | 432,423 | 23,585 | 702,566 | 23,585 | 1,134,989 | 488,769 |
| 10/31/1999 | 0 | 432,423 | 29,737 | 732,303 | 29,737 | 1,164,726 | 498,335 |
| 11/30/1999 | 11,500 | 443,923 | 58,192 | 790,495 | 69,692 | 1,234,418 | 520,023 |
| 12/31/1999 | 67,500 | 511,423 | 26,379 | 816,874 | 93,879 | 1,328,297 | 548,262 |
| 1/31/2000 | 0 | 511,423 | 14,305 | 831,179 | 14,305 | 1,342,602 | 552,418 |
| 2/29/2000 | 110,000 | 621,423 | 17,157 | 848,336 | 127,157 | 1,469,759 | 588,060 |
| 3/31/2000 | 0 | 621,423 | 83,291 | 931,627 | 83,291 | 1,553,050 | 610,557 |
| 4/30/2000 | 0 | 621,423 | 35,180 | 966,807 | 35,180 | 1,588,230 | 619,704 |
| 5/31/2000 | 0 | 621,423 | 62,204 | 1,029,011 | 62,204 | 1,650,434 | 635,255 |
| 6/20/2000 | 81,367 | 702,790 | 81,489 | 1,110,500 | 162,856 | 1,813,290 | 674,357 |
| 6/30/2000 | 120,000 | 741,423 | 120,180 | 1,149,191 | 240,180 | 1,890,614 | |

EMCOR GROUP, INC. v. INA

Exhibit 2.3

AGE ANALYSIS
POLICY YEAR OCTOBER 1, 1992-1993
GENERAL LIABILITY CLAIMS PAID BY EMCOR

EXCLUDING 'KEMP' CLAIM

| Month Ending (1) | Indemnity Paid During Month (2) | Indemnity Paid Cumulative (3) | ALAE Paid During Month (4) | ALAE Paid Cumulative (5) | Total Paid During Month (6) | Total Paid Cumulative (7) | Cumulative Interest To 8/31/2002 (8) |
|---|---|---|---|---|---|---|---|
| 6/30/1998 | 207,423 | 207,423 | 25,038 | 25,038 | 232,461 | 232,461 | 116,556 |
| 7/31/1998 | 0 | 207,423 | 20,676 | 45,714 | 20,676 | 253,137 | 126,677 |
| 8/31/1998 | 0 | 207,423 | -30,518 | 15,196 | -30,518 | 222,619 | 112,099 |
| 9/30/1998 | 130,000 | 337,423 | 20,496 | 35,692 | 150,496 | 373,115 | 182,230 |
| 10/31/1998 | 130,000 | 467,423 | 10,586 | 46,278 | 140,586 | 513,701 | 246,112 |
| 11/30/1998 | -130,000 | 337,423 | 8,251 | 54,529 | -121,749 | 391,952 | 192,189 |
| 12/31/1998 | 90,000 | 427,423 | 154,120 | 208,649 | 244,120 | 636,072 | 297,502 |
| 1/31/1999 | 50,000 | 477,423 | 117,513 | 326,162 | 167,513 | 803,585 | 367,857 |
| 2/28/1999 | 0 | 477,423 | 38,636 | 364,798 | 38,636 | 842,221 | 383,648 |
| 3/31/1999 | -90,000 | 387,423 | 53,341 | 418,139 | -36,659 | 805,562 | 369,076 |
| 4/30/1999 | 45,000 | 432,423 | 26,491 | 444,630 | 71,491 | 877,053 | 396,700 |
| 5/31/1999 | 0 | 432,423 | 67,474 | 512,104 | 67,474 | 944,527 | 422,030 |
| 6/30/1999 | 0 | 432,423 | 63,411 | 575,515 | 63,411 | 1,007,938 | 445,143 |
| 7/31/1999 | 0 | 432,423 | 28,084 | 603,599 | 28,084 | 1,036,022 | 455,076 |
| 8/31/1999 | 0 | 432,423 | 75,382 | 678,981 | 75,382 | 1,111,404 | 480,932 |
| 9/30/1999 | 0 | 432,423 | 23,585 | 702,566 | 23,585 | 1,134,989 | 488,769 |
| 10/31/1999 | 0 | 432,423 | 29,737 | 732,303 | 29,737 | 1,164,726 | 498,335 |
| 11/30/1999 | 11,500 | 443,923 | 58,192 | 790,495 | 69,692 | 1,234,418 | 520,023 |
| 12/31/1999 | 67,500 | 511,423 | 26,379 | 816,874 | 93,879 | 1,328,297 | 548,262 |
| 1/31/2000 | 0 | 511,423 | 14,305 | 831,179 | 14,305 | 1,342,602 | 552,418 |
| 2/19/2000 | 72,469 | 583,892 | 11,303 | 842,482 | 83,772 | 1,426,374 | 575,899 |
| 2/29/2000 | 110,000 | 621,423 | 17,157 | 848,336 | 127,157 | 1,469,759 | |

9/25/2002 12:07 PM
1992 Policy

Exhibit 3

MCOR GROUP, INC. v. INA

GE ANALYSIS
POLICY YEAR OCTOBER 1, 1993-1994
GENERAL LIABILITY CLAIMS PAID BY EMCOR

| Month Ending (1) | Indemnity Paid During Month (2) | Indemnity Paid Cumulative (3) | ALAE Paid During Month (4) | ALAE Paid Cumulative (5) | Total Paid During Month (6) | Total Paid Cumulative (7) | Cumulative Interest To 8/31/2002 (8) |
|---|---|---|---|---|---|---|---|
| 11/30/1997 | 0 | 0 | 77,868 | 77,868 | 77,868 | 77,868 | 45,747 |
| 12/31/1997 | 0 | 0 | 40,164 | 118,032 | 40,164 | 118,032 | 68,837 |
| 1/31/1998 | 0 | 0 | 16,592 | 134,624 | 16,592 | 134,624 | 78,168 |
| 2/28/1998 | 251,250 | 251,250 | 56,717 | 191,341 | 307,967 | 442,591 | 247,550 |
| 3/31/1998 | 0 | 251,250 | 14,211 | 205,552 | 14,211 | 456,802 | 255,191 |
| 4/30/1998 | 15,000 | 266,250 | 16,888 | 222,440 | 31,888 | 488,690 | 271,948 |
| 5/31/1998 | 10,000 | 276,250 | 36,138 | 258,578 | 46,138 | 534,828 | 295,635 |
| 6/30/1998 | 6,000 | 282,250 | 6,517 | 265,095 | 12,517 | 547,345 | 301,911 |
| 7/20/1998 | 0 | 282,250 | 31,723 | 296,818 | 31,723 | 579,068 | 317,439 |
| 7/31/1998 | 0 | 282,250 | 49,622 | 346,717 | 49,622 | 596,967 | |

EMCOR GROUP, INC. v. INA    Exhibit 4

D/   GE ANALYSIS
PC   _Y YEAR OCTOBER 1, 1994-1995
GENERAL LIABILITY CLAIMS PAID BY EMCOR

| Month Ending (1) | Indemnity Paid During Month (2) | Indemnity Paid Cumulative (3) | ALAE Paid During Month (4) | ALAE Paid Cumulative (5) | Total Paid During Month (6) | Total Paid Cumulative (7) | Cumulative Interest To 8/31/2002 (8) |
|---|---|---|---|---|---|---|---|
| 11/30/1998 | 3,000 | 3,000 | | | | | |
| 12/31/1998 | 0 | 3,000 | 12,208 | 12,208 | 15,208 | 15,208 | 6,736 |
| 1/31/1999 | 0 | 3,000 | 126,353 | 138,561 | 126,353 | 141,561 | 61,245 |
| 2/28/1999 | 0 | 3,000 | 39,451 | 178,012 | 39,451 | 181,012 | 77,814 |
| 3/31/1999 | 21,500 | 24,500 | 65,720 | 243,732 | 65,720 | 246,732 | 104,674 |
| 4/30/1999 | 38,000 | 62,500 | 53,636 | 297,368 | 75,136 | 321,868 | 134,541 |
| 5/31/1999 | 0 | 62,500 | 48,491 | 345,859 | 86,491 | 408,359 | 167,961 |
| 6/30/1999 | 0 | 62,500 | 49,803 | 395,662 | 49,803 | 458,162 | 186,657 |
| 7/31/1999 | 0 | 62,500 | 42,184 | 437,846 | 42,184 | 500,346 | 202,033 |
| 8/21/1999 | 274,620 | 337,120 | 45,012 | 482,858 | 45,012 | 545,358 | 217,954 |
| 8/31/1999 | 415,000 | 477,500 | 26,248 | 509,106 | 300,868 | 846,226 | 321,152 |
| | | | 39,666 | 522,524 | 454,666 | 1,000,024 | |