Page 1

1        UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF CONNECTICUT
2
3                                                COPY
4
5     ------------------------------)
      EMCOR, INC.                    )
6              Plaintiff             ) Civil Action No.
      VS                             ) 3:00-CV-2211 (AVC)
7                                    )
      INSURANCE COMPANY OF NORTH AMERICA )
8              Defendant             )
      ------------------------------)
9
10
11
12
13          DEPOSITION OF:  DOUGLAS J. WILLIS
            DATE:  OCTOBER 23, 2003
14          HELD AT:  WIGGIN & DANA
                      CITYPLACE
15                    HARTFORD, CONNECTICUT
16
17
18
19
20
21
22
            Reporter: WENDY J. ALLEN, RPR, CRR, LSR #00221
23                 BRANDON SMITH REPORTING SERVICE
                          44 Capitol Avenue
24                        Hartford, CT 06106
                          Tel (860) 549-1850
25

Page 2

```
 1   APPEARANCES:
 2   REPRESENTING THE PLAINTIFF EMCOR GROUP, INC.:
 3   Saxe, Doernberger & Vita, P.C.
     1952 Whitney Avenue
 4   Hamden, Connecticut   06517
     By:  Jeffrey J. Vita, Esq.
 5
 6   REPRESENTING MARSH & McCLENNAN:
 7   Wiggin & Dana
     400 Atlantic Street
 8   Stamford, Connecticut   06911-0325
     By:  James H. Bicks, Esq.
 9
10   REPRESENTING INA:
11   Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
     150 East 42nd Street
12   New York, New York   10017
     By:  Richard S. Oelsner, Esq.
13
14   ALSO IN ATTENDANCE:
15   Susan Reinhard
16
17
18
19
20
21
22
23
24
25
```

```
 1   period right now prior to May 1999.
 2       A    In connection with this project, I didn't
 3   review any of their files.
 4              MR. BICKS:  And I take it you're not
 5   limiting your answer to prior to May of 1999?
 6              THE WITNESS:  Correct.
 7              MR. OELSNER:  Okay.  That avoided my
 8   question.
 9              MR. BICKS:  To expedite things.
10   BY MR. OELSNER:
11       Q    Prior to May 1999, did you ask London Fischer
12   to provide its opinion whether a particular claim was
13   properly coded as a general liability claim?
14       A    I don't recall specifically.  London & Fisher
15   certainly was probably aware of the dispute and the
16   reason we were asking for this information, but I don't
17   remember if I asked them what their opinion was as to
18   how these claims should be treated as general liability
19   versus products.
20       Q    Did you inform London Fischer about the
21   dispute between INA, ESIS and EMCOR as to whether the
22   claims were properly coded or not?
23              MR. VITA:  Time frame?
24              MR. OELSNER:  Any time.  He already said
25   that he doesn't think he communicated with London
```

1  whether a particular claim should be general liability
2  or completed operations claim?
3      A   Again, I looked at the facts of the claim and
4  rendered an opinion based on how it fit the policy.
5      Q   What facts were important to you on a
6  particular claim to determine by you whether the claim
7  should be completed operations or general liability?
8      A   Well, the biggest fact would have been whether
9  the EMCOR subsidiary, whether it be Welsbach Electric or
10 Forest Electric, whether they had completed their
11 operation, and whether the work they had performed had
12 been put to its intended use.
13     Q   Anything else?
14     A   Again, primarily we were considering or
15 concerned with whether or not the EMCOR subsidiary had
16 left the job site, or I think there were a few claims
17 that where EMCOR had brought materials to a site and
18 whether those would have been considered their product
19 as that term is defined, but we were focusing, or I was
20 focusing primarily on whether the operation was
21 completed.
22     Q   In your determination whether the operation
23 was completed or the work was put towards its intended
24 use, what did you look at, what documents, what did you
25 look at?

Page 54

1   A   If it was a lawsuit, the complaint, the facts
2  of the claim as spelled out in the ESIS claim files, the
3  notes on the adjustors, the adjustor's notes were on a
4  computer screen, and whatever contents were in the ESIS
5  files, could be police reports, you know, whether the
6  subcontractor completed any sort of an incident report,
7  that kind of material.
8   Q   Who provided you the ESIS file or the ESIS
9  notes?
10  A   I think we made our initial request to ESIS
11  through a guy named Carl Sincotta. He wasn't really
12  involved, it was more Ann Marie Marson was the head of
13  the claims office down near Philadelphia, I forget the
14  town, Voorhees, New Jersey, and one of the supervisors
15  was a Jackie Montefusco, they were very helpful and very
16  willing to let us look at the files.
17  Q   Was there ever a time, other than for
18  scheduling reasons, that ESIS refused to provide files,
19  information, or documents that you requested?
20  A   Not to my knowledge, no.
21  Q   And during the re-coding project, I mean you
22  did meet with the ESIS personnel?
23         MR. VITA:  Objection to the form of the
24  question.
25         THE WITNESS:  Yes.

Page 61

1    A    Yes.

2    Q    And what categories of information were
3    contained on those loss runs?

4    A    You have the claimant's name, typically date
5    of loss, brief description, financials.

6    Q    Financials meaning?

7    A    Paid, incurred. It may have even broken out
8    the amount for expense paid.

9    Q    Were those loss runs made available to you?

10   A    Assuming this was prior to November 1997, I
11   think it was, those are the loss runs that we used to
12   select the claims that we thought were questionable.

13        Can I clarify something?

14   Q    Sure.

15   A    I don't know specifically when those loss runs
16   were run, but it contained data for those policy years
17   that you talked about. So they may have been runs
18   subsequent to November '97, I'm not sure.

19   Q    Apart from the re-coding project, and prior to
20   1997, did EMCOR, if you know, review the evidence or the
21   allegations with respect to open claims?

22   A    I don't know.

23   Q    Did Marsh prior to 1997 conduct claim reviews?

24        MR. VITA: Do you mean Marsh or Mr.
25   Willis personally?

Page 64

1   whether a particular claim was a general liability or
2   completed operations claim?
3       A    Yes.  Yes.
4       Q    Would the loss report indicate whether the
5   claim was general liability or completed operations
6   claim, or something else?
7       A    Yes.  As I recall, there was a code on there
8   that would have brought to our attention whether it was
9   coded as a general liability or a completed operations,
10  and that's how we selected the claims we wanted to look
11  at.
12      Q    And did that code exist, to your knowledge, on
13  any loss report generated prior to November 1997?
14      A    I don't know.
15      Q    Do you know if EMCOR had a system by which it
16  tracked the depletion of the aggregate limits on the
17  three INA policies?
18      A    If they had a system to track it?
19      Q    Yes.
20      A    I don't know.
21      Q    Do you know whether the loss reports generated
22  you think by GAB were made available to EMCOR?
23      A    My understanding is that they got them
24  regularly.
25      Q    And do you know when EMCOR or its subsidiaries