1        IN THE UNITED STATES DISTRICT COURT
             DISTRICT OF CONNECTICUT
2          Civil Action No. 3:00-CV-2211

3    ------------------------------
     EMCOR GROUP, INC.
4
     vs.                                    **ORIGINAL**
5
     INSURANCE COMPANY OF NORTH
6    AMERICA
     ------------------------------
7

8

9

10

11
             VIDEO DEPOSITION OF ANN MARIE MARSON
12

13

14
                    March 1st, 2004
15

16                Richmond, Virginia

17

18

19

20

21
              HALASZ REPORTING & VIDEO
22                  P.O. Box 1644
            Richmond, Virginia 23218-1644
23                (804) 741-5215

24

25

HALASZ REPORTING

1        Video deposition of ANN MARIE MARSON taken
2   by and before Keith Williamson, RPR, Notary Public
3   in and for the Commonwealth of Virginia at large,
4   pursuant to the Federal Rules of Civil Procedure,
5   and by notice and agreement to take depositions,
6   commencing at the law offices of Sands, Anderson,
7   Marks & Miller, 801 East Main Street, Richmond,
8   Virginia.
9
10  Appearances:
11  Jeffrey J. Vita, Esquire
    Saxe, Doernberger & Vita
12  1952 Whitney Avenue
    Hamden, CT 06517
13  Attorney, of counsel for plaintiff

14  Richard Oelsner, Esquire
    Wilson, Elser, Moskowitz, Edelman & Dicker
15  3 Gannett Drive
    White Plains, NY 10604
16  Attorney, of counsel for defendant

17  Philip T. Newbury, Jr., Esquire
    Howd & Ludorf
18  65 Wethersfield Avenue
    Hartford, CT 06114-1190
19  Attorney, of counsel for deponent

20  Also Present:
    Susan Reinhard, EMCOR Group
21  George Halasz, Videographer
22
23
24
25

 1    Q   Now, looking at Plaintiff's Exhibit 166,
 2  it identifies you as an employee of ESIS; is
 3  that correct?
 4    A   No, it identifies me as claims vice
 5  president of the ESIS claims facility.
 6    Q   And what does that mean?
 7    A   That's in my capacity. On the EMCOR
 8  account that's what my function was.
 9    Q   During your work on the EMCOR account, did
10  you send out some correspondence on the CIGNA
11  letterhead?
12    A   Always on ESIS letterhead during the time
13  that I was dealing with my ESIS team I was
14  acting on behalf of ESIS.
15    Q   Did you maintain two business cards at the
16  time, one for ESIS and one for CIGNA?
17    A   Yes, one for INA and one for ESIS.
18    Q   And when would you determine which one to
19  hand out?
20    A   If I was dealing with an ESIS account or
21  an ESIS matter, then it would be ESIS. If I was
22  dealing with an INA issue, then it would be INA.
23    Q   And did you have CIGNA letterhead as well
24  as ESIS letterhead that you used during this
25  time period?

1   A   Yes.
2   Q   And it would be the same reasoning, if you
3   were dealing with an ESIS account you would use
4   ESIS letterhead and if you were dealing an INA
5   issue you would use the INA letterhead?
6   A   Yes.
7   Q   Did you have an e-mail address, and I'm
8   talking business e-mail address, during this
9   time period?
10  A   Yes.
11  Q   And what was it?
12  A   I think it was -- I had two. One was, I
13  think it was Ann Marie.Marson. I think I had
14  three. At this time period, 1998, it would have
15  been -- actually did I have an e-mail address at
16  this time. Yeah. Honestly, I don't remember
17  what it said. I think it was Ann Marie.Marson
18  at ESIS. I don't remember what my other one
19  was.
20  Q   Why did you have more than one?
21  A   Because I was doing ESIS work and I was
22  doing INA work.
23  Q   What entity issued the checks when you
24  received payment for your services?
25  A   I'm sorry, which type of checks?

1     Q    When you received your paycheck, what
2  entity was on the face of your paycheck?
3     A    INA, Insurance Company of North America.
4     Q    And was that consistent during the whole
5  time that you worked for INA?
6     A    Up to 1999.
7     Q    And then what did your paycheck refer to?
8     A    I believe it was Ace American.
9     Q    Do you know if Ms. Reinhard ever expressed
10 frustration to you in dealing with you in your
11 dual capacities on behalf of both ESIS and INA?
12    A    No.
13    Q    Did she ever express displeasure that you
14 in your ESIS function were taking direction from
15 INA as opposed to being a true TPA for the
16 account?
17         MR. OELSNER:  Objection.
18    A    I was never taking direction from INA.
19    Q    That wasn't the question.
20         MR. VITA:  Please read it back.
21
22      (The record was read as requested.)
23
24    A    That's a two part question.
25         MR. OELSNER:  Yes, and note my