```
 1
 2   IN THE UNITED STATES DISTRICT COURT  ORIGINAL
     FOR THE DISTRICT OF CONNECTICUT
 3   -------------------------------x
     EMCOR GROUP, INC.,
 4
              Plaintiff,
 5                                    Civil Action No.
           -against-                  Docket: 3:00-CV-2211
 6                                                  (AVC)
 7   INSURANCE COMPANY OF
     NORTH AMERICA,
 8
              Defendant.
 9   -------------------------------x
                          September 17, 2003
10                        9:09 a.m.
11
12
13
14
15         DEPOSITION of VIRGINIA LLOYD, taken
16   by the Plaintiff, pursuant to Notice, at the law
17   offices of Wilson, Elser, Moskowitz, Edelman &
18   Dicker, LLP, 150 East 42nd Street, New York, New
19   York before Karen Perlman, a Shorthand Reporter
20   and Notary Public within and for the State of New
21   York.
22
23
24
25
```

```
 1
 2
 3   A P P E A R A N C E S :
 4   SAXE, DOERNBERGER & VITA, P.C.
          Attorneys for Plaintiff
 5            1952 Whitney Avenue
              Hamden, Connecticut 06517
 6
     BY:  JEFFREY J. VITA, ESQ.
 7        HEIDI H. ZAPP, ESQ.
 8
 9   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
          Attorneys for Defendant
10            150 East 42nd Street
              New York, New York 10017
11
     BY:  STEPHEN M. MARCELLINO, ESQ.
12
13
     ALSO PRESENT:
14
          Susan Reinhard
15
16
17
18
19
20
21
22
23
24
25
```

```
                              VIRGINIA LLOYD
11:44:49   2      that ESIS did the coding.
11:44:50   3              THE WITNESS:  Right.
11:44:52   4          A.    As far as I know, Mr. Luhman never
11:44:54   5      reviewed any INA files.
11:45:02   6          Q.    Then we're back to then why did you
11:45:03   7      care?
11:45:04   8          A.    Because it was an important account
11:45:05   9      that was coming to us, it was insurance
11:45:08  10      ramifications, they were questioning these, we
11:45:10  11      sat down and we met with them.
11:45:11  12          Q.    That is precisely my point.  You
 1:45:13  13      said that if ESIS did the coding.  What financial
11:45:19  14      consequence would there be to INA?
11:45:23  15          A.    Because if -- if a claim is paid
11:45:26  16      under a deductible, that still has an impact to
11:45:28  17      the policy.
11:45:29  18          Q.    In what way?
11:45:32  19          A.    By under the coverages of the
11:45:34  20      policy.
11:45:36  21          Q.    Wouldn't INA want to make sure that
11:45:38  22      the coverage under the policy were exhausted
11:45:42  23      properly?
11:45:43  24          A.    Yes.
11:45:43  25          Q.    Wasn't Mr. Anspach there to make
```

|          |    |                                                                  |
|----------|----|------------------------------------------------------------------|
|          | 1  | VIRGINIA LLOYD                                                   |
| 11:45:46 | 2  | sure that the aggregate limits were exhausted                    |
| 11:45:49 | 3  | properly?                                                        |
| 11:45:49 | 4  | A.   Mr. Anspach kept track of the                               |
| 11:45:53 | 5  | aggregate limits from a financial standpoint.                    |
| 11:45:55 | 6  | Q.   Wasn't INA concerned that when they                         |
| 11:46:01 | 7  | exhausted an aggregate, that it be accurate?                     |
| 11:46:04 | 8  | A.   Absolutely, that is why INA hired                           |
| 11:46:07 | 9  | Mr. Luhman, that was agreed upon, that was                       |
| 11:46:11 | 10 | exactly why we did it, an independent third party                |
| 11:46:13 | 11 | who can come in and look at this.                                |
| 11:46:15 | 12 | Q.   Mr. Luhman, you believed at the                             |
| 11:46:17 | 13 | time, was an independent third party?                            |
| 11:46:19 | 14 | A.   Absolutely, everyone in that room                           |
| 11:46:21 | 15 | agreed and knew Mr. Luhman's history with the                    |
| 11:46:24 | 16 | company.                                                         |
| 11:46:24 | 17 | Q.   Right.  In this particular                                  |
| 11:46:54 | 18 | litigation, INA's expert, Al Bodi, B-o-d-i,                      |
| 11:46:59 | 19 | issued a report.                                                 |
| 11:47:00 | 20 | Did you have a chance to review that                             |
| 11:47:02 | 21 | report at any time?                                              |
| 11:47:03 | 22 | A.   I reviewed it with counsel.                                 |
| 11:47:06 | 23 | Q.   Do you recall that Mr. Bodi                                 |
| 11:47:08 | 24 | concluded of the claims in this litigation that                  |
| 11:47:10 | 25 | in his opinion, 15 were completed operations                     |