IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------X
EMCOR GROUP, INC.                               :       Civil Action No.
                                                                    Docket 3:00-CV-2211 (AVC)
                    Plaintiff,                           :
                                                                    Judge Alfred V. Covello
v.                                                           :

INSURANCE COMPANY OF                     :
NORTH AMERICA
                                                              :
                    Defendant.                        November 15, 2004
                                                              :
------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF MANUAL FILING

Please take notice that Plaintiff EMCOR Group, Inc. ("EMCOR") has manually filed the following document or thing:

> SUB-EXHIBITS TO EXHIBIT A IN SUPPORT OF EMCOR'S OPPOSITION TO INA'S MOTION FOR PARTIAL SUMMARY JUDGMENT
>
> SUB-EXHIBITS TO EXHIBIT C IN SUPPORT OF EMCOR'S OPPOSITION TO INA'S MOTION FOR PARTIAL SUMMARY JUDGMENT
>
> SUB-EXHIBITS TO EXHIBIT E, AFFIDAVIT OF SCOT PLACANICA

This document or thing has not been filed electronically because

[ ]    the document of thing cannot be converted to electronic format

[x]    the electronic file size of the documents exceeds 1.5 megabytes

[ ]    the document of thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[ ]    Plaintiff is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

THE PLAINTIFF,
EMCOR Group, Inc.

By: _____
Jeffrey J. Vita, Esq.
Fed. Bar No. ct08036
Heidi H. Zapp, Esq.
Fed. Bar No. ct24655
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
(203) 287-8890

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------X
EMCOR GROUP, INC.                   :    Civil Action No.
                                    :    Docket 3:00-CV-2211 (AVC)
        Plaintiff,                  :
                                    :    Judge Alfred V. Covello
v.                                  :
                                    :
INSURANCE COMPANY                   :
OF NORTH AMERICA                    :
                                    :
        Defendant,                  :
                                         December 6, 2004
------------------------------------------------X

## CERTIFICATION

This is to certify that the foregoing was mailed, postage prepaid, on this the 6th day of December, 2004 to the following:

Thomas Leghorn, Esq. (ct22106)
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10601
914-323-7000

Duncan B. Hume, Esq. (ct05581)
Hume & Associates
One Landmark Square
Stamford, CT 06901-2620
(203) 348-7252

Joseph B. Burns, Esq. (ct00403)
1 State Street
Hartford, CT 06103
(860) 549-1000

_____
Jeffrey J. Vita, Esq.