IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------------ x
EMCOR GROUP, INC., : Civil Action No.
                                         Docket 3:00-CV-2211 (AVC)
            Plaintiff, :

                                         Judge Alfred V. Covello

v. :
                                         December 6, 2004

INSURANCE COMPANY OF NORTH AMERICA. :

            Defendant. :

------------------------------------------------------------------ x

## INSURANCE COMPANY OF NORTH AMERICA'S
## CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant Insurance Company of North America ("INA") hereby cross-moves for partial summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

INA cross-moves for partial summary judgment with respect to (1) the claims listed in Exhibit "A" to the declaration of Thomas A. Leghorn, Esq. because the bodily injury or property damage did not "arise out of" EMCOR's work or EMCOR's work was still in progress at the time of the injury or property damage; (2) the claims listed in Exhibit "B" attached to the declaration of Thomas A. Leghorn because this Court lacks subject matter jurisdiction; and, (3) the claims listed in Exhibit "D" to the declaration of Thomas A. Leghorn because EMCOR did not obtain leave of court to add these claims to the Third Amended Complaint.

Accordingly, INA seeks summary judgment on the First Count of the Third Amended Complaint (Breach of Contract-Misclassification), the Fourth Count of the Third Amended Complaint (Bad Faith), the Fifth Count of the Third Amended Complaint (Breach of Fiduciary Duty) and the Sixth Count of the Third Amended Complaint (Declaratory Judgment) to the extent that these counts are based upon the claims included in the categories listed above.

820454.1

Dated: White Plains, New York
December 6, 2004

Respectfully submitted,

*Thomas Leghorn (CT #22106)*
Wilson, Elser, Moskowitz, Edelman
& Dicker, LLP.
Attorneys for Defendant
INSURANCE COMPANY
OF NORTH AMERICA
3 Gannett Drive
White Plains, New York  10604
Phone: (914) 323-7000
Fax: (914) 323-7001

*Co-counsel:*
Joseph Burns
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford CT 06103-3101

820454.1