UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------X

EMCOR GROUP, INC.                          Civil Action No. Docket
                 Plaintiff,      3:00 – CV – 2211
                              (AVC)

   v.

INSURANCE COMPANY OF NORTH                 Judge Alfred V. Covello
AMERICA,                                   December 6, 2004
                 Defendant.

-------------------------------------------------------------X

## <u>NOTICE OF MANUAL FILING</u>

Please take notice that INA has manually filed the following document or thing:

1.      Exhibit "A-1" is the Decision and Order of Judge Allan L. Winick, New York Supreme Court, Nassau County, dated November 13, 1995, granting Welsbach's motion to dismiss the complaint in <u>Barnett/Connolly v. Sikorsky</u>.

2.      Exhibit "A-2" is the Affidavit of Brandon Friederich, sworn to on February 7, 1996, in the action entitled, <u>Bernard v. The County of Nassau</u>.

3.      Exhibit "A-3" is the Affidavit of Brandon Friederich, sworn to on October 30, 1997, in the action entitled, <u>Feo v. The County of Nassau</u>.

4.      Exhibit "A-4" is the Reply Affidavit of Andrew Konopka, Esq., sworn to on July 21, 1997, in the action entitled, <u>Aschoff v. The City of New York</u>.

5.      Exhibit "A-5" is a Report from Daniel Zemann, Jr., of London Fisher attorneys for JWP Welsbach, dated December 7, 1994, regarding the action entitled, <u>Gartenberg v. Lyons Dodge</u>.

1

6.      Exhibit "A-6" is the Decision and Order of Judge Alfred D. Lerner, New York Supreme Court, Queens County, dated September 14, 1995, in the action entitled, <u>Glassman v. Dorfman</u>.

7.      Exhibit "A-7" is the Reply Affidavit of Robert L. Honig, sworn to on February 2, 1995, in the action entitled, <u>Griffith v. Aghabi</u>.

8.      Exhibit "A-8" is a Report from Richard S. Endres, Esq. of London Fischer, attorneys for the insured Welsbach, dated July 9, 1996, in the action entitled, <u>Freda v. Welsbach Corp</u>.

9.      Exhibit "A-9" is the Reply Affidavit of Daniel Zemann, sworn to on December 21, 1995, in the action entitled, <u>Hans v. Budin Contracting Corp</u>.

10.      Exhibit "A-10" is the Decision and Order of Judge Joseph F. Bruno, New York Supreme Court, Kings County, dated September 30, 2003, in the action entitled, <u>Kull v. Welsbach Electric Corp</u>.

11.      Exhibit "A-11" is the Decision and Order of Judge Thomas V. Polizzi, New York Supreme Court, Queens County, dated May 5, 1997, in the action entitled, <u>LaRosa v. Jenkins</u>.

12.      Exhibit "A-12" is the Decision and Order of Judge Harry H. Kutner, New York Supreme Court, Nassau County, dated March 29, 1996, in the action entitled, <u>Lux/Keanna v. The Board of Education of the City of New York</u>.

13.      Exhibit "A-13" is the Decision and Order of Sandra J. Feuerstein, New York Supreme Court, Nassau County, dated December 20, 1995, in the action entitled, <u>Mazzeo v. County of Nassau</u>.

2

820507.1

14.     Exhibit "A-14" is a Report from Richard Endres of London Fischer, attorneys for Welsbach, dated September 9, 1996, regarding the action entitled, <u>State Farm Mutual Auto. Ins. Co. a/s/o Robert Napolitano v. The City of New York</u>.

15.     Exhibit "A-15" is the Affidavit of Edward Stregar, sworn to on August 26, 1997, in the action entitled, <u>Pacombe v. The City of New York</u>.

16.     Exhibit "A-16" is the Affidavit of Richard S. Endres, sworn to on October 20, 1995, the Affidavit of Candace Carrabus, sworn to on August 31, 1995, and the Affidavit of Chris Lengyel, sworn to on August 31, 1995, in the action entitled, <u>Roth v. Welsh</u>.

17.     Exhibit "A-17" is a Report from Evan David Lieberman, from London Fisher attorneys for Welsbach, dated February 16, 1997 in the action entitled, <u>Thercier v. Pierre</u>.

18.     Exhibit "A-18" is the Affidavit of Edward Streger, Supervisor of Traffic Signal Maintenance for Welsbach, sworn to on May 20, 1996, and the Decision and Order of Judge Nathan L. Berke, New York Supreme Court, Queens County, dated September 24, 1996, in the action entitled, <u>Skulsky v. Welsbach Electric Corp</u>.

19.     Exhibit "A-19" is a Report from Daniel Zemann, Esq. of London Fischer, Welsbach's attorneys, dated January 9, 1998 and ESIS' reporting diary, entry dated October 27, 1997 and January 28, 1998 regarding the action entitled, <u>Jean-Baptiste v. The City of New York</u>.

20.     Exhibit "A-20" is the Affidavit of Edward Stregar, sworn to on May 26, 1995, in the action entitled, <u>Khatib v. Welsbach Electric Corp</u>.

820507.1

21.    Exhibit "A-21" is the Affidavit of Walter Dondero, sworn to on January 17, 2000, and an ESIS reporting diary, entry date February 21, 2000, regarding the action entitled, <u>Lopez v. Thrifty Car Rental</u>.

22.    Exhibit "A-22" is the Affidavit of Walter Dondero, sworn to in May 2000, in the action entitled, <u>Messina v. The City of New York</u>.

23.    Exhibit "A-23" is the Reply Affidavit of Stephanie L. Bross, Esq., sworn to on June 2, 2000 and the Reply Affidavit of Walter Dondero, sworn to on June 1, 2000 in the action entitled, <u>Pera v. The City of New York.</u>

24.    Exhibit "A-24" is a Report from John E. Sparling, Esq. of London Fischer, dated October 17, 1996, regarding the action entitled, <u>Polichetti v. The City of New York</u>.

25.    Exhibit "A-25" is a Report from Richard S. Endres of London Fischer, dated October 12, 2000, regarding the action entitled, <u>Saywack v. Scott</u>.

26.    Exhibit "A-26" is a Report from John J. Peplinski of London Fischer, dated June 26, 2000 regarding the action entitled, <u>Siag/Hadash v. The City of New York</u>.

27.    Exhibit "A-27" is an Affidavit of Walter Dondero, sworn to on February 16, 1999, in the action entitled, <u>Surrency v. The City of New York</u>.

28.    Exhibit "A-28" is a Memorandum of Law of Defendant Welsbach Electric Corp. in Support of its Motion for Summary Judgment, dated December 12, 2000, in the action entitled, <u>Tahal v. The City of New York</u>.

4

29.     Exhibit "A-29" is a Report from John E. Sparling, of London Fischer, attorneys for JWP Welsbach, dated January 10, 2002, regarding the action entitled, <u>Waldron v. The City of New York</u>.

30.     Exhibit "A-30" is the Affidavit of Edward Stregar, sworn to on September 1, 1996, in the action entitled, <u>Williams v. Emmanuel Brunot</u>.

31.     Exhibit "A-31" is a Letter from Sharon Irwin, Claims Representative of JWP Welsbach Electric Corp., dated February 28, 1994, regarding the claim entitled, <u>Clerge v. JWP Welsbach Electric Corp</u>.

32.     Exhibit "A-32" is an Affirmation of James E. Minniti, Esq., dated July 5, 2000, in the action entitled, <u>Pellot v. The City of New York.</u>

33.     Exhibit "B" is the list of claims submitted for coverage under the 1992-1993 policy for which EMCOR did not make loss payments or pay defense costs.

34.     Exhibit "C" is the list of claims submitted for coverage under the 1993-1994 and 1994-1995 policies.

35.     Exhibit "D" are the three claims, which EMCOR did not include, in its Third Amended Complaint due to its failure to seek leave to amend.

36.     Exhibit "E" is the Affidavit of Rona Taylor, sworn to on January 19, 2001, in the action entitled, <u>Universal Mechanical & Engineering Contractors, Inc. v. Insurance Company of North America</u>.

37.     Exhibit "F" is the Affidavit of Michael Kelly, sworn to on November 19, 1995, in the action entitled, <u>Insurance Company of North America v. JWP, Inc., Dynaelectric Company, et al.</u>

820507.1

38.     Exhibit "G" is INA's Notice of 30(b)(6) Deposition, dated October 16, 2003.

39.     Exhibit "H" is the deposition transcript of Rex Thrasher, dated June 4, 2003.

40.     Exhibit "I" is the deposition transcript of Susan Reinhard, dated February 3, 2004.

41.     Exhibit "J" is the deposition transcript of Susan Reinhard, dated February 12, 2004.

42.     Exhibit "K" is the deposition transcript of Susan Reinhard, dated February 23, 2004.

43.     Exhibit "L" is the "Loss Runs" as it regards the claims made against the 1993-1994

policy.

6

The document or thing has been manually served on all parties. This document has not been filed

electronically because

[ X ]    the document or thing cannot be converted to an electronic format
[ X ]    the electronic file size of the document exceeds 1.5 megabytes
[   ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or
         Local Rule of Criminal Procedure 57(b)
[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

    Dated:    White Plains, New York
              December 5, 2004

                          Respectfully submitted,

                          Thomas Leghorn (CT #22106)
                          Wilson, Elser, Moskowitz, Edelman
                          & Dicker, LLP.
                          DEFENDANT INSURANCE COMPANY
                          OF NORTH AMERICA
                          3 Gannett Drive
                          White Plains, New York  10604
                          Phone: (914) 323-7000
                          Fax: (914) 323-7001
                          E-mail: LeghornT@Wemed.com

                          *Co-counsel:*
                          Joseph Burns
                          Rome McGuigan Sabanosh, P.C.
                          One State Street
                          Hartford CT 06103-3101

7

820507.1