IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

--------------------------------------------------------------X
EMCOR GROUP, INC.                            :      Civil Action No.
                                             :      Docket 3:00-CV-2211
                                             :      (AVC)
             Plaintiff,                      :
                                             :      Judge Alfred V.
                                             :      Covello
v.                                           :
                                             :
INSURANCE COMPANY OF NORTH AMERICA           :
                                             :
             Defendant.                      :      December 14, 2004
--------------------------------------------------------------X

## PLAINTIFF'S MOTION FOR EXTENTION OF TIME TO RESPOND TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

Plaintiff EMCOR Group, Inc. ("EMCOR") moves for an extension of time to respond to defendant Insurance Company of North America's ("INA") Cross-Motion for Summary Judgment dated December 6, 2004. In support thereof, EMCOR represents as follows:

1. On October 15, 2004, this Court set forth a briefing schedule for the filing of dispositive motions as follows:

   a. Deadline to file dispositive motions: November 15, 2004.

   b. Deadline to file oppositions: December 6, 2004.

   c. Deadline to file replies: December 20, 2004.

2. Pursuant to said scheduling order, EMCOR and INA each filed Motions for Partial Summary Judgment on November 15, 2004 and Opposition briefs on December 6, 2004.

3. In addition, INA filed a Cross-Motion for Partial Summary Judgment on December 6, 2004.

4. The deadline for EMCOR to respond to INA's Cross-Motion for Summary Judgment is December 26, 2004.

5. Due to the voluminous nature of the documents involved in the various Summary Judgment Motions as well as the number of underlying cases implicated by INA's Cross-Motion for Partial Summary Judgment, EMCOR respectfully requests an extension of 20 days, extending EMCOR's time to respond to INA's Cross-Motion for Summary Judgment from December 26, 2004 to January 17, 2005, with INA's Reply brief due on or before January 27, 2005.

6. This is the Plaintiff's first Motion for Extension of Time with respect to the Defendant's Cross-Motion for Summary Judgment.

7. INA's counsel has consented to this motion.

WHEREFORE, EMCOR moves for an order from this Court extending EMCOR's time to respond to INA's Cross-Motion for Summary Judgment by 20 days.

THE PLAINTIFF,
EMCOR GROUP, INC.

By: _____
Heidi H. Zapp, Esq.
Fed. Bar No. ct24655
Jeffrey J. Vita, Esq.
Fed. Bar No. ct08036
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
(203) 287-8890

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
EMCOR GROUP, INC.                          :   Civil Action No.
                                           :   Docket 3:00-CV-2211
                                           :   (AVC)
                    Plaintiff,             :
                                           :   Judge Alfred V. Covello
v.                                         :
                                           :
INSURANCE COMPANY OF NORTH AMERICA:
                                           :
                    Defendant.             :   December 14, 2004
---------------------------------------------------------------X

## ORDER

The foregoing Motion for Extension of Time having been heard, it is hereby ORDERED:

GRANTED/DENIED.

BY THE COURT

_____
Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------X
EMCOR GROUP, INC.                              :     Civil Action No.
                                               :     Docket 3:00-CV-2211
                                               :     (AVC)
                Plaintiff,                     :
                                               :     Judge Alfred V.
                                               :     Covello
v.                                             :
                                               :
INSURANCE COMPANY OF NORTH AMERICA             :
                                               :
                Defendant.                     :     December 14, 2004
------------------------------------------------------------X

## CERTIFICATION

This is to certify that the foregoing Motion for Extension of Time was mailed, postage prepaid, on this the 14th day of December 2004, to the following:

Thomas Leghorn, Esq. (ct 22106)
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604
(914) 323-7000

Duncan B. Hume, Esq. (ct 05581)
Hume & Associates
One Landmark Square
Stamford, CT 06901-2620
(203) 348-7252

Joseph B. Burns, Esq. (ct 00403)
One State Street
Hartford, CT 06103
(860) 549-1000

_____
Heidi H. Zapp