UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EMCOR GROUP, INC.

        Vs.                              CASE NO. 3:00CV02211 (AVC)

INSURANCE COMPANY OF NORTH AMERICA

## NOTICE TO COUNSEL

The above-entitled case was reported to the Court on December 17, 2004 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on January 16, 2005 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut this 20th day of December, 2004.

                                  KEVIN F. ROWE, CLERK

                                By     /s/ JW
                                          Jo-Ann Walker
                                          Deputy Clerk