IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------X
EMCOR GROUP, INC.                 :    Civil Action No.
                                  :    Docket 3:00-CV-2211 (AVC)
        Plaintiff,                :
                                  :    Judge Alfred V. Covello
v.                                :
                                  :
INSURANCE COMPANY OF NORTH AMERICA:
                                  :
        Defendant.                :    December 17, 2004
------------------------------------------------------------X

**JOINT MOTION TO STAY PROCEEDINGS PENDING CONSUMMATION OF SETTLEMENT AGREEMENT**

The Plaintiff EMCOR Group, Inc. ("EMCOR") and the Defendant Insurance Company of North America ("INA") hereby respectfully move to stay all proceedings in the above-captioned matter, including all pending motions and filing deadlines, due to the parties' agreement in principle to settle this matter. The parties' request a stay of thirty (30) days in order to execute the settlement agreement in this matter.

                                    THE PLAINTIFF,
                                    EMCOR GROUP, INC.


                                    By: /s/ Jeffrey J. Vita
                                        Jeffrey J. Vita, Esq.
                                        Saxe Doernberger & Vita, P.C.
                                        1952 Whitney Avenue
                                        Hamden, CT 06517
                                        (203) 287-8890
                                        Fed. Bar No. ct08036

THE DEFENDANT
INSURANCE COMPANY OF
NORTH AMERICA

By: _____
Joseph B. Burns, Esq.
1 State Street
Hartford, CT 06103
(860) 549-1000
Fed. Bar No. ct00403

Thomas Leghorn, Esq.
Richard Oelsner, Esq.
Wilson, Elser, Moskowitz, Edelman
& Dicker LLP
150 East 42nd Street
New York, NY 10017-5639
(212) 490-3000
Fed Bar No. ct22106

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------------X
EMCOR GROUP, INC.                           :    Civil Action No.
                                            :    Docket 3:00-CV-2211 (AVC)
            Plaintiff,                      :
                                            :    Judge Alfred V. Covello
v.                                          :
                                            :
INSURANCE COMPANY OF NORTH AMERICA:
                                            :
            Defendant.                      :    December 17, 2004
-----------------------------------------------------------------X

## ORDER

　　　The foregoing Motion having been presented to this Court, it is hereby ORDERED:


GRANTED / DENIED

　　　　　　　　　　　　　　　　By Order of the Court,


　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Judge / Clerk

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------------X
EMCOR GROUP, INC.                                : Civil Action No.
                                                 : Docket 3:00-CV-2211 (AVC)
                    Plaintiff,                  :
                                                 : Judge Alfred V. Covello
v.                                               :
                                                 :
INSURANCE COMPANY OF NORTH AMERICA:
                                                 :
                    Defendant.                  : December 17, 2004
-----------------------------------------------------------------X

### CERTIFICATION

    This is to certify that the foregoing was mailed, postage prepaid, on this the 17th day of December, 2004 to the following counsel of record:

Thomas Leghorn, Esq. (ct 22106)
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10601
(914) 323-7000
File No.: 00756.35967

Duncan B. Hume, Esq. (ct05581)
Hume & Associates
One Landmark Square
Stamford, CT 06901
(203) 348-7252

Jeffrey J. Vita, Esq. (ct08036)
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
(203) 287-8890

                                                           Joseph B. Burns, Esq.

11679-11\390896