IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**FILED** 2004 DEC 15 P 12: 51
U.S. DISTRICT COURT
HARTFORD, CT.

---------------------------------------------------------------X
EMCOR GROUP, INC.                           :    Civil Action No.
                                            :    Docket 3:00-CV-2211
                                            :    (AVC)
                         Plaintiff,         :
                                            :    Judge Alfred V.
                                            :    Covello
v.                                          :
                                            :
INSURANCE COMPANY OF NORTH AMERICA          :
                                            :
                         Defendant.         :    December 14, 2004
---------------------------------------------------------------X

### PLAINTIFF'S MOTION FOR EXTENTION OF TIME TO RESPOND TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

Plaintiff EMCOR Group, Inc. ("EMCOR") moves for an extension of time to respond to defendant Insurance Company of North America's ("INA") Cross-Motion for Summary Judgment dated December 6, 2004. In support thereof, EMCOR represents as follows:

1. On October 15, 2004, this Court set forth a briefing schedule for the filing of dispositive motions as follows:

   a. Deadline to file dispositive motions: November 15, 2004.

   b. Deadline to file oppositions: December 6, 2004.

   c. Deadline to file replies: December 20, 2004.

2. Pursuant to said scheduling order, EMCOR and INA each filed Motions for Partial Summary Judgment on November 15, 2004 and Opposition briefs on December 6, 2004.

December 17, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.