

179

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2004 DEC 17 P 1: 18

U.S. DISTRICT COURT
HARTFORD, CT.

----------------------------------------------------------------X
EMCOR GROUP, INC.                          :   Civil Action No.
                                            Docket 3:00-CV-2211 (AVC)
              Plaintiff,                    :
                                            Judge Alfred V. Covello
v.                                          :

INSURANCE COMPANY OF NORTH AMERICA:

              Defendant.                    :   December 17, 2004
----------------------------------------------------------------X

### JOINT MOTION TO STAY PROCEEDINGS PENDING CONSUMMATION OF SETTLEMENT AGREEMENT

The Plaintiff EMCOR Group, Inc. ("EMCOR") and the Defendant Insurance Company of North America ("INA") hereby respectfully move to stay all proceedings in the above-captioned matter, including all pending motions and filing deadlines, due to the parties' agreement in principle to settle this matter. The parties' request a stay of thirty (30) days in order to execute the settlement agreement in this matter.

THE PLAINTIFF,
EMCOR GROUP, INC.

By: _____
Jeffrey J. Vita, Esq.
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
(203) 287-8890
Fed. Bar No. ct08036

December 22, 2004. GRANTED.
SO ORDERED.

FILED Alfred V. Covello, U.S.D.J.

2004 DEC 22 P 2: 05
U.S. DISTRICT COURT
HARTFORD, CT.