# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 3:00-CV-02211(AVC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant, Insurance Company of North America

| | |
|---|---|
| November 15, 2004 | */s/ Joseph B. Burns* |
| **Date** | **Signature** |
| ct00403 | Joseph B. Burns |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| 860-549-1000 | 1 State St., Hartford, CT 06103 |
| **Telephone Number** | **Address** |
| 860-724-3921 | |
| **Fax Number** | |
| jburns@rms-law.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached.

*/s/ Joseph B. Burns*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

Edwin L. Doernberger
Saxe Doernberger & Vita, P.C.
1925 Whitney Ave.
Hamden, CT  06517

Heidi H. Zapp
Saxe Doernberger & Vita, P.C.
1925 Whitney Ave.
Hamden, CT  06517

Jeffrey J. Vita
Saxe Doernberger & Vita, P.C.
1925 Whitney Ave.
Hamden, CT  06517


Tracy Alan Saxe
Saxe Doernberger & Vita, P.C.
1925 Whitney Ave.
Hamden, CT  06517

Duncan B Hume
Hume & Associates
1 Landmark Sq., Ste. 525
Stamford, CT  06901

Stephen Marcellino
Wilson, Elser, Moskowitz, Edelman & Dicker
150 E. 42nd St.
New York, NY  10017-5639

Thomas Leghorn
Wilson, Elser, Moskowitz, Edelman & Dicker
150 E. 42nd St.
New York, NY  10017-5639