

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2005 JAN 14 P 4: 26

-----------------------------------------------------------X
EMCOR GROUP, INC.                              :     Civil Action No.
                                                              Docket 3:00-CV-2211 (AVC)
                    Plaintiff,                       :
                                                              Judge Alfred V. Covello
v.                                                       :

INSURANCE COMPANY OF NORTH AMERICA:

                    Defendant.                  :     January 14, 2004
-----------------------------------------------------------X

**JOINT MOTION TO EXTEND DATE OF DISMISSAL**

The Plaintiff EMCOR Group, Inc. ("EMCOR") and the Defendant Insurance Company of North America ("INA") hereby respectfully move to extend the deadline for dismissal of the above-captioned matter from January 19, 2005 to March 14, 2005. In support thereof, the parties represent as follows:

1.  On or about December 16, 2004, the parties notified the Court that they had reached an agreement in principle to settle this matter.

2.  On December 20, 2004, the Court ordered that the above-captioned action would be dismissed on January 19, 2005 unless previously withdrawn.

3.  Counsel for both parties are actively negotiating the terms of the written settlement agreement.

4.  Pursuant to the agreement in principle, INA has agreed to forward the settlement funds to EMCOR no later than March 10, 2005.

January 21, 2005. GRANTED. SO ORDERED.
/s/ Alfred V. Covello, U.S.D.J.