IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------X
EMCOR GROUP, INC.                       :     Civil Action No.
                                        :     Docket 3:00-CV-2211 (AVC)
                    Plaintiff,          :
                                        :     Judge Alfred V. Covello
v.                                      :
                                        :
INSURANCE COMPANY OF NORTH AMERICA:
                                        :
                    Defendant.          :     FEBRUARY 28, 2005
------------------------------------------------------------X

## PLAINTIFF'S MOTION TO RESUME PROCEEDINGS AND REMOVE CASE FROM SETTLEMENT/DISMISSAL STATUS

The Plaintiff EMCOR Group, Inc. ("EMCOR") hereby respectfully and in good faith moves in connection with the above-captioned matter to lift the stay of proceedings, resume proceedings, and remove the case from the settlement/dismissal status. In support thereof, EMCOR represents as follows:

1. On or about December 16, 2004, the parties notified the Court that they had reached an agreement in principle to settle this complex insurance coverage matter. The agreement in principle included an agreement by INA that the parties would have an executed settlement agreement and INA would have paid the settlement funds to EMCOR by February 28, 2005.

2. On December 17, 2004, the parties requested a stay of all proceedings pending the consummation of the proposed settlement agreement.

3.  On January 7, 2005 EMCOR forwarded a proposed settlement agreement to INA's counsel for review and comment.

4.  On January 14, 2005 counsel for both parties filed a joint motion to extend the deadline for filing a withdrawal to March 14, 2005.

5.  Although the parties have participated in numerous conference calls regarding the settlement agreement, the parties have been unable to agree on the specific language of the settlement agreement, and INA has failed to pay the settlement funds by the agreed-upon deadline.

6.  Since the deadline of March 14, 2005 set by the Court for dismissal of this case is quickly approaching, EMCOR is forced to request that the stay be lifted and this case be restored to the active docket to resume proceedings including EMCOR's pending summary judgment motion.

WHEREFORE, EMCOR respectfully requests that the stay be lifted, the case be restored to the active docket, and proceedings resume.

THE PLAINTIFF,
EMCOR GROUP, INC.

By: /s/ Jeffrey J. Vita
Jeffrey J. Vita, Esq.
Saxe Doernberger & Vita, P.C.
1952 Whitney Avenue
Hamden, CT 06517
(203) 287-8890
Fed. Bar No. ct08036

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
EMCOR GROUP, INC.                            :    Civil Action No.
                                             :    Docket 3:00-CV-2211
               Plaintiff,                    :    (AVC)

                                             :    Judge Alfred V. Covello
v.                                           :

INSURANCE COMPANY OF NORTH AMERICA:

               Defendant.                    :    FEBRUARY 28, 2005
---------------------------------------------------------------X


### AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION TO RESUME PROCEEDINGS

STATE OF CONNECTICUT)
                    )   ss.   Hamden, Connecticut
COUNTY OF NEW HAVEN)

I, Jeffrey J. Vita, being first duly sworn, depose and state:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am the attorney for plaintiff EMCOR Group, Inc. ("EMCOR") in the above-titled action that is currently pending in the U.S. District Court for the District of Connecticut, Docket No. 3:00-CV-2211 (AVC).

3. I make the following statements upon personal knowledge.

4. On or about December 16, 2004, the parties notified the Court that they had reached an agreement in principle to settle this matter.

5. On December 17, 2004, the parties requested a stay of all proceedings pending the consummation of the proposed settlement agreement.

6. On January 7, 2005 the undersigned forwarded a proposed settlement agreement to INA's counsel for review and comment.

7. On January 14, 2005, both parties filed a joint motion to extend the deadline for filing withdrawals to March 14, 2005.

8. Although the parties have engaged in multiple teleconferences and have exchanged some written correspondence, the parties have been unable to agree on the specific language of the settlement agreement, and INA has failed to forward the settlement funds to EMCOR by the agreed upon deadline of February 28, 2005.

_____
Jeffrey J. Vita, Esq.

Subscribed and sworn to before me on February 28, 2005.

_____
Commissioner of the Superior Court

4

DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------X
EMCOR GROUP, INC.                    :   Civil Action No.
                                     :   Docket 3:00-CV-2211 (AVC)
            Plaintiff,               :
                                     :   Judge Alfred V. Covello
v.                                   :
                                     :
INSURANCE COMPANY OF NORTH AMERICA:
                                     :
            Defendant.               :   FEBRUARY 28, 2005
------------------------------------------------------------X

## CERTIFICATION

This is to certify that the foregoing was mailed, postage prepaid, on this the 28th day of February, 2005 to the following counsel of record:

Thomas Leghorn, Esq. (ct 22106)
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10601
(914) 323-7000
File No.: 00756.35967

Duncan B. Hume, Esq. (ct05581)
Hume & Associates
One Landmark Square
Stamford, CT 06901
(203) 348-7252

Joseph B. Burns, Esq. (ct00403)
1 State Street
Hartford, CT 06103
(860) 549-1000

Jeffrey J. Vita, Esq.

5