IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------X

| | | |
|---|---|---|
| EMCOR GROUP, INC. | : | Civil Action No.<br>Docket 3:00-CV-2211 (AVC) |
| Plaintiff, | : | |
| | | Judge Alfred V. Covello |
| v. | : | |
| INSURANCE COMPANY OF NORTH AMERICA | : | |
| Defendant. | : | FEBRUARY 28, 2005 |

------------------------------------------------------------X

### PLAINTIFF'S MOTION TO RESUME PROCEEDINGS AND REMOVE CASE FROM SETTLEMENT/DISMISSAL STATUS

The Plaintiff EMCOR Group, Inc. ("EMCOR") hereby respectfully and in good faith moves in connection with the above-captioned matter to lift the stay of proceedings, resume proceedings, and remove the case from the settlement/dismissal status. In support thereof, EMCOR represents as follows:

1. On or about December 16, 2004, the parties notified the Court that they had reached an agreement in principle to settle this complex insurance coverage matter. The agreement in principle included an agreement by INA that the parties would have an executed settlement agreement and INA would have paid the settlement funds to EMCOR by February 28, 2005.

2. On December 17, 2004, the parties requested a stay of all proceedings pending the consummation of the proposed settlement agreement.

March 3, 2005. GRANTED.
SO ORDERED.

FILED Alfred V. Covello, U.S.D.J.