IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-------------------------------------------------------------X

EMCOR GROUP, INC.                           : Civil Action
    Plaintiff
                                                           : 3:00-CV-2211 (AVC)

v.

INSURANCE COMPANY OF NORTH AMERICA
    Defendant                              : March 10, 2005

-------------------------------------------------------------X

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1), plaintiff EMCOR Group, Inc., ("EMCOR") and defendant Insurance Company of North America ("INA") hereby voluntarily stipulate to the dismissal of this action with prejudice subject to the terms of the Settlement Agreement and Release dated March 8, 2005. Further, each party is to bear its own attorneys' fees and costs.

                                                                THE PLAINTIFF,
                                                                EMCOR GROUP, INC.

Date: March 10, 2005                    By: _____
                                                                 Jeffrey J. Vita, Esq.
                                                                 Saxe Doernberger & Vita, P.C.
                                                                 1952 Whitney Avenue
                                                                 Hamden, CT 06517
                                                                 (203) 287-8890
                                                                 Fed. Bar No. ct08036

                                                                THE DEFENDANT
                                                                INSURANCE COMPANY OF
                                                                NORTH AMERICA

Date: March 10, 2005                    By: _____
                                                                 Thomas Leghorn, Esq.
                                                                Richard Oelsner, Esq.
                                                                Wilson, Elser, Moskowitz, Edelman
                                                                & Dicker LLP
                                                                150 East 42nd Street
                                                                New York, NY 10017-5639
                                                                (212) 490-3000
                                                                Fed Bar No. ct22106

Joseph B. Burns, Esq.
1 State Street
Hartford, CT 06103
(860) 549-1000
Fed. Bar No. ct00403

DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------X
EMCOR GROUP, INC.                      :     Civil Action No.
                                       :     Docket 3:00-CV-2211 (AVC)
                Plaintiff,             :
                                       :     Judge Alfred V. Covello
v.                                     :

INSURANCE COMPANY OF NORTH AMERICA:

                Defendant.             :     March 10, 2005

------------------------------------------------------------X

## CERTIFICATION

This is to certify that the foregoing was mailed, postage prepaid, on this the 10th day of March, 2005 to the following counsel of record:

Thomas Leghorn, Esq. (ct 22106)
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10601
(914) 323-7000
File No.: 00756.35967

Duncan B. Hume, Esq. (ct05581)
Hume & Associates
One Landmark Square
Stamford, CT 06901
(203) 348-7252

Joseph B. Burns, Esq. (ct00403)
1 State Street
Hartford, CT 06103
(860) 549-1000

_____
Jeffrey J. Vita, Esq.