IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT    FILED

---------------------------------------------------------------------X

EMCOR GROUP, INC.                    : Civil Action
      Plaintiff                   : 2005 MAR 11 A 10: 49
                                : 3:00-CV-2211 (AVC)

v.

INSURANCE COMPANY OF NORTH AMERICA  :
     Defendant                  : March 10, 2005

---------------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1), plaintiff EMCOR Group, Inc., ("EMCOR")

and defendant Insurance Company of North America ("INA") hereby voluntarily

stipulate to the dismissal of this action with prejudice subject to the terms of the

Settlement Agreement and Release dated March 8, 2005.   Further, each party is

to bear its own attorneys' fees and costs.

Date: March 10, 2005

                         THE PLAINTIFF,
                         EMCOR GROUP, INC.

                         By: _____
                         Jeffrey J. Vita, Esq.
                         Saxe Doernberger & Vita, P.C.
                         1952 Whitney Avenue
                         Hamden, CT 06517
                         (203) 287-8890
                         Fed. Bar No. ct08036

Date: March 10, 2005

                         THE DEFENDANT
                         INSURANCE COMPANY OF
                         NORTH AMERICA

                         By: _____
                         Thomas Leghorn, Esq.
                         Richard Oelsner, Esq.
                         Wilson, Elser, Moskowitz, Edelman
                         & Dicker LLP
                         150 East 42nd Street
                         New York, NY 10017-5639
                         (212) 490-3000
                         Fed Bar No. ct22106

March 11, 2005.   SO ORDERED.

Alfred V. Covello, U.S.D.J.